CO-386-online
10/03

# United States District Court
# For the District of Columbia

KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC.
(KarstEEP), WARREN COUNTY CITIZENS FOR MANAGED
GROWTH, GAYLA CISSELL, JIM DUFFER AND ROGER BRUCKER

           Plaintiff
VS

ENVIRONMENTAL PROTECTION AGENCY,
HOUSING & URBAN DEVELOPMENT AND
TENNESSEE VALLEY AUTHORITY

           Defendant

Civil Action No. _____

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **PLAINTIFF Sierra Club** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ~~NOT APPLICABLE~~ **Sierra Club** which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*David Bookbinder*
Signature

**D.C. BAR #455525**
BAR IDENTIFICATION NO.

**DAVID BOOKBINDER**
Print Name

**408 C STREET, NE**
Address

**WASHINGTON DC 20002**
City     State     Zip Code

**202-548-4598**
Phone Number