```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KARST ENVIRONMENTAL EDUCATION    )
AND PROTECTION, INC., et al.,    )
                                 )
Plaintiffs,                      )
                                 )
v.                               )  CIVIL ACTION NO.
                                 )
U.S. ENVIRONMENTAL PROTECTION    )
AGENCY, et al.,                  )
                                 )
Defendants.                      )
```

\* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, by and through counsel, respectfully move this Court for entry of a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1.

As set out more fully in the accompanying Brief in Support of Motion for Preliminary Injunction ("Brief"), Plaintiffs seek a preliminary injunction, pending the Court's final review on the merits, enjoining the Defendants, U.S. Environmental Protection Agency ("EPA"), et al, from providing funding to the Intermodal Transportation Authority and its agents for Kentucky Trimodal Transpark ("Transpark") activities. Plaintiffs further seek a preliminary injunction ordering Defendants' compliance with the National Historic Preservation Act ("NHPA") and National Environmental Policy Act ("NEPA"), including Defendants' prevention of further anticipatory demolition of eligible historic resources and irreparable injury to natural and cultural resources, such as

prime farmland, wetlands, sinkholes and prehistoric Native American burial sites, from continuing excavation, demolition and construction and from any other irrevocable commitment of resources for the development of the Transpark until and unless the EPA and the other federal Defendants have fully complied with statutory requirements under NEPA and NHPA.

As set out more fully in the accompanying Brief, Plaintiffs will likely succeed on the merits of their claims, and the failure of Defendants to comply with their statutory obligations causes immediate and irreparable injury to Plaintiffs. Because compliance with NEPA and NHPA will ensure that anticipatory demolition is halted and that the full impacts from the Transpark to natural, cultural and historic resources are evaluated before the further commitment of federal resources, the public interest will be served by such a preliminary injunction.

Respectfully submitted,

W. Henry Graddy, IV
KBA Bar No. 26350
W. H. GRADDY & ASSOCIATES
103 Railroad Street
P.O. Box 4307
Midway, KY 40347
859-846-4905
e-mail: hgraddy@aol.com

AND

```
                                David Bookbinder
                                D.C. Bar No. 455525
                                Sierra Club
                                408 C Street, NE
                                Washington D.C.  20002
                                202-548-4598
                                e-mail:
                                david.bookbinder@sierraclub.org


                                By: /s/ David Bookbinder
                                    David Bookbinder
```

Dated: 15 June 2005