DECLARATION OF GAYLA CISSELL

1.  Pursuant to 28 U. S. C. 1746 and under penalty of perjury, Gayla M. Cissell states as follows:

2.  I am familiar with and have investigated the age of the structures at 206 Hayes Martin Road, 809 Glasgow Road, 1075 Glasgow Road, and the five barns demolished on these properties by checking historical records in the Warren County Clerks office. These demolished homes and outbuilding were more than 50 years old and were set in a rural landscape and were likely to possess historical significance in an agricultural context.

      FURTHER THE AFFIANT SAYETH NAUGHT

*Gayla M. Cissell*
GAYLA M. CISSELL

Commonwealth of Kentucky

State at Large

    Subscribed, sworn to, and acknowledged before me by Gayla M. Cissell, this 2nd day of June, 2005.

_____
*Vlasta Vitesnic*
NOTARY PUBLIC

My Commission Expires: _Oct 09, 2008_