LIST OF EXHIBITS

| Number | Title |
|---|---|
| 1 | Pre-EIS Development at Trimodal/Kentucky Transpark Site, with map |
| 2 | "Last houses leveled on Magna's location," *Bowling Green Daily News*, March 16, 2004. |
| 3 | KYTC Inventory and Evaluation of Historic Properties |
| 4 | "Artifacts cloud Bowling Green project," *The Courier-Journal*, March 15, 2005) |
| 5 | "Cave found on transpark land," *Bowling Green Daily News*, Feb. 10, 2005). |
| 6 | Letter from Bruce D. Smith, Director, Archaeobiology Program, Smithsonian Institution, to Dan Cherry, President, ITA. |
| 7 | National Park Service, Weekly List of Actions Taken on Properties: 8/02/04 through 8/06/04. |
| 8 | Abstract, Scope of Work, Gray & Pape, Sunnyside District, Warren County, KY. |
| 9 | Inter-Modal Transportation Authority, Request for Proposal:(RFP) to Perform Environmental and Demolition Services for the Kentucky Trimodal Transpark in Warren County, Kentucky, Legal Notice, *Bowling Green Daily News*, May 12, 2005. |
| 10 | USACE Freedom of Information Act Response, February 9, 2005. |
| 11 | February, 2001 report on threatened and endangered species at the Transpark site. |
| 12 | Inter-Modal Transportation Authority, Inc., <u>Business and Finance Plan</u>, January 2001. |

| | |
|---|---|
| 13 | Preliminary Official Statement, $6,640,000, Inter-Modal Transportation Authority, Inc., First Mortgage Revenue Bonds, Series 2005. |
| 14 | EPA Water and Sewer Funding Documentation. |
| 15 | HUD Funding Documentation. |
| 16 | TVA Freedom of Information Act Response, December 9, 2004. |
| 17 | Categorical Exclusion Checklist for Proposed TVA Actions, July 19, 2004. |
| 18 | December 22, 2003 KYTC letter initiating NHPA process. |
| 19 | March 18, 2004 KYTC letter terminating NHPA process. |
| 20 | "U.S. 68 opens today with additional 3 lanes," *Bowling Green Daily News*, May 13, 2005. |
| 21 | FHWA Funding Documentation. |
| 22 | Area of Potential effect for I-65-US 31W Connector. |
| 23 | FAA Funding Documentation. |