EXHIBIT 1



① Numbers correspond to photographs and accompanying narrative prepared by Hilary Lambert #. April, 2005.

Kentucky - a.k.a. TriModal - Transpark zoning application map for part 1 of Industry-Phase I.

Map to accompany narrative + photos on "Pre-EIS development of the Transpark site," April 3-4, 2005

Mammoth Cave N? surface boundary ~7 miles

In this direction:
• More heavy industry (Phase I)
• Aviation w/ runway (Phase II)
• Industry Phase III

Also available:
• Map of recent cave + Native American burial discovery
• Map of subterranean rivers — both under this construction site.

### Pre-EIS Development at the TriModal/Kentucky Transpark site

Photographs taken on April 3, 2005 by Hilary Lambert.
Numbers refer to location on accompanying map.



1. Looking west from 68-80 overpass toward area where Transpark construction is under way. Water tower is the Kentucky Transpark's tower. It was built over the past four to five months. It serves as a landmark in most of the following photos.

(Note: the foot of the runway for proposed airport would be in the sinkhole area immediately to the right of this photograph).



2. Looking north on Mizpah Rd at new water tower. This was farmland last year. A barn has been removed from this field area, and it is being graded, probably for additional interior roadways for the Transpark as indicated on the map, "Master Plan."

This knob is typical of the area and generally supports major archeological sites.



3.



4.



5.



6.

Photo 3. shows the (TriModal) Kentucky Transpark's water tower, built in the past few months. Ground around it is disturbed – limestone has been excavated perhaps for utility lines and pipes. Photos 4, 5 and 6 look back down the hill and west to the area where major development is underway (the Magna building is in the rear left of photo 6 and a newly constructed internal roadway runs from n-s as indicated on following pages). Disturbance and excavation and grading are new. The dark graded areas on the field indicate additional planned internal roadways.



7.



8.



9.

7,8,9: Looking south from 31W, a "panoramic" view from east to west of the entrance to the first internal roadway for the Transpark, excavated and constructed over the past winter months. Part of the cave that was discovered in late '04-early '05 with associated Native American burial and other artifacts is below ground in this area. Map available.

3

10.



11.





12.
10, 11, 12: Just west of the internal roadway along 31W is the Intermodal Transportation Authority's headquarters. In photo 10, looking south from 31W, roadbuilding machines are in the front yard. Photo 11, taken from in front of the building, looks east across the internal roadway toward the water tower. The sign displays a plan for the Transpark with the motto "The vision today for tomorrow's future." Photo 12 is ITA headquarters with sign, Intermodal Transportation Authority, Inc.

4



13.



14.



15.
Photos 13, 14 look east from the roadway that serves the Scott Industrial Park, across an intervening large sinkhole area, to the newly-constructed Magna building. (In photos 13 and 15, the water tower is on the wooded hill to the rear left.) Farm houses and barns were removed from the area where the Magna building stands, and sinkholes were paved over (aerial photos and photos of destroyed buildings are available).

Photo 15 looks east along 68-80 (undergoing a widening project announced suddenly in January of 2005) across the front of the Magna facility. At least seven houses were destroyed or moved to make way for this project (photos available of these houses and this process, which took place over the past year).



16.
Taken from a Magna facility entrance driveway looking west along the 68-80 widening project across the front of the Magna facility.

Photographs are available of the houses destroyed for this project, and aerial photos are available of the site development process.



← This 5/05 update: 68-80 road project is now comple[te] – HL



17.
Taken from the same position as in photo 16, looking north at the intersection of 68-80 with the interior roadway (the southern terminus of the roadway shown in photos 7,8,9). This was farmland.

The cave with burial and artifacts lies beneath and next to this highway construction area.



18.
Taken from the same position as photos 16 and 17, looking eastward along 68-80.

Hill with water tower is visible beyond the trees in the yard of the home with the black plastic across its front yard.

6

EXHIBIT 2

NAVIGATION MENU
- Home
- Accuweather.com
- Local News
- National Headlines
- Sports
- Features
- Obituaries
- Opinion
- Sound Off
- Archives
- Classified Ads
- Retail Ads
- Contact Us
- About Us
- What's New?
- Subscribe
- Calendar of Events
- Community
- Entertainment
- Photo Gallery



E-MAIL THIS STORY | PRINT THIS STORY

# Last houses leveled on Magna's location

By Jim Gaines, jgaines@bgdailynews.com -- 270-783-3242

Tuesday, March 16, 2004

The last physical barriers to the construction of Bowling Green Metalforming, the first factory that will move into the Kentucky TriModal Transpark, fell last week with the demolition of several houses on the site.

While excavation for the auto-parts plant has been under way for a couple of months, houses owned by the Inter-Modal Transportation Authority – the agency developing the transpark – still sat along the edge of the site on Glasgow Road, Hayes Martin Road and Louisville Road.

"Six of those houses were on the actual site of Bowling Green Metalforming," said Tracie Dunn, ITA communication director.

Bowling Green Metalforming, a subsidiary of Canadian auto-parts company Magna International, is building a 910,567-square-foot factory (which could be expanded by 265,000 square feet) on 132 acres at Glasgow Road and Hays-Martin Road. The company has announced it will hire 1,100 people and make a $211 million investment in the project. It has a five-year option to buy another 77 acres at the transpark.

The factory is expected to be operating in 2005, with jobs paying $12 to $18 per hour.

One mobile home on Glasgow Road, which wasn't actually on the factory site, had long been unrented because it didn't meet codes, Dunn said.

"We got rid of that as well," she said.

Kenway Contracting won the bid to demolish them all, at a price of up to $2,000 each.

"They're already done," said Kenneth Allen, Kenway owner. "It was about a week's job."

Some removal work had already been done. On March 1, the ITA took bids for exclusive salvage rights to those properties. Winners were notified immediately and had until the evening of March 4 to complete salvage.






During that salvage period, one house at 949 Glasgow Road caught fire, Dunn said.

Tearing down the houses will complete Kenway's and the ITA's physical work near the factory site for now, Allen said.

"We don't have anything else scheduled right now," he said. "There is some more demolition to be done, but we don't have any of it scheduled."

The transpark is a planned 2,100-acre industrial development between Bowling Green and Oakland. The first portion is a large industrial park, being developed in several phases. It has access to U.S. 31-W and the main CSX rail line. A new interchange on Interstate 65 is on the state's six-year road plan, and an airport is proposed by 2007.

Daily News · 813 College St. · PO Box 90012 · Bowling Green, KY · 42102 · 270-781-1700

Bowling Green Daily News Classifieds; Saturday, January 10, 2004

INTER-MODAL TRANSPORTATION AUTHORITY, INC.'S
REQUEST FOR PROPOSAL (RFP) TO PERFORM
PROFESSIONAL ENVIRONMENTAL AND
CONSTRUCTION SERVICES FOR THE KENTUCKY
TRIMODAL TRANSPARK IN WARREN COUNTY,
KENTUCKY

The Inter-Modal Transportation Authority, Inc. (ITA) is a Kentucky non-profit, nonstock corporation which acts as the agent of the Warren County Fiscal Court in the construction and development of the Kentucky TriModal Transpark (the Project) which may be financed by grants, loans from federal, state, and local governments and receipts from bond issues and property taxes.

ITA intends to contract with a qualified firm for environmental and construction services to demolish and dispose of seven (7) residential structures, of which some may contain both lead paint and asbestos, along with their associated out buildings. Applicants to this RFP must submit, at a minimum, the following: proof of all necessary licenses to operate and conduct business in the State of Kentucky, Warren County and the City of Bowling Green; the company's qualifications to perform the work; history of recent similar work with contacts; current insurance certificate; demolition, abatement and disposal plan; schedule and pricing. ITA intends to issue a turnkey contract for this work. The structures are located 206 Hays-Martin Road, 949 Glasgow Road, 983 Glasgow Road, 913 Glasgow Road, 809 Glasgow Road, 639 Glasgow Road, 1075 Glasgow Road.

The ITA hereby notifies all interested persons that the ITA acts affirmatively to insure that, in regard to any contract entered into pursuant to this ad-vertisement, small disadvantaged, and female-owned businesses will be afforded full opportunity to submit proposals in response to this re-quest. The ITA will not discriminate on the basis of race, color, creed, national origin, sex or handicap. The proposed contract shall be under and subject to Executive Order 11246 of 24 September 1965 and its subsequent revisions. The selected applicant shall be re-quired to comply with this and Title VI of the Civil Rights Act of 1964 and all applicable laws and regulations pursuant to this project.

All applicants must deliver two (2) copies of their submittal to the Inter-Modal Transportation Au-thority, Inc., 2325 Airway Court, Suite C, Bowling Green, KY 42103, on or before 12 pm Monday, January 19, 2004. The outside of the envelope shall be marked "DEMOLITION RFP". Also, notify this office at 270-393-8482 if you intend to respond to this RFP.

All proposals will be reviewed and evaluated by ITA. ITA will select which applicants, if any, that will be considered for the work.

EXHIBIT 3

V.   INVENTORY AND EVALUATION OF HISTORIC PROPERTIES

The sites listed below are keyed to an oversize map of the alternatives (Figure V-1) which also shows the extent of the Area of Potential Effect (APE).

| Site | SHPO # | Name | Status | Page |
|---|---|---|---|---|
| 1 | WA-402 | Bungalow, Fairview-Boiling Springs | S | V-3 |
| 2 | WA-220 | Horse Shoe Camp, US 31W | Listed NR | V-4 |
| 3 | WA-403 | Bungalow, US 31W | S | V-8 |
| 4 | WA-404 | Ranch House, US 31W | S | V-9 |
| 5 | WA-405 | Agricultural Complex, US 31W | S | V-10 |
| 6 | WA-406 | Mizpah Church Burial Ground | NR Potential | V-11 |
| 7 | WA-11 | James Wardlaw III House, Mizpah Rd. | Listed NR | V-16 |
| 8 | WA-16 | Garnett Bryant House, Mizpah Rd. | Listed NR | V-24 |
| 9 | WA-407 | Cumberland House, Mizpah Rd. | S | V-30 |
| 10 | WA-408 | Hays House, 1777 US 68 | S | V-32 |
| 11 | WA-15 | Site of Nathaniel Lucas House, US 68 | S | V-34 |
| 12 | WA-409 | Bungalow, US 68 | S | V-36 |
| 13 | WA-410 | Front-Gabled Bungalow, US 68 | S | V-37 |
| 14 | WA-411 | Hays House, US 68 | S | V-38 |
|  |  | Sunnyside, Sunnyside-Gott Rd. | S | V-39 |
| 15 | WA-412 | House Site, 297 Sunnyside-Gott Rd. | S | V-45 |
| 16 | WA-413 | Hendrick Hse, 296 Sunnyside-Gott | S | V-47 |
| 17 | WA-414 | Simpson Hse, 356 Sunnyside-Gott | S | V-50 |
| 18 | WA-415 | Rigsby Hse, 394 Sunnyside-Gott | S | V-52 |
| 19 | WA-416 | Haynes Hse, 365 Sunnyside-Gott | S | V-56 |
| 20 | WA-417 | Jackson Hse Site, 455 Sunnyside | S | V-59 |
| 21 | WA-418 | Lotheridge Hse, 747 Sunnyside | S | V-60 |
| 22 | WA-419 | Bungalow, 896 Sunnyside-Gott | S | V-62 |
| 23 | WA-420 | Shotgun House, Sunnyside-Gott | S | V-63 |
| 24 | WA-421 | Schroader Hse, 1469 Sunnyside | S | V-64 |
| 25 | WA-422 | Cumberland Hse, Bristow Rd. | S | V-66 |
| 26 | WA-423 | Cape Cod Hse, Bristow Rd. | S | V-68 |
| 27 | WA-424 | Cumberland Hse, Bristow Rd. | S | V-69 |
| 28 | WA-425 | Cumberland Hse Ruin, Bristow Rd | S | V-70 |
| 29 | WA-426 | Cumberland Hse, 2381 US 68 | S | V-72 |
| 30 | WA-427 | Parrish Hse, 2629 US 68 | S | V-73 |
| 31 | WA-428 | Cumberland Hse, Fred Mason Rd. | S | V-74 |
| 32 | WA-429 | Bungalow, 344 Fred Mason Rd. | S | V-75 |
| 33 | WA-430 | Tenant House, Fred Mason Rd. | S | V-76 |
| 34 | WA-431 | Tudor Revival Hse, 2878 US 68 | S | V-77 |
| 35 | WA-432 | Tudor Revival Hse, 2882 US 68 | S | V-78 |
| 36 | WA-433 | John Carpenter Hse, 2990 US 68 | NR Potential | V-79 |
| 37 | WA-434 | Tenant House, Goshen Church Rd. | S | V-83 |
| 38 | WA-435 | Tenant House, Goshen Church Rd. | S | V-84 |
| 39 | WA-436 | T-Plan, 443 Goshen Church Rd. | S | V-85 |

| Site | SHPO # | Name | Status | Page |
|---|---|---|---|---|
| 40 | WA-437 | Jones-Smith House, 3209 US 68 | S | V-86 |
| 41 | WA-438 | Monin House, 3490 US 68 | S | V-88 |
| 42 | WA-439 | Alta Monin House, 3826 US 68 | S | V-90 |
| 43 | WA-440 | Dwelling, 3889 US 68 | S | V-92 |
| 44 | WA-441 | James Cole Hse, 4209 US 68 | NR Potential | V-93 |
| 45 | WA-442 | Front-Gabled Hse, US 68 | S | V-97 |
| 46 | WA-443 | Hackney Hse, 4755 US 68 | S | V-98 |
| 47 | | Oakland-Freeport Historic District | NR Potential | V-99 |
| 48 | WA-444 | Bungalow, US 68 | S | V-106 |
| 49 | WA-445 | Three-Bay Hse, 5539 US 68 | S | V-107 |
| 50 | WA-29 | James Thomas Hse, 5765 US 68 | S | V-109 |
| 51 | WA-13 | Fairview United Methodist Church | Listed NR | V-111 |
| 52 | WA-446 | Three-Bay Hse, US 31W | S | V-113 |
| 53 | WA-447 | Bungalow, 5943 US 31W | S | V-114 |
| 54 | WA-448 | Bungalow, US 31W | S | V-115 |
| 55 | WA-14 | Mitchell Hse, 5617 US 31W | NR Potential | V-116 |
| 56 | WA-73 | Gossom Hse, 812 Plum Springs Loop | Listed NR | V-119 |
| 57 | WA-449 | Gossom-Roberts Cemetery, US 31W | S | V-122 |
| 58 | WA-450 | Bristow Church and Cemetery, US 31W | NR Potential | V-123 |
| 59 | WA-451 | Rector's Cherry Reproduction, US 31W | S | V-126 |
| 60 | WA-452 | Front-Gabled Bungalow, US 31W | S | V-127 |
| 61 | WA-453 | Bungalow, US 31 W | S | V-128 |
| 62 | WA-454 | Grant House, 5960 US 31W | S | V-129 |



**1974 30 Years 200**

*Service with Integrity and Distinction*

Architecture

Engineering

Construction

May 19, 2004

Leslie Barras
Greater Louisville Group of the Sierra Club
100 N. Keats Ave.
Louisville, KY 40206

RE:   I-65/US 31W Connector Project
      KYTC Item 3-16.00
      Section 106 Consulting Parties Meeting #1

Dear Leslie Barras:

We appreciate your interest and willingness to serve as a Consulting Party in the Section 106 process for historic preservation, for the I-65/US 31W Connector project in Warren County, Kentucky. Since the start of the project, in September 2003, we have collected information on the existing conditions, held two public meetings, identified preliminary build alternatives, and have identified Consulting Parties to participate in the Section 106 process.

At this point in the Section 106 process, the KYTC is ready to hold the first Consulting Parties meeting, which has been scheduled for **Thursday, June 17, 2004, 6:00 pm, CDT**. The meeting will be held at the Kentucky Transportation Cabinet's District-3 Office at 900 Morgantown Road, Bowling Green, Kentucky.

The purpose of the meeting will be to discuss the proposed Area of Potential Effect (APE), and review the information collected on potential historic properties. We have enclosed a map that shows the proposed APE, a complete list of properties that have been studied, and historical information on the properties that have been identified as either on the National Register (NR) or potentially eligible for inclusion on the NR.

We hope to see you in Bowling Green on June 17. If you have any questions, please call me at 800-928-2222.

Sincerely yours,

*David E. Smith*

David E. Smith, PE
Vice-President

Enclosure (3)

cc: Bob Farley, KY-FHWA
    David Kratt, KYTC, Program Management
    David Waldner, KYTC, DEA
    Rebecca Turner, KYTC, DEA
    Dave Harmon, KYTC, DEA
    Kenneth Cox, KYTC, District-3
    Renee Slaughter, KYTC, District-3

THS/ths
File Path: 03102/Docs/Environmental Info/Section 106
File Name: Letter to Consulting Parties (5-19-04).doc

The Glassworks District

815 West Market Street

Suite 300

Louisville, Kentucky

40202

Ph. 502-585-2222

Fx. 502-581-0406

www.qk4.com

EXHIBIT 4

# The Courier-Journal

LOUISVILLE, KENTUCKY | courier-journal.com | A GANNETT NEWSPAPER

50 CENTS
TUESDAY
MARCH 15, 2005

## Artifacts cloud Bowling Green project

### Cave discovery sparks environmental concern

**By James Bruggers**
jbruggers@courier-journal.com
The Courier-Journal

BOWLING GREEN — Environmentalists who've been fighting an industrial park going up near Mammoth Cave National Park have a new focus for their opposition — the discovery of prehistoric Indian remains and drawings nearby.

The artifacts were discovered in January and February, after construction crews for the Kentucky Trimodal Transpark, which broke ground last year, accidentally punched an opening in a previously unknown 2,000-foot-long cave nearby.

Experts from Western Kentucky University and the University of Kentucky then discovered the bones of two Indians and several ancient drawings on hardened mud and limestone rock, in an area since sealed for its protection.

Environmentalists and historic preservation advocates argue the discovery underscores the need for full-blown environmental and archaeological studies at the transpark, which they've previously argued would destroy prime farmland, displace communities and potentially pollute the national park, one of the state's top tourist attractions, known for its labyrinth of caves, underground waterways and endangered species.

"The question that remains in my mind (is) will there be other caves and will there be other cultural resources impacted by this development?" said Kenneth Carstens, a Murray State University anthropology professor, whose doctoral dissertation

See **CAVE**, A4, col. 1

**Kentucky Trimodal Transpark**

[map showing Bowling Green area with routes 68, 1297, 1402, 526, 31W, 185, 234, 231, Barren River, Bowling Green - Warren County Regional Airport]

By Steve Durbin, The Courier-Journal

### System aims to protect groundwater

Developers of a large industrial park in Warren County say they are taking unprecedented steps to protect groundwater in the region, which is known for its porous rock and underground rivers. A4

# CAVE | Artifacts found near Bowling Green development
Continued from A1

tion was on the relationship between prehistoric Indians and the cave-riddled terrain of south-central Kentucky, is just one of several researchers or activists arguing that more study needs to be done.

Some are even calling for construction to stop.

"They ought to ... do the work they are required to do to protect Mammoth Cave National Park," said Roger Brucker, a board member of Karst Environmental Education and Protection, a Louisville-based group opposing the project.

While the newly discovered cave does not connect with Mammoth Cave, park officials continue to be "concerned about the indirect and cumulative effects of the transpark development and its operations" on the national park, spokeswoman Vickey Carson said.

But officials from the Intermodal Transportation Authority, which is developing the industrial park, argue they've done sufficient studies already, and that the environmentalists are attempting to exploit the archaeological discoveries because they've lost all other battles.

"I view this as a delaying tactic," said Curtis Sullivan, chairman of the transpark authority board. "If they would give us legitimate concerns, we would look at them legitimately."

"For an industrial park," he said, "we've far exceeded what needs to be done."

Top political leaders in both parties have backed the transpark project, which proponents say could generate up to 7,550 jobs, with its vision of integrating rail, air and highway transportation around a mix of commercial and industrial activities.

## Do U.S. laws apply?

Being developed by a partnership of three cities, eight counties and the Bowling Green Chamber of Commerce, the park eventually could encompass as much as 4,000 acres and include an airport.

Yet even as construction proceeds, critics — including the Smithsonian Institution, the National Trust for Historic Preservation and the Sierra Club — argue that two federal laws, the National Environmental Policy Act and the National Historic Preservation Act, require the developers to conduct large-scale field studies.

What's needed, Carstens said, is for experts to walk the land, inspecting for cave and sinkhole openings, searching for evidence of civilizations that could go back thousands of years.

Unless that kind of study is done, other treasures may be missed or destroyed, Carstens said, adding that the recent discoveries help illustrate how the cultural resources in and around Mammoth Cave are among the most significant in the world.

But two state officials who oversee Kentucky historical and archaeological preservation programs — David Morgan and George Crothers — said a large scale-archaeological field study has not been required for the transpark because no federal money has gone directly to it.

Environmentalists disagree, citing more than $14 million in grants and congressional earmarks that they say clearly identify the transpark as the beneficiary, including roads through the park and water and sewer line upgrades nearby, Louisville environmental attorney Leslie Barras said.

Sullivan acknowledged that federal money is supporting projects that will benefit the transpark, but he said they primarily would serve other businesses and residents.

Morgan, the executive director of the Kentucky Heritage Council, the state historic preservation office, said a federal agency ultimately would have to decide if a study is warranted.

John Mettille, a state transportation official, pointed out that his agency is, pursuant to federal law, developing an environmental review of a U.S. 31W/Interstate 65 expansion project near the transpark, and will conduct archaeological field investigations. But the scope of those studies will only be for the road corridor, which might pass through the transpark.

The studies won't address environmentalists' larger question — whether the transpark should have been located somewhere else, because that's not within the agency's purview, he said.

## Court battle possible

Before it's over, the battle may end up in court, as environmentalists last week retained Midway attorney Hank Graddy to draw up a possible lawsuit aimed at halting construction and persuading a judge to order more studies.

Their concerns, Barras said, include air quality and whether the transpark might pollute the national park's network of caves and subterranean waterways.

A 2003 report for the Intermodal Transportation Authority by Nick Crawford, director of the Western Kentucky Center for Cave and Karst Studies, concluded groundwater under the transpark flows away from the national park.

But another expert, Eastern Kentucky University geology professor Ralph Ewers, said the geology of the area is very complicated and there is a good chance Crawford is wrong.



By Michael Clevenger, The Courier-Journal
New roads are being built as construction continues of the Kentucky Trimodal Transpark, which broke ground last year. Prehistoric Indian remains and drawings have been discovered nearby.