EXHIBIT 5

NAVIGATION MENU
- Home
- Accuweather.com
- Local News
- National Headlines
- Sports
- Features
- Obituaries
- Opinion
- Sound Off
- Archives
- Classified Ads
- Retail Ads
- Contact Us
- About Us
- What's New?
- Subscribe
- Calendar of Events
- Community
- Entertainment
- Photo Gallery



E-MAIL THIS STORY | PRINT THIS STORY

# Cave found on transpark land

Discovery of drawings, human remains made earlier this year

By Raed Battah,
rbattah@bgdailynews.com
-- 270-783-3246

Thursday, February 10, 2005



Submitted
The entrance to a cave at the Kentucky TriModal Transpark is shown in a photo provided by Inter-Modal Transportation Authority.

Kentucky TriModal Transpark officials and their critics are not surprised by the discovery of a cave system and prehistoric human remains on Inter-Modal Transportation Authority property.

The cave was discovered "near the first of the year," according to ITA President Jim Hizer and was kept "confidential" per request of an archaeological assessment group from the University of Kentucky commissioned to study the find and prevent vandalism.

The finding delayed a planned groundbreaking for the Technical Training Center on the property that will serve Bowling Green Metalforming, which will open soon. The groundbreaking has been rescheduled for 3 p.m. Friday.



Daily News Umbrell
When you change
EZPay... just click he
for the form

View Today's Ads
Real Estate & Rentals (63)
Auctions & Estate Sales (6
Accounting & Finance (3)
Home Improvement & Gardening (1)
DailyAdMart.com






Hizer answered questions Wednesday at the transpark office on U.S. 31-W near the actual cave and area holding the remains.

"Nobody is surprised by these findings," Hizer said. "When the cave was discovered, we immediately stopped construction in the area and moved to preserve it and whatever contents we may have found."

The cave was discovered during construction work near the transpark entrance on U.S. 31-W, according to transpark Operations Director Allen Heidel.

He said a crew had removed soil and was excavating rock to get the correct elevation. "This was to install the stormwater treatment pipes," he said. "This is when the cave was exposed."

The cave system is around 2,000 feet long. A map of the preliminary construction site shows the portion of the cave from the discovery site heading west under U.S. 31-W and off the map. The remainder followed a southern path, slightly east, including areas traversing directly behind the proposed location of the Technical Training Center. It follows below a proposed stormwater retention pond for the area and ends in what is believed to be the original opening of the cave, which has since been closed.

This area is near the transpark office and is where the remains of at least one prehistoric human were found. Former Western Kentucky University instructor and cave science author Roger Brucker warned that continued development would disturb much more of what he says is a vast system of interconnected caves.

"The cave is not a 2,000 foot self-contained cave, but a segment of a far larger cave system that underlies the entire transpark site," Brucker said. "We told them that in the beginning. I think they are going to get into a lot more trouble as they go

Bowling Green Kentucky KY Daily News                                                                Page 3 of 6
Case 1:05-cv-01190-RMU    Document 3-7    Filed 06/15/2005    Page 4 of 17

along."

Brucker is a member of Karst Environmental Education and Protection and has written four books, including "The Longest Cave" and "The Caves Beyond." He has also authored a scientific study of the collapsed sinkhole at Dishman Lane. A 200-foot diameter portion of that road collapsed on Feb. 25, 2002.

Some transpark opponents called for a halt to construction.

"Clearly, the groundbreaking should not go forward on Friday," said Betsy Merritt, deputy general counsel for the National Trust for Historic Preservation. In an Dec. 5 Daily News article, Merritt was quoted as saying, "The karst topography of this area is permeated with cultural resources, including a potential for prehistoric human remains."

Merritt said Wednesday that the discovery is real evidence of potential danger to other artifacts in the area.

"The new building would be located on top of the same cave in which the human remains were found. In fact, all construction should stop until an environmental impact statement has been prepared," she said.

The cave actually does not run under the tech center's planned site, but does lay directly behind it.

Merritt said the whole point of an environmental impact statement is to understand and protect against the risk of harm to environmental and cultural resources before, not during construction.

"ITA has refused to ensure that the environmental and cultural reviews are completed prior to going forward with the project," she said.

Hilary Lambert of the Sierra Club agreed.

"All work on the site should stop until a proper and thorough evaluation can be made via the environmental impact statement process required by law for all projects that accept federal funding," Lambert said.

In addition to being the chairwoman of the Bluegrass Group of the Sierra Club, Lambert is also a member of KEEP.

"It is certain that this entire area is honeycombed with undiscovered caves and ancient human remains," she said.

Hizer responded today to her comments.

"The transpark itself has not received federal funds," he said. "Federal funds have gone into infrastructure surrounding the transpark but we have been careful not to use those funds. Therefore we are not required to follow all those guidelines."

Hizer said an EIS is not necessary for this project.

"At this stage it's not required, so we've chosen not to do so," he said. "That decision was made before I came to the transpark. It would significantly delay any additional construction."

Hizer said development has been especially sensitive to critics' concerns.

"Our consultants have advised us there is no reason to delay construction on the tech center," he said. "As per the EIS, we think we have exceeded what would normally be required for a project like this. We don't see the need to federalize the transpark because it is not a federal project."

Upon discovery of the cave system on the transpark property, members of the University of Kentucky's Program for Archaeological Research and Western Kentucky University's Center for Cave and Karst Studies were requested to assess the site, Hizer said.

"It's a site you certainly want to protect," said George Crothers, director of the William S. Webb Museum of Anthropology and Office of State Archaeology at the University of Kentucky.

Crothers investigated the cave along with Patrick Trader of UK's Program for Archaeological Research and Nick Crawford of the CCKS. Their findings were reported in at least three letters to Heidel.

"The skeletal remains are most likely those of a prehistoric Native American and were intentionally placed in the cave," a Jan. 27 letter reads. "This was a common practice during the Late Archaic (3,000-1,000 B.C.) and during the Early Woodland (1,000-500 B.C.) periods in the region."

The letters reported other findings within the cave. In one portion, Western students involved in the assessment located petroglyphs, which are prehistoric writings.

"The petroglyphs consist of several parallel lines in geometric designs," the letter read. "These geometric designs are commonly found in caves throughout Kentucky and the greater Southeastern United States."

In one area, the group also discovered more recent markings and writings, possibly from the late 19th century or early 20th century.

"On the cave ceiling are several names that were written using candle soot," the report said. "Names that were decipherable included "Jack" and "Evie n Billie. Several other names were written on the ceiling but were indecipherable."

The groups' recommendations at the end of the letter cited the Kentucky Cave Protection Act and the Kentucky State Burial Law.

"Given these regulations, we recommend that the human skeletal remains found in the cave be left in

place and avoided," the letter said.

The group returned to the site Monday to document the petroglyphs and get samples of charcoal they believed were from torches used to light the prehistoric artists' way. The charcoal samples will undergo radiocarbon testing at Beta Analytic in Florida to detect radiocarbon dates and determine the era of the drawings.

In a release from the ITA announcing the find, Hizer assured that the discovery was being carefully managed.

"We have made a commitment to protect and preserve any historic or prehistoric findings on transpark property," the statement read. "We've brought in archaeologists, biologists, geotechnical engineers, and others knowledgeable of this type of situation and we're following their advice.

"Where we found the artifacts," he added, "we will not be developing that land ever."

Daily News · 813 College St. · PO Box 90012 · Bowling Green, KY · 42102 · 270-781-1700

EXHIBIT 6

**Smithsonian Institution**
*National Museum of Natural History*

Department of Anthropology

Mr. Dan Cherry, President
Intermodal Transportation Authority
2325 Airway Ct.
P.O. Box 2001
Bowling Green, Kentucky 42101-6001

Dear Mr. Cherry:

As a past-President of the Society for American Archaeology, and someone who has done considerable research on the long history of human occupation of the eastern United States, I am writing to express my concern regarding the potential impact that the proposed Transpark development could have on significant cultural resources of the direct impact zone, as well as on adjacent areas.

The cave and karst sinkhole landscape of the region has yielded, over the years, a remarkably well-preserved record of ancient human societies, including some of the earliest evidence yet discovered of the independent domestication of local seed plants in the eastern woodlands of North America. There are of course, a range of well established procedures for ensuring the adequate assessment of cultural resources in the area, and for identifying appropriate mitigation efforts. It will be important to assemble a research team well qualified to search out, identify, and assess the significance of the often elusive karst and cave cultural deposits, to helpfully minimize the extent to which Transpark will damage the rich and unique cultural heritage of the region.

Thank you for considering my expressed concerns.

Sincerely,

Bruce D. Smith
Director, Archaeobiology Program

SMITHSONIAN INSTITUTION
National Museum of Natural History
10th & Constitution Avenue NW
Washington DC 20560-0112

EXHIBIT 7

Oaklad-Freeport HD- pg. 2

August 13, 2004

The Director of the National Park Service is pleased to send you the following announcements and actions on properties for the National Register of Historic Places.
For further information contact Edson Beall via voice (202) 354-2255 or E-mail: Edson_Beall@nps.gov

Our physical location address is:

National Park Service 2280
National Register of Historic Places
1201 "I" (Eye) Street, N.W.
Washington D.C. 20005

Please have any Fed Ex, UPS packages sent to the above address. Please continue to use alternate carriers, as all mail delivered to us via United States Postal Service is irradiated and subsequently damaged.

WEEKLY LIST OF ACTIONS TAKEN ON PROPERTIES: 8/02/04 THROUGH 8/06/04

KEY: State, County, Property Name, Address/Boundary, City, Vicinity, Reference Number, NHL, Action, Date, Multiple Name

CALIFORNIA, NAPA COUNTY, First Street Bridge, First St. across the Napa R, Napa, 04000774, LISTED, 8/05/04 (Highway Bridges of California MPS)

CALIFORNIA, NAPA COUNTY, Milliken Creek Bridge, Trancas St. across Milliken Creek, Napa vicinity, 04000775, LISTED, 8/05/04 (Highway Bridges of California MPS)

COLORADO, DENVER COUNTY, Sheedy Mansion, 1115-1121 Grant St., Denver, 04000780, LISTED, 8/04/04

FLORIDA, MONROE COUNTY, Overseas Highway and Railway Bridges (Boundary Increase), Parallel to US 1 (Approx. MM 9.8-72.8), Key Largo vicinity, 04000788, LISTED, 8/03/04

KANSAS, SEDGWICK COUNTY, Bitting Historic District, Generally the 1100 and 1200 Blks of Bitting, Wichita, 04000776, LISTED, 8/04/04

KANSAS, SEDGWICK COUNTY, East Douglas Avenue Historic District, Roughly bounded by Topeka, Rock Island, 1st, and English Sts., Wichita, 04000777, LISTED, 8/04/04

KANSAS, SEDGWICK COUNTY, Park Place--Fairview Historic District, Roughly Park Place and Fairview Aves. bet. 13th and 17th Sts. and Wellington Place, Wichita, 04000778, LISTED, 8/04/04

KANSAS, SEDGWICK COUNTY, Topeka--Emporia Historic District, Roughly N. Topeka and Emporia Aves. bet. 10th and 13th Sts., Wichita, 04000779, LISTED, 8/04/04

KENTUCKY, ANDERSON COUNTY, Lexington Extension of the Louisville Southern Railroad, Eastern Lawrenceburg to Milner, Lawrenceburg vicinity, 04000789, LISTED, 8/04/04

KENTUCKY, CLARK COUNTY, Oliver School, 30 Oliver St., Winchester, 04000795, LISTED,

8/04/04

KENTUCKY, CLARK COUNTY, Victory Heights Elementary School, 160 Maryland Ave., Winchester, 04000796, LISTED, 8/04/04

KENTUCKY, HART COUNTY, Gardner House, farm lane on N side of W. Walker Rd., Northtown, 04000794, LISTED, 8/04/04

KENTUCKY, LARUE COUNTY, New Haven Battlefield Site, Lyons Station Rd., New Haven, 04000793, LISTED, 8/04/04

KENTUCKY, LINCOLN COUNTY, Richland Farm, 5355 KY 1194, Stanford, 04000792, LISTED, 8/04/04

KENTUCKY, METCALFE COUNTY, Metcalfe County Jail, Corner of East, Edmonton, 04000791, LISTED, 8/04/04

KENTUCKY, MULTIPLE COUNTIES Cherokee Trail of Tears, MPS, ADDITIONAL DOCUMENTATION ACCEPTED, 7/26/04

KENTUCKY, TAYLOR COUNTY, Tate, Isaac, Farm, Five mi. S of Campbellsville on KY 55, Campbellsville vicinity, 04000802, LISTED, 8/04/04

KENTUCKY, WARREN COUNTY, Oakland--Freeport Historic District, Vine, Young, Lee, Mills, Rasdall, Church, Main, Oakland, Kelly, Burnett, Oakland-Smiths Grove, Cooke, Grimes and Mansfield St, Oakland, 04000801, LISTED, 8/02/04

KENTUCKY, WARREN COUNTY, Pioneer Log Cabin, Kentucky St., near jct. with University Dr., Bowling Green, 04000790, LISTED, 8/04/04

LOUISIANA, WEST CARROLL PARISH, Marsden (16R13), Address Restricted, Delhi vicinity, 04000803, LISTED, 8/04/04

MISSOURI, JACKSON COUNTY, Mutual Ice Company Building, 4142-4144 Pennsylvania Ave., Kansas City, 04000783, LISTED, 8/04/04

MISSOURI, ST. LOUIS INDEPENDENT CITY, Building at 1121-23 Locust St., 1121-23 Locust St., St. Louis (Independent City), 04000785, LISTED, 8/04/04

MISSOURI, ST. LOUIS INDEPENDENT CITY, Harris Teachers College, 1517 South Theresa, St. Louis (Independent City), 04000787, LISTED, 8/04/04 (St. Louis Public Schools of William B. Ittner MPS (AD))

MISSOURI, ST. LOUIS COUNTY, Old Webster Historic District, Roughly bounded by Allen Ave., Elm Ave., W. Lockwood Ave. and the Missouri Pacific RR Tracks, Webster Groves, 04000782, LISTED, 8/04/04

MISSOURI, ST. LOUIS INDEPENDENT CITY, Spool Cotton Co. Building, 1113-15 Locust St., St. Louis (Independent City), 04000786, LISTED, 8/04/04

EXHIBIT 8

# ABSTRACT

During the summer of 2001, the City of Oakland was awarded a matching grant from the Kentucky African American Heritage Commission for the purpose of completing a study of the historical unincorporated community of Sunnyside in Warren County. The Kentucky African American Heritage Commission is a branch of the Kentucky Heritage Council. Its mission is to identify and promote awareness of the significant African-American influences upon the history and culture of Kentucky and to support and encourage the preservation of Kentucky's African-American heritage. Sunnyside was selected as the subject of this project because the community may be endangered by the Intermodal Transportation Authority's proposal for developing a major industrial park that presently is planned to consume more than 4000 acres of farmland in the immediate vicinity. As a result, recordation of the community's cultural resources and heritage was considered to be critical in order to assure that any adverse impact to Sunnyside is properly considered in the planning and development of the industrial park. Gray & Pape, Inc., contracted with the City of Oakland to prepare the study, with staff time donated on a pro bono basis.

The scope of work for this study entailed an architectural survey of all the buildings within the community, archival research at the Kentucky Library at Western Kentucky University, a literature review at the Kentucky Heritage Council, and oral history interviews with several long-time residents. A historic context of the community was prepared that traced the development of Sunnyside from the Reconstruction era to the present. The purpose of the project was to document the cultural and historical resources of the Sunnyside community that are deserving of preservation and protection, and it will provide a reference for all future land use and planning studies related to development proposals for this area of rural Warren County.

The community of Sunnyside is located in the northeastern part of the county, which covers approximately 546 square miles. The county lies within the Mississippian Plateaus region of southern Kentucky, which also is known as the Pennyroyal or Pennyrile region. The topography generally is gently rolling and is characterized by a karst plain with numerous sinkholes and disappearing streams. This extensive karst plain encompasses hundreds of square miles interconnected by countless subterranean streams and caverns, most notably including the vast cave network at the Mammoth Cave National Park. Principal waterways are the Green River, which forms the northern boundary of Warren County, and the Barren River, which crosses the full width of the county in a generally northwesterly direction. The county's soils, however, are the product of decomposition of surface rock. The rich and fertile quality of the soil renders it well suited for agriculture, which historically has comprised the backbone of the county's economy. Mineral resources also were significant to the county's historical development, particularly deep beds of limestone and deposits of rock asphalt and tile clays.

Around Sunnyside, the terrain varies from deeply rolling to relatively flat fields. All of the land is zoned for agricultural use and much of it is given over to pasture or cultivation of corn, tobacco, and soybeans. Numerous sink holes and ponds are visible. The roads in and around Sunnyside are narrow and winding, and generally follow the contours of the land. Their rather rustic character indicates that their alignments have been little altered over the years and contributes to the rural setting. The built environment is generally low density. The centerpiece of the community is the Loving CME Church, the history of which extends back to the Reconstruction period. Its associated cemetery has headstones with dates as early as the 1870s. The extant church building was constructed around 1940. It is a simple concrete block building with a short square tower. This building's form and appearance is believed to mimic the appearance of the original frame church, which was erected in the late nineteenth century on or near the same site. The majority of the community's residences are modest ranch types that date from the early to mid-1970s. Some of these were constructed by the local Fishback family, who reportedly operated the first African American house construction business in Warren County. A few frame dwellings date from the early twentieth century. Many of the houses occupy small lots, as most of the residents no longer engage in farming for a livelihood but instead are employed in nearby Bowling Green. However, a number of agricultural outbuildings, including tobacco barns and livestock barns, are extant. The community is located along the route of the CSX Railroad (successor firm to the Louisville & Nashville Railroad). At one time, a depot and a small number of commercial buildings was clustered near the tracks, but none of these are extant.

The unincorporated Sunnyside community is one of only three historic African-American communities in Warren County that have been documented with archival investigations or architectural surveys. The community is an historically significant, tangible link from the post-Civil War period to the present, and is illustrative of the development and evolution of African-American life in Warren County during the twentieth century. A total of 55 buildings were documented and evaluated during the course of fieldwork for this project. Each of these resources was documented with an individual inventory form, using the standard 91-1 survey form used by the Kentucky Heritage Council for identification-level surveys.

Gray & Pape recommends that the Loving CME Church and its associated cemetery are eligible for the National Register of Historic Places. Gray & Pape further recommends that additional study be undertaken to determine the potential for a National Register-eligible historic district that includes the residences and outbuildings, as well as associated fields and wooded areas, along Loving Road, Glasgow Road (US 68/80), Fred Madison Road, and Mizpah Road.

EXHIBIT 9





### INTER-MODAL TRANSPORTATION AUTHORITY, INC.'S REQUEST FOR PROPOSAL (RFP) TO PERFORM ENVIRONMENTAL AND DEMOLITION SERVICES FOR THE KENTUCKY TRIMODAL TRANSPARK IN WARREN COUNTY, KENTUCKY

The Inter-Modal Transportation Authority, Inc. (ITA), a Kentucky non-profit, non-stock corporation, involved in the construction and development of the Kentucky TriModal Transpark (the Project), intends to contract with a qualified firm(s) for environmental and demolition services to demolish and dispose of a residential structure and all associated farm buildings, located at 839 Mizpah Road, Bowling Green, KY of which some may contain lead paint, asbestos or other environmentally sensitive materials, the termination of all utilities and the removal of all meters; the removal of septic tanks and all necessary environmental testing and abatement.

Applicants to this RFP should submit, at a minimum, the following: proof of all necessary licenses to operate and conduct business in the State of Kentucky, Warren County and the City of Bowling Green; experience, qualifications, pricing, demolition plan and schedule. The proposal for the residential structure should be separated from the farm buildings.

The ITA hereby notifies all interested persons that the ITA acts affirmatively to insure that, in regard to any contract entered into pursuant to this advertisement, small disadvantaged, and female -owned businesses will be afforded full opportunity to submit proposals in response to this request. The ITA will not discriminate on the basis of race, color, creed, national origin, sex or handicap. The proposed contract shall be under and subject to Executive Order 11246 of 24 September 1965 and its subsequent revisions. The selected applicant shall be required to comply with this and Title VI of the Civil Rights Act of 1964 and applicable laws and regulations pursuant to this project.

All applicants must deliver two (2) copies of their proposal to the office of the Inter-Modal Transportation Authority, Inc., 7790 Louisville Road (P.O. Box 91, Bowling Green, KY 42102), Bowling Green, KY 42101, on or before 12 noon, May 25, 2005, at which time the proposals will be opened. The outside of the envelope should be marked "MIZPAH ROAD DEMOLITION RFP". Also notify this office at 270-393-8482 if you intend to respond to this RFP. A site inspection will be held at 9 a.m. on May 20, 2005.

All proposals will be reviewed by ITA. ITA will select which applicants, if any, that will be considered for the work based upon the lowest evaluated bid price. The criteria to be utilized in this evaluation shall be the applicant's experience, qualifications, pricing demolition plan and schedule. The ITA reserves the right to reject all proposals, readvertise or not proceed with the work.

---

Park City is requesting design/build proposals from qualified firms and individuals for the design and construction of a shelter to be located on the grounds of the Bell's Tavern Historical Park in Park City, KY. Said shelter will be an eight sided structure of fifty to sixty feet in diameter of such height to facilitate a performing state. Construction will consist of a wood superstructure with a metal roof. The floor will be either concrete or consolidated earth sufficient to support multiple and sustained uses. Bathroom facilities will be located in a separate but complementary building and be ADA complaint. This building will also contain an area suitable for maintenance storage. Preliminary plans are to be submitted to the City of Park City, PO Box 304, Park City, KY 42160, by July 1, 2005. The selected firm/individual will be required to submit proof of insurance. A construction bond is also required. Additional information may be obtained by calling 749-5695 or 670-6728.