EXHIBIT 10



**DEPARTMENT OF THE ARMY**
U.S. ARMY ENGINEER DISTRICT, LOUISVILLE
CORPS OF ENGINEERS
P.O. BOX 59
LOUISVILLE, KENTUCKY 40201-0059

*http://www.lrl.usace.army.mil*

February 9, 2005

Office of Counsel

SUBJECT: Freedom of Information Act Request 05-24

Ms. Sandra S. Nichols
Wildlaw Staff Attorney
Counsel for KEEP
8118 Old Federal Road, Suite C
Montgomery, AL 36117

Dear Ms. Nichols:

   This letter is in response to your Freedom of Information Act (FOIA) request dated January 18, 2005, requesting documents relating to Kentucky TriModal Transpark proposed for Bowling Green-Warren County, KY.

   Enclosed is the 1 document the Louisville District has had in its records fitting the criteria of your request.

   If you have any questions, you may contact Kathy Collins, Paralegal Specialist, at 502/315-6637.

                                           Sincerely,

Enclosure

                                           Jennifer M. Payton
                                           Assistant District Counsel

October 27, 2000

Operations Division
Regulatory Branch (South)
ID No. 200001418-asb

Ms. Caroline B. Ammerman
Wilbur Smith Associates, Inc.
6600 Clough Pike
Cincinnati, Ohio  45244-4028

Dear Ms. Ammerman:

    This is in response to your letter dated October 12, 2000,
regarding the proposed Kentucky Trimodal Transpark, located east of
Bowling Green, in Warren County, Kentucky.  According to your letter,
the Intermodal Transportation Authority (ITA) has initiated the
preparation of a Site Master Plan for the proposed development, which
would include an Environmental Assessment.  Additionally, a cursory
review of potential impacts to "waters of the United States," including
wetlands, has been conducted and is included in your letter.  Based on a
review of the submitted information and available mapping for this
portion of Kentucky, we have determined that "waters of the United
States," including wetlands, likely exist within each of the three
alternative sites at the proposed development property.

    The Corps of Engineers exercises regulatory authority under Section
10 of the Rivers and Harbors Act of 1899 (33 USC 403) and Section 404 of
the Clean Water Act (33 USC 1344).  The data you furnished indicates an
authorization under one or both of these Sections of law may be required
before you begin the work.  However, the information given is
insufficient for us to be certain of the need for a permit on this
particular proposal.  We will need additional detail on the project's
design, scope, construction methods and purpose in order to determine
whether a permit is required.

    We have found it is usually in the applicant's best interest to
submit that data in a formal permit application.  Should an individual
permit be required, we can then begin processing your request
immediately.

    Enclosed is a packet which contains the information and forms
needed to apply for a Department of the Army (DA) permit.  Currently,
the processing time for non-controversial applications requiring
individual review takes approximately 90-120 days.  Please allow
sufficient time in your pre-construction schedule for the processing of
a DA permit application.

If we can be of any further assistance, please contact us by writing to the above address, ATTN:  CELRL-OP-FS, or by calling me at (502) 315-6691.

Sincerely,


Amy S. Babey
Project Manager
Regulatory Branch

Enclosures

Babey/OP-FS/rb/jq.AG

2

EXHIBIT 11

Mason, ornithologist at Western Kentucky University. In his opinion, use or overflights of the area would be very unlikely.

Dr. Mason did indicate that sandhill cranes occasionally used the area during migration. Sandhills often feed in harvested cornfields during fall migration. Mengel (1965) reported records for both spring and fall migration from south central Kentucky. Changes in land use from agricultural to industrial would remove the food source from the site and dissuade use by sandhill cranes in the future.

## Threatened and Endangered Species of Flora and Fauna

To determine if there are any endangered or threatened wildlife or plant species known to occur within the Yellow Study Area, the U.S. Fish and Wildlife Service (USFWS) and the Kentucky State Nature Preserves Commission (KSNPC) were consulted. Based on historic ranges and more recent observations, the USFWS identified the potential presence of at least four federally listed species within the general area of the Yellow Study Area: the Kentucky cave shrimp (*Palaemonias ganeri*), the Indiana bat (*Myotis sodalis*), the gray bat (*M. grisescens*), and Eggert's sunflower (*Helianthus eggertii*).

Two additional federally listed plants, Prices potato bean (*Aprios priceana*) and Running buffalo clover (*Trifolium stoloniferum*) historically could have occurred here but no recent observations have been reported from the Bristow or adjacent quads.

Because several years may elapse between planning and construction on large projects, it is possible that other species could be federally listed in the meantime. To determine if there were any proposed species nearing listing the regional USFWS offices that could affect Kentucky were contacted. As a result of these inquiries, Hall's bulrush (*Schoneoplectus hallii*) was added to the list of species to be searched for. This species is likely to be listed within the next year. It occurs in temporary pond-wet sinkhole habitats that are found in the Yellow Study Area.

Also under consideration for federal listing are a number of species of cave beetles in the genus *Pseudanophthalmus*. A timetable for listing these species is uncertain, but several of the cave beetle species could occur within the Graham Springs caverns beneath the site.

The KSNPC lists more than 40 species, mostly plants, which occur in Warren County that could occur in the Bristow-Oakland area (See Appendix E). Among the plants listed by the KSNPC, is the sharp scale sedge (*Scripus hallii*), which could occur in sinkhole wetlands within the Yellow Study Area. This sedge is currently under review for listing as a Federally endangered species.

As part of this EA, detailed field investigations were conducted to determine the presence of any threatened or endangered plant or animal species on the Yellow Study Area. Of the 45 species listed at the state and federal level, only three were actually observed on the site. They were: the gray bat, which is a federally endangered species; Eggert's sunflower, which is a federally listed threatened species; and the blind crayfish (*Orconectes* pellucidus), which is on the KSNPC list of species of special concern. A single, male gray bat was captured while foraging. Several colonies of Eggerts sunflower were found growing within the CSX right-of-way. The

EXHIBIT 12

# Inter-Modal Transportation
# Authority, Inc.

## Business and Finance Plan

January 2001

# INTER-MODAL TRANSPORTATION AUTHORITY, INC.

## JANUARY 2001

## TABLE OF CONTENTS

BUSINESS PLAN OVERVIEW .................................................................................... 1
    Source and Use of Financing ............................................................................ 2
    Source of Funds ................................................................................................ 2
    Use of Funds .................................................................................................... 4

MARKET AND OPERATIONS ANALYSIS
    Business Description ......................................................................................... 1
    Business Objectives .......................................................................................... 3
    Market Analysis ............................................................................................... 4
    Management Team ............................................................................................ 10

FORECASTED FINANCIAL STATEMENTS

PROJECTED FINANCIAL STATEMENTS

## INTER-MODAL TRANSPORTATION AUTHORITY, INC.
## BUSINESS PLAN OVERVIEW

Inter-Modal Transportation Authority, Inc. (ITA or Organization), located in Bowling Green, Kentucky, is an agency and instrumentality of Warren County, Kentucky. The Organization's primary purpose is promoting, developing, designing, building and managing the proposed Kentucky TriModal Transpark (KTT or Transpark). ITA's primary sources of revenue are expected to be incremental county and city revenues from a proposed development area, land sales, land rentals along with state and federal grants to help fund the development and operations of KTT.

The purpose of this business plan is to assist management and potential lenders in determining the Organization's financing needs for the proposed project. The Organization plans to finance this project by obtaining bond anticipation notes of approximately $43,500,000, approximately $18,350,000 in state and federal grants and approximately $17,390,000 net proceeds from the sale of the existing Bowling Green-Warren County Regional Airport. → federally funded

Once the financing is approved, the Organization will begin acquiring and developing the necessary land to build the business park and the airport. The current plan is to purchase a minimum of 2,000 acres for the Transpark.

The Organization's long-range goal is to purchase a total of 4,000 acres for KTT. The Organization determined that it would be more feasible to purchase 2,000 acres initially and the balance on an as-needed basis instead of incurring the carrying costs for the entire 4,000 acres at the beginning of the project.

The Organization plans to start selling land to prospective businesses beginning in fiscal year 2003. ITA estimates it will sell approximately 90 acres in the first year and 60 acres of land in subsequent years. The Organization expects to start receiving incremental county and city revenues from businesses locating in the park beginning in the fiscal year ending June 30, 2004.

The Organization also plans to begin building a new airport in fiscal year 2005 that will replace the existing Bowling Green-Warren County Regional Airport. The new airport is expected to open in fiscal year 2007.

The current airport board is on record as supporting the construction of the new airport. The business plan assumes ITA will construct the new airport. When the new airport is completed, ITA will exchange the new airport for the old airport. The existing airport board will then operate the new airport. After the exchange, ITA will own the old airport and will then take the responsibility for selling the old airport. All proceeds from the sale of the old airport will be used to fund the new airport.

EXHIBIT 13

PRELIMINARY OFFICIAL STATEMENT

DATED JANUARY 11, 2005

NEW ISSUE

RATING: *Moody's* " "

In the opinion of Bond Counsel, based upon present laws, regulations, rulings and decisions in effect on the date of delivery of the Bonds, and assuming continuing compliance with certain covenants made by the Authority and the County, interest on the Bonds is excludable from gross income for federal income tax purposes upon the conditions and subject to the limitations set forth herein under "Tax Treatment." Interest on the Bonds held by corporations is includable in the computation of such corporation's adjusted net book income, adjusted current earnings and modified alternative minimum taxable income. Receipt of interest on the Bonds may result in other federal income tax consequences to certain holders of the Bonds. Interest on the Bonds is exempt from income taxation and the Bonds are exempt from ad valorem taxation by the Commonwealth of Kentucky and any of its political subdivisions. The Bonds are "Bank Eligible".

## $6,640,000*
## INTER-MODAL TRANSPORTATION AUTHORITY, INC.
## FIRST MORTGAGE REVENUE BONDS
## SERIES 2005

Dated:  January 1, 2005

Due: February 1, as shown below

Interest on the Bonds will be payable from this dated date each February 1 and August 1, beginning August 1, 2005. All of the Bonds will mature as to principal as shown below. The Bonds are being issued as fully registered and will be available for purchase in principal amounts of $5,000 and integral multiples thereof. Principal and interest on the Bonds are payable at the principal office of Central Bank & Trust Co., Lexington, Kentucky, as Paying Agent, Registrar and Trustee. The Bonds are subject to redemption prior to maturity as described herein.

| Maturing February 1 | Principal Amount* | Interest Rate | Priced to Yield | CUSIP Number | Maturing February 1 | Principal Amount* | Interest Rate | Priced to Yield | CUSIP Number |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | $250,000 | % | % | 458266 BA0 | 2018 | $350,000 | % | % | 458266 BL6 |
| 2009 | $255,000 | % | % | 458266 BB8 | 2019 | $365,000 | % | % | 458266 BM4 |
| 2010 | $260,000 | % | % | 458266 BC6 | 2020 | $380,000 | % | % | 458266 BN2 |
| 2011 | $270,000 | % | % | 458266 BD4 | 2021 | $395,000 | % | % | 458266 BP7 |
| 2012 | $280,000 | % | % | 458266 BE2 | 2022 | $415,000 | % | % | 458266 BQ5 |
| 2013 | $290,000 | % | % | 458266 BF9 | 2023 | $435,000 | % | % | 458266 BR3 |
| 2014 | $300,000 | % | % | 458266 BG7 | 2024 | $455,000 | % | % | 458266 BS1 |
| 2015 | $310,000 | % | % | 458266 BH5 | 2025 | $475,000 | % | % | 458266 BT9 |
| 2016 | $325,000 | % | % | 458266 BJ1 | 2026 | $495,000 | % | % | 458266 BU6 |
| 2017 | $335,000 | % | % | 458266 BK8 | | | | | |

* The principal amount of Bonds sold to the successful bidder is subject to a Permitted Adjustment by increasing or decreasing the amount not to exceed $660,000.

### PURCHASER'S OPTIONS:

(1) The Purchaser of the Bonds may specify to the County that any of the Bonds may be combined with immediately succeeding sequential maturities into a Term Bond or Term Bonds, bearing a single rate of interest, with the maturities set forth above (or as may be adjusted as provided herein) comprising mandatory sinking fund redemption amounts for such Term Bond(s).

(2) The successful bidder may likewise elect to notify the Financial Advisor within twenty-four (24) hours of the award that bond certificates be issued. If no such election is made the Bonds will be delivered utilizing the BOOK-ENTRY-ONLY-SYSTEM administered by The Depository Trust Company.

The Bonds are special and limited obligations of the Authority, a nonprofit, non-stock public corporation and agency of the County of Warren, Kentucky (the "County"), issued at the request of the County, and do not constitute a debt, liability or general obligation of the Authority or the County within the meaning of the Constitution and laws of the Commonwealth of Kentucky, or a pledge of the faith and credit or the taxing power of the County. The Bonds are being issued by the Inter-Modal Transportation Authority, Inc. (the "Authority" or the "Issuer") in order to provide funds for: (i) financing the cost of infrastructure improvements to the intermodal commerce and industrial park; (ii) to pay interest on the Bonds during the construction of certain land and infrastructure improvements being planned on the Project Site; and (iii) to pay the costs of issuance of the Bonds. The Bonds will rank on the basis of parity with any additional bonds may be issued as provided in the Mortgage which secures the Bonds.

The Authority and the County have entered into an annual renewable Contract, Lease and Option Agreement dated January 1, 2005 (the "Lease"), wherein the County shall lease from the Authority the Project (as described herein), at an agreed rental, which rental amount will be assigned by the Authority to the Trustee and is anticipated, when added with other revenues of the Authority, to be adequate to pay 100% of the principal and interest on the Bonds. On each July 1, beginning July 1, 2005, the Lease may be renewed for another period of one year, provided that if the Lease is so renewed the rentals for each fiscal year during which the Lease remains in effect shall be a sum equal to the amount of the interest payments due on the Bonds during such year and the principal amount of the Bonds then maturing of such year. The Lease renewal shall automatically be considered to have been affirmatively exercised each year by the County, unless notice of its election not to exercise the option for the succeeding year be given by the County to the Authority in writing at least ninety (90) days prior to the renewal date thereof.

The Bonds have been designated by the Authority as an issue of "qualified tax-exempt obligations" under Section 265(b)(3) of the Internal Revenue Code of 1986 and therefore are eligible for such treatment when held by commercial banks and certain other financial institutions. The Bonds are offered when, as, and if issued subject to the approving legal opinion of Cox, Bowling & Johnson, PLLC, Lexington, Kentucky, Bond Counsel. Proposals for the purchase of the Bonds will be accepted through Thursday, January 13, 2005 at 10:00 A.M. (C.T.) in the office of the County Judge/Executive, 2nd Floor of the Warren County Courthouse, Bowling Green, Kentucky, 42101.

The Authority deems this preliminary Official Statement to be final for purposes of the Securities and Exchange Commission Rule 15c2-12, but is subject to revision, amendment and completion in a final Official Statement.

This Preliminary Official Statement and the information contained herein are subject to completion or amendment. Under no circumstances shall this Preliminary Official Statement constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sales of these Bonds in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the laws of any such jurisdiction.

R S A

www.rsamuni.com

*[handwritten: see use of proceeds, pg. 11 Repayment by grants pg. 8]*

## INTER-MODAL TRANSPORTATION AUTHORITY, INC.

Curtis Sullivan, Chairperson
Rick Wilson, Vice Chairman
Jim Dinning, Secretary
Kirby Ramsey, Treasurer

Vince Berta, Member
Dr. Randy Capps, Member
Judge Don Butler, Member
Gary Dillard, Member
Judge Hugh Evans, Member
Judge Davie Greer, Member
Judge John H. Guion, Member
Jim Hizer, Member
Judge Johnny Hobdy, Member

Dr. Bob Jefferson, Member
Sandy Jones, Member
Walt McCay, Member
Harold McGuffey, Member
Mayor Darrell Pickett, Member
Judge N.E. Reed, Member
Tom Smith, Member
Don Vitale, Member
Johnny Webb, Member

## COUNTY OF WARREN, KENTUCKY

Michael O. Buchanon, County Judge/Executive
Cedric Burnam, Magistrate
Eddie Beck, Magistrate
James "Doc" Kaelin, Magistrate
Thomas "Tommy" Hunt, Magistrate
Terry W. Young, Magistrate
Robert Donoho, Magistrate

Amy Milliken, County Attorney
Brenda Hale, Fiscal Court Clerk
Jerry Pearson, County Treasurer

## BOND COUNSEL

Cox, Bowling & Johnson, PLLC
Lexington, Kentucky

## FINANCIAL ADVISOR

Ross, Sinclaire and Associates, Inc.

## TRUSTEE, BOND REGISTRAR AND PAYING AGENT

Central Bank & Trust Co.
Lexington, Kentucky

ii

## REGARDING USE OF THIS OFFICIAL STATEMENT

This Official Statement does not constitute an offering of any security other than the original offering of the Bonds of the Authority identified on the cover page hereof. No person has been authorized by the Authority to give any information or to make any representation other than that contained in the Official Statement, and if given or made such other information or representation must not be relied upon as having been given or authorized by the Authority or the Financial Advisor. This Official Statement does not constitute an offer to sell or the solicitation of an offer to buy, and there shall not be any sale of the Bonds by any person in any jurisdiction in which it is unlawful to make such offer, solicitation or sale.

The information and expressions of opinion herein are subject to change without notice, and neither the delivery of this Official Statement nor any sale made hereunder shall, under any circumstances, create any implication that there has been no change in the affairs of the Authority or the County since the date hereof.

Neither the Securities and Exchange Commission nor any other federal, state or other governmental entity or agency, except the Authority, will pass upon the accuracy or adequacy of this Official Statement or approve the Bonds for sale.

This Official Statement includes the front cover page immediately preceding this page and all Appendices hereto.

TABLE OF CONTENTS

Page

Introduction .................................................... 1
The County ...................................................... 2
The Authority ................................................... 2
The Bonds ...................................................... 2
  General ....................................................... 2
  Registration, Payment and Transfer ............................ 2
  Book-Entry-Only-System ....................................... 3
  Optional Redemption .......................................... 5
  Defeasance ................................................... 5
  Estimated Sources and Uses of Funds .......................... 6
Debt Service Schedule ........................................... 7
Security and Sources of Payment ................................. 7
  Security ..................................................... 7
  Sources of Payment ........................................... 7
Plan of Financing the Project ................................... 5
  Additional Parity Bonds ...................................... 9
  Sublease of the Project ...................................... 10
The Project ..................................................... 10
Additional Bonds ................................................ 11
The Contract Lease and Lease .................................... 12
  Dated Date, Parties to Lease ................................. 12
  Lease Period and Amount ...................................... 12
  County May Renew Lease ....................................... 12
  Only Annual Periods Deemed Obligations ....................... 13
  Intent to Renew .............................................. 13
  Operation, Maintenance and Repair ............................ 13
  Rights of the County Service Events of Default
    and Default by Others ...................................... 13
  Relinquishment of the Project at End of Lease Term ........... 14
  Assignment of Rights to Trustee .............................. 14
The Mortgage .................................................... 14
  Funds and Accounts ........................................... 14
  Application of Proceeds of the Bonds; Maintenance of Funds ... 14
  Investment of Funds .......................................... 18
  Additional Covenants ......................................... 19
  Payment of Bonds ............................................. 20
  Insurance of Project ......................................... 20
  Authorization and Sale of Bonds .............................. 21
  Tax Covenant ................................................. 21
  Further Assurance ............................................ 21
  Powers as to Bonds and Pledges ............................... 22
  Accounts and Reports ......................................... 22
  Compliance With Conditions Precedent ......................... 22
  General ...................................................... 22
  Waiver of Laws ............................................... 22
  The Project .................................................. 22
  Corporation to Enforce Contracts ............................. 22
  Disclosure Compliance ........................................ 23
  Amendments ................................................... 23
  Events of Default ............................................ 24
  Remedies ..................................................... 24
Investment Considerations ....................................... 25
  Financial Management ......................................... 26
  Financial Reports and Examinations of Accounts ............... 26
  Bond Issue Approval .......................................... 26
  Budgeting and Appropriations Procedures ...................... 27
Legal Matters ................................................... 27
  General Information .......................................... 27
  Transcript and Closing Certificates .......................... 27
  Litigation ................................................... 28
  Tax Exemption ................................................ 28
Ratings ......................................................... 29

Continuing Disclosure Undertaking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
Financial Advisor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

Demographic and Economic Data . . . . . . . . . . . . . . . . . . . . . . . . . APPENDIX A
Financial Data - Warren County, Kentucky . . . . . . . . . . . . . . . . . APPENDIX B
Financial Date - Inter-Modal Transportation Authority, Inc. . . . . . APPENDIX C
Form of Legal Approving Opinion of Bond Counsel . . . . . . . . . APPENDIX D
Continuing Disclosure Agreement . . . . . . . . . . . . . . . . . . . . . . . . . APPENDIX E
Official Terms and Conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPENDIX F
Official Bid Form (in duplicate) . . . . . . . . . . . . . . . . . . . . . . . . . . . APPENDIX G

OFFICIAL STATEMENT
Relating to the Issuance of

$6,640,000*
Inter-Modal Transportation Authority, Inc.
First Mortgage Revenue Bonds, Series 2005

## INTRODUCTION

The purpose of this Official Statement, which includes the cover page and Appendices hereto, is to set forth certain information pertaining to the Inter-Modal Transportation Authority, Inc. (the "Authority") First Mortgage Revenue Bonds, Series 2005 (the "Series 2005 Bonds" or the "Bonds").

The County of Warren, Kentucky (the "County") by adoption of Ordinance 98-53WC on October 23, 1998, established the Authority, a nonprofit, non-stock public corporation and agency of the County of Warren, Kentucky pursuant to Kentucky Revised Statutes (KRS) 58.180 and 273.161 through 273.390 to act as the agency and instrumentality of the County in acquiring, developing and financing public improvements and public projects, including without limitation, transportation facilities, which include but are not limited to, a Inter-modal transportation access distribution center which will contain a regional industrial airpark with transportation access by air, rail and highway.

The Authority at their meeting of December 15, 2004 adopted at the direction of the County, a Resolution authorizing the sale and delivery of the Bonds for the purpose of (i) financing the cost of site infrastructure improvements (as described herein); (ii) to pay interest on the Bonds during construction of the planned improvements on the site; and, (iii) to pay the costs of issuance of the Bonds ("Project"). The Bonds will rank on the basis of parity to any additional bonds heretofore issued to finance the Project as provided in the hereinafter identified Mortgage which secures the Bonds. With the issuance and delivery of the Series 2005 Bonds, the Authority will have issued and have outstanding twenty five million ($25,000,000) of parity bonds and notes to complete the Project as was planned. In addition, the Authority or the County has received and have or will spend approximatley an additional $24 million of federal and state grant funds towards the Project. The Series 2005 Bonds and any additional Bonds secured by the Mortgage are referred to as the "Outstanding Bonds." All of the Outstanding Bonds that may be issued as provided in the Mortgage will rank on an equal basis of parity as provided under the Mortgage.

The Bonds are special and limited obligations of the Authority, are being issued at the request of the County, and do not constitute a debt, liability or general obligation of the Authority or the County within the meaning of the Constitution and laws of the Commonwealth of Kentucky, or a pledge of the faith and credit or the taxing power of the County. The Bonds are secured by a Contract, Lease and Option Agreement dated January 1, 2005 (the "Lease"), wherein the County shall lease from the Authority the Project and Project Site, at an agreed rental, which rental amount will be assigned by the Authority to the Trustee and is anticipated to be adequate to pay 100% of the principal and interest on the Bonds. The Lease is an annual renewable Lease (see "The Lease" herein). On each July 1, the Lease may be renewed for another period of one year, provided that if the Lease is so renewed the rentals for each fiscal year during which the Lease remains in effect shall be a sum equal to the amount of the interest payments due on the Bonds during such year and the principal amount of the Bonds then maturing of such year. The Lease renewal shall automatically be considered to have been affirmatively exercised each year by the County, unless notice of its election not to exercise the option for the succeeding year be given by the County to the Authority in writing at least ninety (90) days prior to the renewal date thereof.

* Subject to Permitted Adjustment

This Official Statement should be considered in its entirety, and no one subject discussed should be considered more or less important than any other by reason of its location in the text. Reference should be made to laws, reports or other documents referred to in this Official Statement for more complete information regarding their contents. Prior to issuance and delivery of the Bonds, copies of the Mortgage and the Lease, both dated as of January 1, 2005, may be obtained at the offices of Cox, Bowling & Johnson, 201 East Main Street ,Bank One Plaza, Suite 1102, Lexington, KY 40507.

## THE COUNTY

The County of Warren, Kentucky, is a public body corporate and politic duly created and existing as a County and political subdivision of the Commonwealth of Kentucky (the "Commonwealth").

The County is governed by a Fiscal Court consisting of an elected County Judge/Executive and six (6) elected magistrates. These seven (7) members comprise the Fiscal Court and are elected to four (4) year terms. There is no limitation for succession by any member of the Fiscal Court.

Demographic and Economic Data regarding the County is included in Appendix A.

## THE AUTHORITY

The Inter-Modal Transportation Authority was established in 1998 to act as an agency and instrumentality of the County in financing, constructing, managing and operating a transportation access distribution center which will contain a regional industrial airpark with transportation access by air, rail and highway. The County does not intend to use the Authority in any other public related capacity.

The Authority is governed by a board of directors (the "Board") which shall always consist of no less than three (3) nor more than fifteen (15) directors. The Board members are appointed to staggered terms by the County Judge/Executive of Warren County, Kentucky.

## THE BONDS

### General

The Bonds will be dated January 1, 2005 and will bear interest from that date as described herein, payable semi-annually on February 1 and August 1 of each year commencing August 1, 2005. All the Bonds will mature as shown on the cover.

### Registration, Payment and Transfer

The Bonds are to be issued in denominations of $5,000 and any integral multiple thereof.

All Bonds shall be registered as to both principal and interest on the registration books maintained at the corporate office of the Paying Agent, Central Bank & Trust Co., Lexington, Kentucky acting as registrar (the "Registrar"). No transfer of any Bonds shall be valid unless made on said books at the request of the registered owner in person or by his attorney duly authorized in writing and similarly noted on such Bond. Bonds may be exchanged for Bonds of other authorized denominations upon surrender of the Bonds to be exchanged to the Registrar with a written request for such exchange, duly executed by the owner thereof or by his duly authorized

and retired, whether at maturity or by call for redemption, but such expression of intention shall not be construed as a present election on the part of the County to extend the Lease beyond the original term thereof, since the County is without legal power to incur at this time any indebtedness or obligation beyond the first year of said Lease.

## PLAN OF FINANCING THE PROJECT

In addition to any other powers conferred by law, any city or county in Kentucky may exercise any powers necessary or convenient to carry out the purposes of KRS 65.680 to 65.699 (the "Kentucky Increment Financing Act"), including the power to issue "Increment Bonds." Increment bonds can be issued by the County for the purpose of paying the costs of one or more economic development projects in a development area, the payment of which is secured solely by a pledge of increments or by a pledge of increments and other sources of payment that are otherwise permitted by law to be pledged or used as a source of payment of the Bonds.

The County at their meeting on June 27, 2003, adopted an ordinance that established a Development Area pursuant to the Kentucky Increment Financing Act that encompasses the Project and the Project Site and dedicates all the Revenues (the Old Revenues less the New Revenues received with respect to a Development that, including all or any portion of job assessment fees and grant contracts as determined by the governing body) in any year after the commencement date for the Development Area.

The Authority, at the direction of the County, caused a Business and Finance Plan dated January 8, 1999 to be developed by an independent accounting firm to determine the economic feasibility of the Project. This study has been updated and was approved by the Authority at its July 18, 2003 meeting.

Although the Authority and the County are of the opinion that land sales, governmental grants, and Revenues as defined under the Kentucky Increment Financing Act will be sufficient to meet the scheduled net debt payment on the Bonds, the County has entered into a Lease, wherein the County shall lease from the Authority the Project and Project Site to make up any shortfall in order to prevent a default on the Bonds.

*The remainder of this page intentionally left blank.*

not
released
to
public

The following schedule shows the maturing principal each fiscal year and total principal that will be outstanding at the close of each fiscal year, assuming there are no earlier redemptions resulting from earlier optional and mandatory calls.

| FY Ending June 30 | 2003 A Notes | 2003 D Notes | 2004 A Notes | 2004 Bonds | 2005 Bonds | Amoritizing Principal | FY End Outstanding Princpal |
|---|---|---|---|---|---|---|---|
| 2004 | | | | | | $0 | $25,000,000 |
| 2005 | | | | | | $0 | $25,000,000 |
| 2006 | | | | | $0 | $0 | $25,000,000 |
| 2007 | | | | $300,000 | $0 | $300,000 | $24,700,000 |
| 2008 | | | | $305,000 | $250,000 | $555,000 | $24,145,000 |
| 2009 | | | | $315,000 | $255,000 | $570,000 | $23,575,000 |
| 2010 | | | | $325,000 | $260,000 | $585,000 | $22,990,000 |
| 2011 | | | | $330,000 | $270,000 | $600,000 | $22,390,000 |
| 2012 | | | | $340,000 | $280,000 | $620,000 | $21,770,000 |
| 2013 | | | | $355,000 | $290,000 | $645,000 | $21,125,000 |
| 2014 | $2,415,000 | $2,800,000 | $4,750,000 | $365,000 | $300,000 | $10,630,000 | $10,495,000 |
| 2015 | | | | $380,000 | $310,000 | $690,000 | $9,805,000 |
| 2016 | | | | $395,000 | $325,000 | $720,000 | $9,085,000 |
| 2017 | | | | $410,000 | $335,000 | $745,000 | $8,340,000 |
| 2018 | | | | $425,000 | $350,000 | $775,000 | $7,565,000 |
| 2019 | | | | $445,000 | $365,000 | $810,000 | $6,755,000 |
| 2020 | | | | $465,000 | $380,000 | $845,000 | $5,910,000 |
| 2021 | | | | $485,000 | $395,000 | $880,000 | $5,030,000 |
| 2022 | | | | $505,000 | $415,000 | $920,000 | $4,110,000 |
| 2023 | | | | $525,000 | $435,000 | $960,000 | $3,150,000 |
| 2024 | | | | $550,000 | $455,000 | $1,005,000 | $2,145,000 |
| 2025 | | | | $575,000 | $475,000 | $1,050,000 | $1,095,000 |
| 2026 | | | | $600,000 | $495,000 | $1,095,000 | $0 |
| Totals: | $2,415,000 | $2,800,000 | $4,750,000 | $8,395,000 | $6,640,000 | $25,000,000 | |

## Sublease of the Project

The County has reserved the right to sublease the Project or the Project sites, or portions thereof, to such other government agencies and/or public agencies, who are duly authorized to act as public agencies pursuant to provisions of the Kentucky Revised Statutes. The terms and provisions of any sublease shall incorporate and reference the terms of the Lease, to the extent that the terms and provisions set forth in any sublease are not inconsistent with the terms and provisions herein set forth.

All income and rentals generated from any sublease shall constitute Pledged Receipts under the Mortgage and will be pledged to the Trustee, under the Mortgage and the Lease for payment on the principal and interest of the Outstanding Bonds and Outstanding Bonds.

## THE PROJECT

The Authority was created by the County to plan, design, construct and manage the Kentucky TriModal Transpark (the term "Transpark" is used interchangeably with the Project). The Transpark is a work in progress and it is expected to entail major development efforts, including the construction of a new airport facility, over the course of the next decade. The Transpark is being designed as a regional airport and industrial park that is intended to serve the business and public in the entire south central area of Kentucky. The Kentucky General Assembly appropriated $6 million to the County to assist them with the design and planning of the Transpark.

The Project will be located north of Bowling Green, the county seat of Warren County and is expected to encompass several thousand acres of currently unimproved farm land. As the Transpark is developed with water, sewers, electric, and other amenities, it will be designed to incorporate green space, recreational facilities, and state of the art communications and data transfer capabilities. Transpark is being planned in conjunction with Western Kentucky University, local technical colleges and community schools to incorporate an advanced communication and education center. This will enable businesses, industry and schools to jointly address particular educational needs and work force training requirements.

General aviation service, but no commercial airline service, is currently offered at the existing airport. Business and residential development around the airport prohibit airport expansion. In fact, the modest 6,500' runway (60,000 lbs. strength) is effectively shortened because of airspace obstructions. Such obstructions means the airport cannot accommodate fully loaded medium jet aircraft.

In the past ten years expanding and new industry occupied 665 acres in Warren County; an average of 66.5 acres annually. Currently, about 300 acres are available for industrial park development. Given the strong historical absorption rates, existing property will be gone within five years. Furthermore, the community has recently lost potential investors because of the lack of large tracts (i.e. 100+ acres).

The results of the benefit-cost and economic impact analysis for Transpark are as follows:

1. The Kentucky TriModal Transpark concept (i.e. an airport and industrial park) is feasible from a national and regional perspective.

2. The optimal development should incorporate an enhanced replacement airport with staged construction of a 1,200-acre industrial park. Similarly, sufficient land should be acquired for future airport expansion, per demand.

3. An initial enhanced replacement airport will satisfy the near term business and commercial needs of the industrial park. In doing so, the national efficiency benefits it creates surpass the project costs.

4. The strong historical demand for industrial park acreage in the area suggests that the Authority, in conjunction with the Bowling Green Chamber of Commerce and other community leaders, would attract sufficient investment to warrant a staged approach to the large industrial park development scenario. The associated impacts of such a facility would far exceed project costs.

5. The Transpark should be viewed as a worthwhile industrial park investment, supported by excellent highway, airport, rail and telecommunications access.

6. Lastly, the study also found that private redevelopment of the existing airport property into commercial and residential use would generate an estimated $2.1 million in annual local tax revenues by the year 2015 (year 2000 values, given current tax rates).

The proceeds of the Bonds will be used to make infrastructure improvements to the Transpark. These improvements include erosion control measures, paved ditches, road paving, storm water detention, fire hydrants, air release valves, sewage pump station, landscaping, street light conduit and pedestals and more. All contractors will be required to post 100% performance bonds.

## ADDITIONAL BONDS

The Authority has reserved the right to issue, sell and deliver a sufficient amount of Additional Bonds as provided under the Mortgage, which will be on a parity as to security and source of payment with all the Outstanding Bonds in order to complete the Project. The Authority covenants that if at any time insurance

EXHIBIT 14

*www. epa. gov / owm / mab /*
*owm 0323, paf*



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

APR 1 3 2004

*&D million - water + sewer*
*S Rept 108-143*

OFFICE OF
WATER

## MEMORANDUM

SUBJECT:    Award of Grants and Cooperative Agreements for the Special Projects and
           Programs Authorized by the Agency's FY 2004 Appropriations Act

FROM:       *James A. Hanlon, Director*
           Office of Wastewater Management (4201M)

TO:         Water Management Division Directors
           Regions I - X

### PURPOSE

        This memorandum provides information and guidelines on how the Environmental
Protection Agency (EPA) will award and administer grants and cooperative agreements for the
special projects and programs identified in the State and Tribal Assistance Grants (STAG)
account of the Agency's fiscal year (FY) 2004 Appropriations Act.

### BACKGROUND

        The EPA section of the Consolidated Appropriations Act, 2004, (P. L. 108-199), also
referred to as the Agency's FY 2004 Appropriations Act, includes $325,000,000 in the STAG
account for 509 water, wastewater and groundwater infrastructure projects and for the Long
Island Sound Restoration Program. In addition, Division H–Miscellaneous Appropriations and
Offsets, of the Consolidated Appropriations Act, 2004 provides funds for one additional FY 2004
STAG project and provides increased funding for three previously identified FY 2004 STAG
projects. Also included as separate line items in the STAG account were: $6,600,000 for six
alternative decentralized wastewater treatment facilities under the National Decentralized
Wastewater Treatment Demonstration Program, $50,000,000 for the United States-Mexico
Border Program and $43,000,000 for the Alaska Rural and Native Villages Program. The
Consolidated Appropriations Act, 2004 also contains an across the board rescission of 0.59
percent except for defense, military construction or supplemental appropriations. The 0.59
percent rescission applies to all of the funds included in the STAG account.

        The specific requirements governing the award of the special projects and programs are
contained in the following documents: the Consolidated Appropriations Act, 2004, the
Conference Report (H. Rept. No. 108-401), the House Report (H. Rept. No. 108-235), and the

*2004 — $2 million — EPA water + Sewer*

*7*

## SPECIAL WATER AND WASTEWATER INFRASTRUCTURE PROJECTS (STAG ACCOUNT)
## INCLUDED IN EPA'S FY 2004 APPROPRIATIONS ACT

| Line Item # | Budget Code | Earmark Designation | Earmark Amount | Rescission Amount | 3% Set-aside | Grant Amount | Description |
|---|---|---|---|---|---|---|---|
| 131 | QPM | Sweetwater, City of | 800,000 | 4,700 | 23,900 | 771,400 | for stormwater and wastewater infrastructure improvements |
| 132 | GJN | Homestead, City of | 800,000 | 4,700 | 23,900 | 771,400 | for water and wastewater infrastructure improvements |
| 133 | GHV | Southwest Florida Water Management District | 800,000 | 4,700 | 23,900 | 771,400 | for the Upper Peace River Watershed Restoration Initiative |
| 134 | GEW | St. Johns Rivers Water Management District | 2,000,000 | 11,800 | 59,600 | 1,928,600 | to integrate alternative water supplies in east-central Florida to reduce the regional water supply deficit |
| 135 | QXB | St. Johns Rivers Water Management District | 450,000 | 2,700 | 13,400 | 433,900 | for the Northeast Florida Integrated Water Resources Project |
| 136 | AY6 | Southwest Florida Water Management District | 10,000,000 | 59,000 | 298,200 | 9,642,800 | for continuation of the Tampa Bay Reservoir Project |
| | | **Georgia** | | | | | |
| 137 | GF9 | Helena, City of | 110,000 | 600 | 3,300 | 106,100 | for water and wastewater infrastructure improvements |
| 138 | QKH | Liberty County Development Authority | 350,000 | 2,100 | 10,400 | 337,500 | for water and wastewater infrastructure improvements for the Liberty County Coastal Megapark |
| 139 | AXX | Roswell, City of | 400,000 | 2,400 | 11,900 | 385,700 | for the Big Creek Watershed Project |
| 140 | GEC | Forsyth, City of | 1,250,000 | 7,400 | 37,300 | 1,205,300 | for wastewater infrastructure improvements |
| 141 | GDS | Atlanta, City of | 700,000 | 4,100 | 20,900 | 675,000 | for the West Area Combined Sewer project |
| 142 | QR8 | Gwinnett County | 600,000 | 3,500 | 17,900 | 578,600 | for water and wastewater infrastructure improvements for the Liberty Heights revitalization project |
| 143 | QKU | Metropolitan North Georgia Water Planning District | 1,100,000 | 6,500 | 32,800 | 1,060,700 | for water and wastewater infrastructure improvement projects |
| 144 | GGD | Metropolitan North Georgia Water Planning District | 1,000,000 | 5,900 | 29,800 | 964,300 | for water and wastewater infrastructure improvements for the City of Atlanta Nancy Creek project |
| 145 | QAG | Columbus Water Works, Columbus | 2,250,000 | 13,300 | 67,100 | 2,169,600 | for its Biosolids Flow-Through Thermophilic Treatment Demonstration Project |
| 146 | QXO | Meriweather County | 350,000 | 2,100 | 10,400 | 337,500 | for water infrastructure improvements |
| | | **Kentucky** | | | | | |
| 198 | GGL | Frankfort, City of | 500,000 | 3,000 | 14,900 | 482,100 | for the Schenkel Lane Sewer Replacement project |
| 199 | QXZ | Grant County | 200,000 | 1,200 | 6,000 | 192,900 | for the Grant County/Bullock Pen Waterline Extension project |
| 200 | GDY | Wickliffe, City of | 200,000 | 1,200 | 6,000 | 192,900 | for wastewater infrastructure improvements |
| 201 | QUU | Boyle County Fiscal Court | 500,000 | 3,000 | 14,900 | 482,100 | for wastewater infrastructure improvements |
| 202 | QXE | Whitesburg, City of | 350,000 | 2,100 | 10,400 | 337,500 | for wastewater infrastructure improvements |
| 203 | QVU | Mt. Vernon, City of | 480,000 | 2,800 | 14,300 | 462,900 | for wastewater infrastructure improvements |
| 204 | QWG | Martin County | 800,000 | 4,700 | 23,900 | 771,400 | for wastewater infrastructure improvements and extension of wastewater lines |
| 205 | QVC | Louisville/Jefferson County Metropolitan Sewer District | 1,000,000 | 5,900 | 29,800 | 964,300 | to construct a wet weather storage basin to control sewer overflows |
| 206 | GFA | South Woodford Water District in Woodford County | 500,000 | 3,000 | 14,900 | 482,100 | for the South Woodford Water District System Improvement Project |
| 207 | GG4 | Hardin County Water District No. 2 in Hardin County | 500,000 | 3,000 | 14,900 | 482,100 | for the Elizabethtown Loop Project |
| 208 | QXV | Intermodal Transportation Authority in Bowling Green | 2,000,000 | 11,800 | 59,600 | 1,928,600 | for Kentucky TriModal Transpark Water and Sewer Improvements |
| 209 | GHB | Sanitation District Number One | 1,000,000 | 5,900 | 29,800 | 964,300 | for water infrastructure improvements |
| 210 | QC8 | Ohio County Regional Wastewater District | 700,000 | 4,100 | 20,900 | 675,000 | for wastewater infrastructure improvements |
| 211 | GDL | State of Kentucky | 300,000 | 1,800 | 8,900 | 289,300 | for water infrastructure improvements in Union |
| | | **Mississippi** | | | | | |
| 258 | GDJ | Pascagoula, City of | 450,000 | 2,700 | 13,400 | 433,900 | for stormwater and wastewater infrastructure |
| 259 | GHH | Forest, City of | 1,000,000 | 5,900 | 29,800 | 964,300 | for water infrastructure improvements |

*$2 million*
*to ITA*
*& TT*
*Dr. + sewer*
*water*
*see p. 104*

**Calendar No. 273**

| 108TH CONGRESS |  | REPORT |
|---|---|---|
| *1st Session* | SENATE | 108–143 |

# DEPARTMENTS OF VETERANS AFFAIRS AND HOUSING AND URBAN DEVELOPMENT, AND INDEPENDENT AGENCIES APPROPRIATIONS BILL, 2004

SEPTEMBER 5, 2003.—Ordered to be printed

Mr. BOND, from the Committee on Appropriations,
submitted the following

# REPORT

[To accompany S. 1584]

The Committee on Appropriations reports the bill (S. 1584) making appropriations for the Departments of Veterans Affairs and Housing and Urban Development, and for sundry independent agencies, boards, commissions, corporations, and offices for the fiscal year ending September 30, 2004, and for other purposes, reports favorably thereon and recommends that the bill do pass.

*Amount of new budget (obligational) authority*

| | |
|---|---|
| Amount of bill as reported to Senate | $122,740,712,000 |
| Amount of appropriations, 2003 | 118,754,173,000 |
| Amount of budget estimates, 2004 | 122,140,905,000 |
| Above estimates for 2004 | 599,807,000 |
| Above appropriations for 2003 | 3,986,539,000 |

*1st pg.*

89–188 PDF

EPA-2004        $2 million        (water +
Senate Rept. 108-143              Sewer)

104

43. $500,000 for the City of Burley, Idaho, for construction on its Wastewater Treatment System Project;

44. $500,000 for Galesburg Sanitary District, Illinois for wastewater infrastructure improvements;

45. $500,000 for the Villiage of Franklin Park, Illinois for water and wastewater infrastructure improvements;

46. $500,000 for Lake County, Illinois for water and wastewater infrastructure improvements;

47. $500,000 for the City of Galena, Illinois to expand and improve wastewater facilities;

48. $200,000 for the City of Wilmington, Illinois for wastewater infrastructure improvements;

49. $200,000 for the Delaware County Commissioners, Eaton, Indiana for water system improvements;

50. $200,000 for the City of Elwood, Indiana for sewer infrastructure improvements;

51. $250,000 for Vanderburgh County/City of Evansville, Indiana for wastewater system improvements;

52. $100,000 for the City of Martinsville, Indiana for water infrastructure improvements;

53. $1,000,000 for the City of Fort Wayne, Indiana for water infrastructure improvements;

54. $2,000,000 for the City of Hutchison, Kansas for groundwater remediation;

55. $1,000,000 for the City of Roeland Park, Kansas for stormwater infrastructure improvements;

56. $500,000 to the South Woodford Water District in Woodford County, Kentucky, for the South Woodford Water District System Improvement Project;

57. $500,000 to the Hardin County Water District No. 2 in Hardin County, Kentucky, for the Elizabethtown Loop Project;

58. $2,000,000 to the Intermodal Transportation Authority in Bowling Green, Kentucky, for Kentucky TriModal Transpark Water and Sewer Improvements;

59. $1,000,000 for Sanitation District Number One in Kentucky for water infrastructure improvements;

60. $700,000 for the Ohio County Regional Wastewater District, Kentucky for wastewater infrastructure improvements;

61. $300,000 for the State of Kentucky for water infrastructure improvements in Union County;

62. $1,000,000 for the City of Baton Rouge, Louisiana for water infrastructure improvements;

63. $750,000 for the City of Monroe, Louisiana for wastewater infrastructure improvements;

64. $750,000 for the Town of Gramercy, Louisiana for drinking water infrastructure improvements;

65. $700,000 for the City of St. Martinville, Louisiana for wastewater infrastructure improvements;

66. $500,000 for the City of Gardiner, Maine for sewer infrastructure improvements;

67. $250,000 for the Town of Machias, Maine for wastewater infrastructure improvements;

68. $250,000 for Indian Township, Maine for improvements to wastewater facilities;

$1.75 mill. - EPA (water)

2005 Senate
Rept 108-353
EPA appropriations
bill

103

$1,000,000 for the City of Pocatello, Idaho, for Day Street Division Water System Improvements;

$500,000 for the City of Effingham, Illinois for drinking water infrastructure improvements;

$500,000 for the City of Monmouth, Illinois for wastewater infrastructure improvements;

$500,000 for the Village of Olympia Fields, Illinois for wastewater infrastructure improvements;

$500,000 for the Village of Franklin Park, Illinois for water and wastewater infrastructure improvements;

$600,000 for the City of Marion, Indiana for the Marion Water Loop and Deer Creek Project;

$400,000 for the City of Marion, Indiana, for the Marion Water Loop and Deer Creek Storm Water Project;

$100,000 for the City of Southport, Southport/Marion County, Indiana for downtown infrastructure and drainage improvements;

$500,000 for the City of Fort Madison, Iowa for the Water Treatment Plant Improvements;

$500,000 for the City of West Burlington for the Iowa Army Ammunition Plant Improvements;

$1,500,000 for the City of Ottumwa, Iowa for the separation of combined sewers;

$500,000 for the City of Davenport, Iowa for water infrastructure improvements;

$1,000,000 for the City of Abilene, Kansas for construction of a wastewater treatment plant;

$1,500,000 for the City of Hutchinson, Kansas for groundwater remediation and treatment projects;

$1,750,000 for the City of Bowling Green, Kentucky, for the South Central Kentucky Water Infrastructure Project;

$750,000 for the Hardin County Water District No. 2 in Hardin County, Kentucky for a Water Quality Assurance Plan and System Improvements Projects;

$500,000 for the City of Elkton, Kentucky, for the City of Elkton Sewer Plant Expansion and Sewer Line Extension Project;

$250,000 for Breckinridge County, Kentucky for water infrastructure improvements;

$250,000 for Bullitt County, Kentucky for wastewater infrastructure improvements;

$250,000 for Calloway County, Kentucky for the City of Hazel Wastewater System;

$250,000 for Cadiz-Trigg County, Kentucky for water infrastructure improvements;

$250,000 for Marshall County, Kentucky for drinking water infrastructure improvements;

$250,000 for the City of Nicholasville, Kentucky for the Bluegrass Water Consortium Drinking Water Project;

$600,000 for Rapides Parish, Louisiana for wastewater infrastructure improvements;

$400,000 for St. Charles Parish, Louisiana for wastewater infrastructure improvements;

$400,000 for Jefferson Parish, Louisiana for water and wastewater infrastructure improvements;