EXHIBIT 15

*[handwritten: 2005 S Rept 108-353  HUD - $1.5 million for training center]*

Calendar No. 708

| 108TH CONGRESS | SENATE | REPORT |
| 2d Session | | 108–353 |

# DEPARTMENTS OF VETERANS AFFAIRS AND HOUSING AND URBAN DEVELOPMENT, AND INDEPENDENT AGENCIES APPROPRIATIONS BILL, 2005

SEPTEMBER 21, 2004.—Ordered to be printed

Mr. BOND, from the Committee on Appropriations,
submitted the following

# REPORT

[To accompany S. 2825]

The Committee on Appropriations reports the bill (S. 2825) making appropriations for the Departments of Veterans Affairs and Housing and Urban Development, and for sundry independent agencies, boards, commissions, corporations, and offices for the fiscal year ending September 30, 2005, and for other purposes, reports favorably thereon and recommends that the bill do pass.

*Amount of new budget (obligational) authority*

| | |
|---|---:|
| Amount of bill as reported to Senate | $130,038,049,000 |
| Amount of appropriations, 2004 | 123,483,681,000 |
| Amount of budget estimates, 2005 | 127,235,739,000 |
| Above estimates for 2005 | 2,802,310,000 |
| Above appropriations for 2004 | 6,554,368,000 |

95–915 PDF

*HUD — $1.5 million (training center)*

*2005 Senate Rept 108-353*

41

$250,000 for the Kansas Chapter of National Korean War Veterans Association, Overland Park, Kansas for the construction of a Korean War Memorial;

$500,000 for the City Vision Ministry, Kansas City, Kansas for Rosedale neighborhood affordable housing;

$650,000 for the City of Great Bend, Kansas for construction of an environmental education center;

$1,225,000 for Haskell Indian Nations University in Kansas for the construction of a science center;

$500,000 for the City of Topeka, Kansas for infrastructure construction at the Center Point Commerce Park;

$300,000 for the Veterans Memorial Park of Wichita, Kansas for renovation project;

$200,000 for TLC for Children and Families, Inc. in Olathe, Kansas for the construction of residential, educational, and therapy facilities for homeless teens, foster care youth and parents, and teens in the Juvenile Justice System;

$275,000 for Sedgwick County, Kansas for the construction of the Oaklawn Community Center;

**$1,500,000 for the City of Bowling Green, Kentucky, for purchasing equipment for the South Central Kentucky Training and Development Project;**



$800,000 for the City of Bowling Green, Kentucky for costs associated with the development of the Lost River Cave Improvement Project;

$250,000 for Paducah Area Community Reuse Organization in Graves County, Kentucky for costs associated with the construction of the PACRO Industrial Park;

$300,000 for the Owen County Industrial Authority, Kentucky for the Owen County Gas Line;

$250,000 for the Edmonson County, Kentucky for costs associated with the construction of the Edmonson Technology and Economic Development Center;

$500,000 for Catholic Charities, Archdiocese of New Orleans, Louisiana for costs associated with construction for the West Bank Senior Services Continuum;

$750,000 for the City of Grand Isle, Louisiana for the construction of a community center;

$250,000 for the Audubon Nature Institute in New Orleans, Louisiana for facility improvements;

$300,000 for the City of Baton Rouge, Louisiana Recreation Commission for downtown recreation development;

$250,000 for the City of Dequincy, Louisiana for downtown revitalization;

$250,000 for St. Tammany Parish, Louisiana for the construction of a maritime training center;

$300,000 for the City of Baltimore, Maryland, for costs associated with the relocation of the Central Garage;

$250,000 for Associated Catholic Charities, Inc., in Baltimore, Maryland to build a new facility and renovate an existing facility for Our Daily Bread Employment Center and My Sister's Place Women's Center;

$300,000 for St. Ambrose Housing, for purchase and rehabilitation of houses in northeast Baltimore, Maryland;

# Mitch McConnell
## Senate Majority Whip – United States Senator for Kentucky

- About the Senator
- Press Office
- Whip Office
- Constituent Services
- Photo Gallery
- Contact Us
- The Commonwealth
- Kid's Corner
- Inside the Senate
- Home

PRESS RELEASES

## Senator McConnell Announces $5.15 Million In Funding For Bowling Green
*from the Office of Senator Mitch McConnell*

Audio Statements
Video Statements

Tuesday, September 21, 2004

WASHINGTON, D.C. – U.S. Senator Mitch McConnell announced today that that Senate Appropriations Committee has approved his request of $5.15 million in funding for projects in Bowling Green, Kentucky. The funding is included in the Senate FY'05 VA/HUD Appropriations bill, which now must be approved by the full Senate.

McConnell used his position as a senior member of the Appropriations Committee to secure the following funding:

[HUD] · $1.5 million for the South Central Kentucky Training and Development Project at the Kentucky Trimodal Transpark. This funding will be used to provide equipment for the on-site technical training center, which will ensure that workers have the skills needed by employers at the industrial park. The bill also includes $1.75 million [EPA] for the South Central Kentucky Water Infrastructure Project at the Kentucky Trimodal Transpark. This funding will be used for water and sewer improvements at the industrial park.

"This important funding supports the Kentucky Trimodal Transpark in its effort to provide jobs to workers in and around Warren County," said McConnell.

· $800,000 for the Lost River Cave Improvement Project. The funds will be used by Friends of the Lost River Cave Inc. in conjunction with Western Kentucky University to preserve and develop the Lost River Cave as a tourist attraction for the region.

"This funding will help the city of Bowling Green protect this unique treasure," said McConnell.

· $500,000 for the WKU Small Public Water Technology Center. The funding will be used by WKU to continue operating the center, which provides assistance to small public water systems across Kentucky. The bill also contains $600,000 for the WKU Center for Wastewater Research, which performs wastewater management activities for small and rural communities throughout Kentucky.

"Western Kentucky University has been instrumental in assisting water districts in Kentucky to provide high quality water and cost-effective service to families across the state," said McConnell. "This funding will enable WKU to continue its vital research."

The full Senate must now approve the VA/HUD Appropriations bill.

-30-

More Press Releases

🖨 Printable Version

361-A Russell Senate
Office Building
Washington, DC 20510
phone: 202.224.2541
fax: 202.224.2499

EXHIBIT 16



Tennessee Valley Authority, 400 West Summit Hill Drive, Knoxville, Tennessee 37902-1499

December 9, 2004

Rec'd 12/11/04

Leslie Barras
100 N. Keats Ave.
Louisville, KY 40206

Dear Ms. Barras:

This is in response to your e-mail dated July 10, 2004, requesting information under the Freedom of Information Act (FOIA) 5 U.S.C. § 552 (2000). You requested all records relating to Bowling Green Metalforming LLC and/or Magna International.

After a search of agency records, we located 75 pages of records responsive to your request. We are withholding these records pursuant to FOIA exemption 4 and the deliberative process, the attorney-client, and the government confidential commercial privileges incorporated within FOIA exemption 5.

FOIA exemption 4 protects confidential commercial and/or financial information submitted to the government by an outside source. The deliberative process privilege protects, among other things, internal agency communications and pre-decisional draft documents. The attorney-client privilege protects confidential communications between attorneys and their clients who seek advice on legal issues. The government confidential commercial privilege protects information that would place the government at a competitive disadvantage or impair the effectiveness of a government program.

In your communications with me since you made your request, you have specifically asked about records related to TVA's compliance with the applicable environmental statutes such as the National Environmental Policy Act (NEPA). Enclosed is a copy of the document reflecting TVA's NEPA determination regarding this project. Although this document is technically not responsive to your request as it was issued after the search cut-off date, we are providing you a copy as a courtesy. A small amount of information has been redacted pursuant to the exemptions noted above.

Printed on recycled paper

Leslie Barras
Page 2
December 9, 2004

You may appeal this initial determination of your FOIA request within 30 days of the date of this letter. See 18 C.F.R. § 1301.9 (2001). Any appeal should be addressed to Ms. Tracy Williams, Vice President, Corporate Communications, Tennessee Valley Authority, 400 W. Summit Hill Drive (ET 6A), Knoxville, TN 37902-1499.

Sincerely,

*Denise Smith*

Denise Smith
TVA FOIA Officer

Enclosure



DATE:   4/12/2004
TO:     RICK STARKS
FROM:   JOHN_PHILLIPS
RE:     TVA VALLEY ADVANTAGE

---

Bowling Green Metalforming LLC is a wholly-owned division of Cosma Structural Systems, Inc,. which in turn is a wholly-owned group of Magna International Inc. (NYSE-MGA). Bowling Green Metalforming has begun construction of a 900,000 sq ft manufacturing facility on 132 acres in the Kentucky Transpark in north Warren County, Kentucky. The facility will produce vehicle frames for the Ford Explorer. Processes at the facility will include heavy stamping of component parts, assembly of the components and coating of the finished frames. We expect to employ a workforce of approximately 600+ individuals at full production.

Funds granted to Bowling Green Metalforming through the TVA Valley Advantage grant will be used to help finance the cost of capital equipment utilized in producing the frames referred to above. Total capital investment in the project will be in excess of [ ex4 ]

Please let me know if you need additional information.

EXHIBIT 17

## Categorical Exclusion Checklist for Proposed TVA Actions

| Categorical Exclusion Number Claimed | Organization ID Number | Tracking Number (NEPA Administration Use Only) |
|---|---|---|
| 28 | CATS # 7785 | 7444 |

| Form Preparer | Project Initiator/Manager | Business Unit |
|---|---|---|
| Bill L. Zotto | David H Parham | Economic Development |

| Project Title | Hydrologic Unit Code |
|---|---|
| Megna Metalforming | |

| Description of Proposed Action (Include Anticipated Dates of Implementation) | [X] Continued on Page 3 (if more than one line) |
|---|---|
| For Proposed Action See Attachments and References | |

| Initiating TVA Facility or Office | TVA Business Units Involved in Project |
|---|---|
| | |

| Location (City, County, State) |
|---|
| For Project Location see Attachments and References |

Parts 1 through 4 verify that there are no extraordinary circumstances associated with this action:

### Part 1. Project Characteristics

| Is there evidence that the proposed action--- | No | Yes | Information Source |
|---|---|---|---|
| 1. Is major in scope? | X | | Zotto B. L. 07/16/2004 |
| 2. Is part of a larger project proposal involving other TVA actions or other federal agencies? | X | | Zotto B. L. 07/16/2004 |
| *3. Involves non-routine mitigation to avoid adverse impacts? | X | | Zotto B. L. 07/16/2004 |
| 4. Is opposed by another federal, state, or local government agency? | X | | Zotto B. L. 07/16/2004 |
| *5. Has environmental effects which are controversial? | X | | Zotto B. L. 07/16/2004 |
| *6. Is one of many actions that will affect the same resources? | X | | Zotto B. L. 07/16/2004 |
| 7. Involves more than minor amount of land? | X | | Zotto B. L. 07/16/2004 |

* If "yes" is marked for any of the above boxes, consult with NEPA Administration on the suitability of this project for a categorical exclusion.

### Part 2. Natural and Cultural Features Affected

| Would the proposed action--- | No | Yes | Permit | Commitment | Information Source for Insignificance |
|---|---|---|---|---|---|
| 1. Potentially affect endangered, threatened, or special status species? | X | | No | No | Zotto B. L. 07/16/2004 |
| 2. Potentially affect historic structures, historic sites, Native American religious or cultural properties, or archaeological sites? | X | | No | No | Zotto B. L. 07/16/2004 |
| 3. Potentially take prime or unique farmland out of production? | X | | No | No | Zotto B. L. 07/16/2004 |
| 4. Potentially affect Wild and Scenic Rivers or their tributaries? | X | | No | No | Zotto B. L. 07/16/2004 |
| 5. Potentially affect a stream on the Nationwide Rivers Inventory? | X | | No | No | Zotto B. L. 07/16/2004 |
| 6. Potentially affect wetlands, water flow, or stream channels? | X | | No | No | Zotto B. L. 07/16/2004 |
| 7. Potentially affect the 100-year floodplain? | X | | No | No | For comments see attachments |
| 8. Potentially affect ecologically critical areas, federal, state, or local park lands, national or state forests, wilderness areas, scenic areas, wildlife management areas, recreational areas, greenways, or trails? | X | | No | No | Zotto B. L. 07/16/2004 |
| 9. Contribute to the spread of exotic or invasive species? | X | | No | No | Zotto B. L. 07/16/2004 |
| 10. Potentially affect migratory bird populations? | X | | No | No | Zotto B. L. 07/16/2004 |
| 11. Involve water withdrawal of a magnitude that may affect aquatic life or involve interbasin transfer of water? | X | | No | No | Zotto B. L. 07/16/2004 |
| 12. Potentially affect surface water? | X | | No | No | Zotto B. L. 07/16/2004 |
| 13. Potentially affect drinking water supply? | X | | No | No | Zotto B. L. 07/16/2004 |
| 14. Potentially affect groundwater? | X | | No | No | Zotto B. L. 07/16/2004 |
| 15. Potentially affect unique or important terrestrial habitat? | X | | No | No | Zotto B. L. 07/16/2004 |
| 16. Potentially affect unique or important aquatic habitat? | X | | No | No | Zotto B. L. 07/16/2004 |

### Part 3. Potential Pollutant Generation

| Would the proposed action potentially (including accidental or unplanned)--- | No | Yes | Permit | Commitment | Information Source for Insignificance |
|---|---|---|---|---|---|
| 1. Release air pollutants? | X | | No | No | Zotto B. L. 07/16/2004 |
| 2. Generate water pollutants? | X | | No | No | Zotto B. L. 07/16/2004 |
| 3. Generate wastewater streams? | X | | No | No | Zotto B. L. 07/16/2004 |
| 4. Cause soil erosion? | X | | No | No | Zotto B. L. 07/16/2004 |
| 5. Discharge dredged or fill materials? | X | | No | No | Zotto B. L. 07/16/2004 |
| 6. Generate large amounts of solid waste or waste not ordinarily generated? | X | | No | No | Zotto B. L. 07/16/2004 |
| 7. Generate or release hazardous waste (RCRA)? | X | | No | No | Zotto B. L. 07/16/2004 |
| 8. Generate or release universal or special waste, or used oil? | X | | No | No | Zotto B. L. 07/16/2004 |
| 9. Generate or release toxic substances (CERCLA, TSCA)? | X | | No | No | Zotto B. L. 07/16/2004 |
| 10. Involve materials such as PCBs, solvents, asbestos, sandblasting material, mercury, lead, or paints? | X | | No | No | Zotto B. L. 07/16/2004 |
| 11. Involve disturbance of pre-existing contamination? | X | | No | No | Zotto B. L. 07/16/2004 |
| 12. Generate noise levels with off-site impacts? | X | | No | No | Zotto B. L. 07/16/2004 |
| 13. Generate odor with off-site impacts? | X | | No | No | Zotto B. L. 07/16/2004 |
| 14. Produce light which causes disturbance? | X | | No | No | Zotto B. L. 07/16/2004 |
| 15. Release of radioactive materials? | X | | No | No | Zotto B. L. 07/16/2004 |
| 16. Involve underground or above-ground storage tanks or bulk storage? | X | | No | No | Zotto B. L. 07/16/2004 |
| 17. Involve materials that require special handling? | X | | No | No | Zotto B. L. 07/16/2004 |

### Part 4. Social and Economic Effects

| Would the proposed action--- | No | Yes | Commitment | Information Source for Insignificance |
|---|---|---|---|---|
| 1. Potentially cause public health effects? | X | | No | Zotto B. L. 07/16/2004 |
| 2. Increase the potential for accidents affecting the public? | X | | No | Zotto B. L. 07/16/2004 |
| 3. Cause the displacement or relocation of businesses, residences, cemeteries, or farms? | X | | No | Zotto B. L. 07/16/2004 |
| 4. Contrast with existing land use, or potentially affect resources described as unique or significant in a federal, state, or local plan? | X | | No | Zotto B. L. 07/16/2004 |
| 5. Disproportionately affect minority or low-income populations? | X | | No | Zotto B. L. 07/16/2004 |
| 6. Involve genetically engineered organisms or materials? | X | | No | Zotto B. L. 07/16/2004 |
| 7. Produce visual contrast or visual discord? | X | | No | Zotto B. L. 07/16/2004 |
| 8. Potentially interfere with recreational or educational uses? | X | | No | Zotto B. L. 07/16/2004 |
| 9. Potentially interfere with river or other navigation? | X | | No | Zotto B. L. 07/16/2004 |
| 10. Potentially generate highway or railroad traffic problems? | X | | No | Zotto B. L. 07/16/2004 |

### Part 5. Other Environmental Compliance/Reporting Issues

| Would the proposed action--- | No | Yes | Commitment | Information Source for Insignificance |
|---|---|---|---|---|
| 1. Release or otherwise use substances on the Toxic Release Inventory list? | X | | No | Zotto B. L. 07/16/2004 |
| 2. Involve a structure taller than 200 feet above ground level? | X | | No | Zotto B. L. 07/16/2004 |
| 3. Involve site-specific chemical traffic control? | X | | No | Zotto B. L. 07/16/2004 |
| 4. Require a site-specific emergency notification process? | X | | No | Zotto B. L. 07/16/2004 |
| 5. Cause a modification to equipment with an environmental permit? | X | | No | Zotto B. L. 07/16/2004 |
| 6. Potentially impact operation of the river system or require special water elevations or flow conditions?? | X | | No | Zotto B. L. 07/16/2004 |

| Description of Proposed Action *(Include Anticipated Dates of Implementation)* | ☐ Continued from Page 1 |
|---|---|

*Parts 1 through 4: If "yes" is checked, describe in the discussion section following this form why the effect is insignificant. Attach any conditions or commitments which will ensure insignificant impacts. Use of non-routine commitments to avoid significance is an indication that consultation with NEPA Administration is needed.*

An ☐ EA or ☐ EIS will be prepared.

*Based upon my review of environmental impacts, the discussions attached, and/or consultations with NEPA Administration, I have determined that the above action does not have a significant impact on the quality of the human environment and that no extraordinary circumstances exist. Therefore, this proposal qualifies for a categorical exclusion under Section 5.2.* __28__ *of TVA NEPA Procedures.*

| Project Initiator/Manager<br>David H Parham | | Date<br>07/16/2004 |
|---|---|---|
| TVA Organization<br>UNKN | E-mail<br>dhparham@tva.gov | Telephone |

**Site Environmental Compliance Reviewer**                              **Final Review/Closure**

_____                                Bill L. Zotto                             07/19/2004
             *Signature*                                                              *Signature*

Other Review Signatures *(as required by your organization)*

Bill L. Zotto                          07/16/2004                              _____
             *Signature*                                                              *Signature*

_____                                _____
             *Signature*                                                              *Signature*

_____                                _____
             *Signature*                                                              *Signature*

Attachments/References

Description of Proposed Action

The Tennessee Valley Authority (TVA) proposes to grant [ ex 4,5 ] funds to Bowling Green Metal Forming, LLC for the installation of the power supply equipment to the new manufacturing facility. The total investment for the project is estimated at [4,5]. The total federal involvement would be about 0.3%. This is not considered a major federal action. [ ex 4,5 ]

CEC General Comment Listing

1. Project Description and Scope.
    By: Bill L. Zotto  07/16/2004
    Files: Project Description and Scope.doc  07/16/2004  22,528 Bytes

TVA 30494 [9-2001] Page 3

EXHIBIT 18



Maxwell C. Bailey
Secretary of Transportation

Commonwealth of Kentucky
Transportation Cabinet
Frankfort, Kentucky 40622

Ernie Fletcher
Governor

December 22, 2003

Virgil Lee Andrews
US Department of the Interior
Fish and Wildlife Service
3761 Georgetown Road
Frankfort, KY 40601

Dear Mr. Andrews,

       The Kentucky Transportation Cabinet (KYTC) is preparing to undertake an important series of investigations and analyses required by the National Historic Preservation Act for this project. The purpose of this roadway is to provide access to the Warren County Transpark and extends approximately 4750' feet, from US 68/US80 to US 31W (please see the attached map for the project location). Those activities will include (1) the identification of any historic properties in the project area, (2) the evaluation of the potential impacts of the project on those properties, and, if necessary, (3) the development of mitigation measures to reduce any harmful effects. The views of the public are essential to this process --- and to an informed decision on the ultimate project outcome. Thus, over the coming months, KYTC will be making information available to the public on historic resource issues related to the project. KYTC will also be soliciting feedback from the public on the information and analyses we have presented. Please monitor the newspaper and other project information sources for information on the ongoing historic preservation review process. In addition, if you are aware of any information that you believe we should consider in this process, please provide it to the address listed below.

       Some individuals and organizations also may be entitled to participate more actively in this process as "consulting parties". This would entitle them to receive specific types of information, provide comments, and consult with KYTC concerning potential mitigation measures to reduce the adverse effects of the project on historic properties. Participation as a "consulting party" may stem from a party's legal or economic relation to the project or a particular historic property, or from the party's concern with the project's effects on historic properties. If you believe that you might be entitled to participate as a "consulting party" for this project, please send a letter to the address listed below and identify the reasons why you believe you should be granted "consulting party" status **no later than January 22, 2004**.

Page 2
Warren County
12/22/03
Transpark Connector Road
Consulting Party Letter
Item No. 3-119.00

      For more information or to request consulting party status, please submit a written request to Commonwealth of Kentucky, Transportation Cabinet, Division of Environmental Analysis, 125 Holmes Street, Frankfort, KY 40622, Attention: David M. Waldner, P.E., Warren County Transpark Internal Access Road.

Yours very truly,

David M. Waldner, P.E., Director
Division of Environmental Analysis

c:    K. Sperry, P. Rawlings, D. Harmon, D-3 (K. Cox, R. Slaughter), THE Engineers, FHWA

Page 3
12/22/03
Warren County
Transpark Connector Road
Consulting Party Letter
Item No. 3-119.00



Transpark Connector Road Project Location

EXHIBIT 19



RH

ERNIE FLETCHER
GOVERNOR

KENTUCKY TRANSPORTATION CABINET
FRANKFORT, KENTUCKY 40622
WWW.KENTUCKY.GOV

MAXWELL C. BAILEY
SECRETARY

March 18, 2004

Mr. Virgil Lee Andrews
US Department of the Interior/ Fish and Wildlife Service
3761 Georgetown Road
Frankfort, KY 40601

SUBJECT:   Request for Consulting Parties
           Transpark Internal Access Roads (3-119)

Dear Mr. Andrews:

    By letter dated December 23, 2003, the Kentucky Transportation Cabinet invited you to become a consulting party for a project that entailed the development of internal access roads in the Kentucky Tri-modal Transpark (Transpark). Since that time, the Transpark and KYTC have jointly decided not to use any of the available federal transportation funds toward development or construction of internal access roads in the Transpark. The construction of the internal access roads is not considered a federal action and, therefore, is not subject to the requirements of either the National Environmental Policy Act (NEPA) or Section 106 of the National Historic Preservation Act. As a result, formal consulting parties will not be required for this project.

    If you should have information or concerns regarding historic properties that may be affected by construction of the internal access roads, you should contact the Intermodal Transportation Authority, Inc. (ITA).

Sincerely,

David M. Waldner, P.E., Director
Division of Environmental Analysis

DMW/AL

c:   K.Sperry, P.Rawlings, D.Harmon, D-3 (K.Cox, R.Slaughter), R.H. Turner, FHWA, QK4