EXHIBIT 20



Bowling Green Daily News
online edition
www.bgdailynews.com

Looking for someone?
No Spam
No Pop Ups
Private
SoKyDating.com

# U.S. 68 opens today with additional 3 lanes

By Robyn Minor, rminor@bgdailynews.com -- *270-783-3249*

Friday, May 13, 2005

Crews on Thursday were putting the final pavement on an expanded U.S. 68 that will help serve the Kentucky TriModal Transpark.

The $2.5 million project began in February and involved widening a section of U.S. 68 from two lanes to five and adding a turn lane on U.S. 31-W. The new lanes were expected to be open to traffic by noon today.

The project also involves installing traffic signals in the area. Two of those lights will be activated today, according to Keirsten Jaggers, public information officer for the Department of Highways, Bowling Green office.

One signal is at Cosmos Drive, which is the entrance to Bowling Green Metalforming, and U.S. 68, and the other is at U.S. 68 and U.S. 31-W. A third signal at U.S. 31-W and Ky. 446 will be activated at 9:30 a.m. Tuesday. Message boards have been placed in the area to remind motorists to prepare for the third signal, Jaggers said.

View Today's Ads
Real Estate & Rentals (47
Auctions & Estate Sales (4
Accounting & Finance (3)
Home Improvement & Gardening (1)
DailyAdMart.com






Case 1:05-cv-01190-RMU Document 3-10 Filed 06/15/2005 Page 3 of 15

KENTUCKY TIRE
FREE Fantasy Auto Racing Contest
Sign Up NOW
Make Your Picks
Win Weekly Prizes!
Click Here

Jeff Moore, branch manager for planning for the department, said traffic will pick up in the area considerably when BG Metalforming opens this summer. The auto-related industry is the first company to build in the transpark, which also will feature a training center.

"There will at least be 1,100 more people, and that's just employees," Moore said. "Plus you will have trucks. That's going to be quite a vibrant area for some time."

The most recent traffic counts, from 2003, range from 4,170 on sections of U.S. 68 to 12,800 on U.S. 31-W. The state estimates that by 2030 traffic on U.S. 68 will be 28,760; for southbound U.S. 31-W it will be 36,808; and for northbound U.S. 31-W it will be 11,369, Jaggers said.

Those figures take into consideration the traffic expected as the transpark and surrounding area grow. There also are plans under consideration for a new interchange with Interstate 65 that would increase traffic to the area.

"At present, we are still working on the environmental document for the I-65/U.S. 31-W Connector," Jaggers said. "The draft environmental impact statement is scheduled for completion this fall."

It looks at six alternatives, including widening Ky. 446 and U.S. 31-W to six lanes from I-65 to U.S. 68; reconfiguring Ky. 446/U.S. 31-W interchange; modifying the I-65/U.S. 68 Oakland interchange and widening U.S. 68 from I-65 to U.S. 31-W to four lanes.

A fifth alternate would consist of a new road from I-65 to U.S. 31-W, including a new interchange on I-65 and an at-grade intersection at U.S. 31-W with fully controlled access. Jaggers said a sixth alternate is the same as the fifth, but would also include an interchange at the intersection of U.S. 68.

Once the impact statement is complete, the state will have a public hearing. Based on the findings and the comments, a preferred alternative will be identified. From there, a final environmental impact statement would be done.

Joe Imel/Daily News

Scotty's Contracting employees R.D. Torrence (from right), Aron Oliver and Brandon Kelly work paving the intersection of Louisville Road and U.S. 68-Ky. 80 Thursday at the site of a new traffic light that was turned on today.

Daily News · 813 College St. · PO Box 90012 · Bowling Green, KY · 42102 · 270-781-1700

EXHIBIT 21



Figure 1: Preliminary Long Range Plan - Major Highway Investment Element Phasing

## TABLE 1: PRELIMINARY LONG RANGE PLAN PHASING

| Map Key # | KYTC Project # | Roadway | Common Name | Termini | Improvement Type | Construction Costs | Engineering Costs | ROW Costs | 20% Contingency Costs or Utility | Total Costs | Implementing Agency | Funding Source | Phase | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 03-5.00 | I-65 | | S. of Barren River Bridges to 0.4 mi. N. of Bristow Rd. | Major widening to six lanes | $26,910,330 | | | | $26,910,330 | KYTC | IM/NH | FY 2000 | Completed; $14,910,330 NH funds |
| 5 | 03-6.00 | I-65 | | 0.4 mi. N. of Bristow Rd. to 0.3 mi. S. of US 68/KY 80 | Major widening to six lanes | $29,069,725 | | | | $29,069,725 | KYTC | IM/NH | FY 2000 & 2002 | Completed; $14,400,000 NH funds |
| 7 | 03-7.00 | I-65 | | 0.3 mi. S. of US 68/KY 80 to 0.2 N. of Smiths Grove Rd. | Major widening to six lanes | $25,659,000 | | | | $25,659,000 | KYTC | IM/NH | FY 2002 | Completed; $14,255,000 NH funds |
| 8/9 | 03-7.50 | I-65 | | 0.2 N. of Smiths Grove Rd. to KY 1339 | Major widening to six lanes | $15,562,400 | | | | $15,562,400 | KYTC | IM/NH | FY 2002 | Completed; $5,564,000 NH funds |
| 3 | 03-9.00 | I-65 | | Sims Road to S. of Barren River Bridges | Major widening to six lanes | | $1,500,000 | $2,000,000 | | $3,500,000 | KYTC | NH | FY 2003-2004 | |
| a | 03-17.00 | I-65 | | I-65 Interchange at US 231 (Scottsville Rd.) | Interchange Reconstruction | | $700,000 | | | $700,000 | KYTC | IM | FY 2004 | |
| 43 | 03-53.00 | WN-9007 | Natcher Parkway Extension | I-65 to US 231 | Freeway extension | | $1,000,000 | $2,000,000 | | $3,000,000 | KYTC | NH | FY 2004 | Design in 1996 |
| 10 | 03-317.00 | US 31W | Nashville Road | Dillard Rd. to west of Natcher Pkwy | Major widening to five lanes | | $750,000 | | | $750,000 | KYTC | STP | FY 2003 | |
| 11 | 03-312.00 | US 31W | Nashville Road | East of Natcher Pkwy to US 231 (Campbell Ln.) | Major widening to five lanes | $6,500,000 | $750,000 | $3,600,000 | $2,890,000 | $13,740,000 | KYTC | SP/STP | FY 1999-2004 | SP for Design |
| c | 03-868.00 | US 31W | Nashville Road | US 31W from Lain Ave. to KY 234 (Cemetery Rd.) | Intersection Improvement (turn lanes) | $820,000 | | $670,000 | $180,000 | $1,670,000 | KYTC | HES/STP | FY 2001 | Completed; $1,355,000 STP |
| d | 03-269.00 | US 31W | Nashville Road | US 31W at KY 242 (Rich Pond Rd.) | Intersection Improvement (turn lanes) | $470,000 | | $60,000 | $175,000 | $704,000 | KYTC | HES | FY 1999-2001 | |
| e/12 | 03-239.00 | US 31W | Nashville Road | US 231 (Campbell Ln.) to Emmett Ave. | Add center left-turn lane | | | $100,000 | $350,000 | $450,000 | KYTC | HES | FY 2004 | |
| b | 03-8103 | US 31W | Nashville Road | US 31W intersection with Elrod Rd. | Intersection Improvement (turn lanes) | $100,000 | | | | $100,000 | KYTC | NH | FY 2003 | |
| g | | US 68 | Russellville Road | Realign Turner Court | Intersection Reconstruction | $273,930 | $51,500 | | | $325,430 | BG | BG | FY 2004 | |
| f | 03-971.00 | US 68 | University Drive | Realign Old Morgantown Rd. to Dogwood Ave. | Intersection Reconstruction | $200,000 | | $5,000 | $20,000 | $225,000 | KYTC | HES | FY 2001-2002 | |
| h | 03-969.00 | US 231 | Morgantown Road | US 231 at Hadley Hill Road | Horizontal/Vertical curve realignment | | $155,000 | $95,000 | $200,000 | $450,000 | KYTC | HES | FY 2003-2004 | |
| 23 | 03-146.01 | US 231 | Scottsville Road | 0.1 mi. SE of Cumberland Trace Rd. to 0.3 mi. NW of Dye Ford Rd. | Major widening to five lanes | $5,000,000 | | | | $5,000,000 | KYTC | STP | FY 2000 | |
| 22 | 03-146.20 | US 231 | Scottsville Road | 0.3 mi. NW of Dye Ford Rd. to KY 2629 at Alvaton | Major widening to five lanes | $13,500,000 | | | | $13,500,000 | KYTC | STP | FY 2000 | |
| 21 | 03-146.30 | US 231 | Scottsville Road | KY 2629 at Alvaton to Allen Co. Line | Major widening to five lanes | $13,000,000 | | | | $13,000,000 | KYTC | STP | FY 2000-2003 | |
| 25 | | US 231X | Morgantown Road | KY 880 Veterans Memorial Ln. to US 68 (Russellville Rd.) | Major widening to three lanes | | | | | $0 | KYTC | | | Completed |
| 31 | 03-109.00 | KY 101 | Smiths Grove Rd. | Brown St. in Smiths Grove to US 31W | New road and reconstruction of two lanes | | $750,000 | | | $750,000 | KYTC | STP | FY 2002 | Design Only |
| 34 | 03-252.00 | KY 234 | Cemetery Road | Collett Lane to I-65 and new I-65 Interchange | Major widening to 5 lanes and new interchange | $12,100,000 | | $5,000,000 | $2,750,000 | $19,850,000 | KYTC | STP | FY 1998-2002 | Completed; $600,000 TE for landscaping |
| 33 | 03-316.00 | KY 185/KY 234 | Veterans Memorial/Fairview | Gordon Avenue to College St | Widening to five lanes/realign one-way pair | $5,000,000 | $750,000 | $1,530,000 | $1,000,000 | $8,280,000 | KYTC | SP | FY 2001-2004 | Design in 1997 |
| 36pt | 03-990.00 | KY 622 | Plano Road | Birdland Drive to US 231 | Shoulder Improvement | $167,000 | | | | $167,000 | KYTC | SAF | FY 1999 | |
| 37 | 03-290.00 | KY 880 | Lovers Lane | US 231 to KY 234 | Major widening to five lanes | | $1,200,000 | $5,000,000 | $2,400,000 | $8,600,000 | KYTC | SP | FY 2000-2003 | Design in 1996-1997 |
| | 03-191.00 | KY 1435 | Barren River Road | Bill Dedman Road to 2.0 mil NW | Reconstruction (minor two-lane widening) | $3,000,000 | | | | $3,000,000 | KYTC | SP | FY 1999 | |
| 41 | 03-316.00 | KY 2158 | Cumberland Trace Road | US 231 to KY 234 | Major widening to three lanes | | | $2,000,000 | $2,500,000 | $4,500,000 | KYTC | SP | FY 2001-2003 | |
| 49 | | | Southwest Parkway | US 68 (Russellville Rd.) to US 31W (Nashville Road) | New Route, 4-lane divided | $300,000 | | $37,000 | | $337,000 | BG | BG | FY 2004-2005 | |
| | | | Dishman Ln./Cave Mill Rd | | Reconstruction | $796,000 | | | | $796,000 | BG | BG | FY 2004 | |
| | | | L&N Depot | 401 Kentucky St. | Historic Structure Renovation | $1,670,625 | $60,000 | | | $1,730,625 | BG | TE | FY 1999-2004 | |
| | | | Various | Various | Streetscape/Landscape | $761,048 | | | | $761,048 | BG | TE | FY 2003-2004 | |
| | | | Greenways | Various | multi-use paths | $2,415,000 | $3,000 | $82,000 | | $2,500,000 | BG | TCSP | FY 2004-2005 | |
| | | | | | | | | | | $205,409,438 | TOTAL | | FY 1998-2004 | |
| | | | | | | | | | | $45,653,105 | KYTC | IM | FY 1998-2004 | Interstate Maintenance |
| | | | | | | | | | | $55,369,330 | KYTC | NH | FY 1998-2004 | National Highway System |
| | | | | | | | | | | $67,195,000 | KYTC | STP | FY 1998-2004 | Surface Transportation Program |
| | | | | | | | | | | $2,311,000 | KYTC | HES | FY 1998-2004 | Hazard Elimination Safety |
| | | | | | | | | | | $2,492,573 | BG | TE | FY 1998-2004 | Transportation Enhancement |
| | | | | | | | | | | $2,500,000 | BG | TCSP | FY 1998-2004 | Transportation & Community System Preservation |
| | | | | | | | | | | $25,130,000 | KYTC | SP | FY 1998-2004 | State Project |
| | | | | | | | | | | $1,456,430 | BG | BG | FY 1998-2004 | Bowling Green |
| | | | | | | | | | | $205,409,438 | | | | |
| 3 | 03-9.00 | I-65 | | Sims Road to S. of Barren River Bridges | Major widening to six lanes | $45,250,000 | | | $250,000 | $45,500,000 | KYTC | IM/NH | FY 2005-2008 | $28,500,000 NH funds |
| a | 03-17.00 | I-65 | | I-65 interchange at US 231 (Scottsville Rd.) | Interchange Reconstruction | $14,000,000 | | $500,000 | $500,000 | $15,000,000 | KYTC | IM | FY 2005-2007 | |
| 6 | 03-16.00 | I-66 | I-66/Bowling Green Outer Beltline | I-65 to US 31W with US 68 interchange | New Route - 4-lane freeway | $35,000,000 | $1,000,000 | $3,000,000 | $2,000,000 | $41,000,000 | KYTC | NH | FY 2005-2010 | |
| 43 | 03-53.00 | WN-9007 | Natcher Parkway Extension | I-65 to US 231 | Freeway extension | $24,000,000 | | | $1,450,000 | $25,450,000 | KYTC | NH | FY 2005-2006 | |
| 10 | 03-317.00 | US 31W | Nashville Road | Dillard Rd. to west of Natcher Pkwy | Major widening to five lanes | $8,500,000 | | $2,000,000 | $1,500,000 | $12,000,000 | KYTC | STP | FY 2005-2008 | |
| 12 | 03-999.00 | US 31W | Nashville Road | US 231 (Campbell Ln.) to Emmett Ave. | Add center left-turn lane | $940,000 | | | | $940,000 | KYTC | HES | FY 2006 | |
| h | 03-969.00 | US 231 | Morgantown Road | US 231 at Hadley Hill Road | Horizontal/Vertical curve realignment | $800,000 | | | | $800,000 | KYTC | HES | FY 2005 | |
| 31 | 03-109.00 | KY 101 | Smiths Grove Rd | Brown St. in Smiths Grove to US 31W | New road and reconstruction of two lanes | | | $1,250,000 | $800,000 | $2,050,000 | KYTC | STP | FY 2006 | |
| 32 | 03-110.00 | KY 185 | Richardsville Road | KY 263 to Butler Co. Line | Reconstruction (minor two-lane widening) | | $1,500,000 | | | $1,500,000 | KYTC | STP | FY 2007 | |
| 37 | 03-290.00 | KY 880 | Lovers Lane | US 231 to KY 234 | Major widening to five lanes | $10,000,000 | | | | $10,000,000 | KYTC | SP | FY 2005 | |
| 41 | 03-316.00 | KY 2158 | Cumberland Trace Road | US 231 to KY 234 | Major widening to three lanes | $8,500,000 | | | | $8,500,000 | KYTC | SP | FY 2006 | |
| 53 | | | Gary Farms Blvd. | US 231X (Scottsville Rd.) to US 231 (Campbell Ln.) | New five-lane roadway | | | | | $0 | Developer | Private | FY 2005 | |
| 54 | | | Alvaton Rd. Ext. (Ken Bale Blvd.) | US 231 at KY 884 to Shive Rd. | New five-lane roadway | $1,302,000 | $98,000 | $200,000 | | $1,600,000 | BG | SP/BG/Private | FY 2004-2005 | 50%SP, 25%BG ($500,000) and 25%Private |
| 55 | | | Commonwealth Blvd. | US 31W at McGinnis Quarry Rd. to Mizpah Rd. | New two-lane roadway | | | | | $0 | Developer | Private | FY 2005 | |
| 56 | | | Ozena Drive | US 68 to Commonwealth Blvd. | New two-lane roadway | | | | | $0 | Developer | Private | FY 2005 | |
| "i" | 03-8110.00 | | Various | Various | Install concrete inlay at 3 intersections | $180,000 | $20,000 | | | $200,000 | KYTC | SP | FY 2004 | |
| 49 | | | Southwest Parkway | US 68 (Russellville Rd.) to US 31W (Nashville Road) | New Route, 4-lane divided | $5,523,935 | | $439,000 | | $5,962,935 | BG | BG | FY 2005-2006 | SLA cost estimate $16,220,000 |
| 131 | | | 14th Avenue Realignment | Cabell Dr. at Park St. to 14th at Adams St. | New 2-lane urban | | $111,150 | $288,850 | | $400,000 | BG | BG | FY 2005 | |
| | | | L&N Depot | 401 Kentucky St. | Renovation | $300,000 | | | | $300,000 | BG | TE | FY 2006 | |
| | | | Greenways | Various | multi-use paths | $2,000,000 | | | | $2,000,000 | BG | TCSP | FY 2006 | |
| | | | | | | | | | | $173,292,935 | TOTAL | | FY 2005-2010 | |
| | | | | | | | | Target | | $52,000,000 | KYTC | IM | FY 2005-2010 | Interstate Maintenance |
| | | | | | | | | $9,600,000 | plus special funding | $94,250,000 | KYTC | NH | FY 2005-2010 | National Highway System |
| | | | | | | | | $14,400,000 | | $15,550,000 | KYTC | STP | FY 2005-2010 | Surface Transportation Program |
| | | | | | | | | $1,500,000 | | $1,740,000 | KYTC | HES | FY 2005-2010 | Hazard Elimination Safety |
| | | | | | | | | $1,500,000 | | $550,000 | BG | TE | FY 2005-2010 | Transportation Enhancement |
| | | | | | | | | special funding | | $2,000,000 | BG | TCSP | FY 2005-2010 | Transportation & Community System Preservation |
| | | | | | | | | $16,800,000 | | $18,500,000 | KYTC | SP | FY 2005-2010 | State Project |
| | | | | | | | | $6,000,000 | | $6,762,935 | BG | BG | FY 2005-2010 | Bowling Green |
| | | | | | | | | | | $400,000 | Developer | Private | FY 2005-2010 | Private Funding |
| | | | | | | | | | | $173,292,935 | | | | |

LONG RANGE PLAN PHASING (continued)

| | Construction Costs | Engineering Costs | ROW Costs | 20% Contingency Costs or Utility | Total Costs | Implementing Agency | Funding Source | Phase | Comment |
|---|---|---|---|---|---|---|---|---|---|
| | $24,188,000 | $1,208,400 | $585,675 | $5,102,615 | $31,155,690 | KYTC | IM/NH | FY 2016-2020 | one-third NH |
| | $1,406,575 | $95,418 | $283,040 | $215,007 | $2,500,041 | KYTC | STP | FY 2011-2015 | change in northern terminus from #63-999.50 |
| | $2,018,940 | $99,750 | $6,594,962 | $1,742,730 | $10,456,383 | KDC | Special | FY 2011-2015 | |
| nly | $3,834,270 | $108,585 | $613,908 | $911,354 | $5,468,123 | KYTC | STP | FY 2011-2015 | |
| | $1,702,134 | $76,950 | $1,622,697 | $680,356 | $4,082,137 | KDC | Special | FY 2011-2015 | |
| | $5,879,892 | $265,734 | $0 | $1,229,125 | $7,374,751 | KYTC | STP | FY 2011-2015 | |
| ter | $22,000,000 | | $5,000,000 | $2,000,000 | $29,000,000 | KYTC | SP | FY 2011-2015 | |
| | $2,223,000 | $0 | $2,679,471 | $1,060,404 | $5,962,865 | BG | BG | FY 2011-2015 | |
| | $1,649,466 | $70,025 | $765,232 | $500,945 | $3,005,667 | WC | WC | FY 2011-2015 | |
| | $5,492,003 | $279,431 | $2,397,699 | $1,633,746 | $9,802,479 | Developer | Private | FY 2011-2015 | |
| | | | | | $1,133,205 | KYTC | HES | FY 2011-2015 | |
| | | | | | $594,076 | BG | BG | FY 2011-2015 | |
| | $425,000 | $75,000 | | | $500,000 | BG | TE | FY 2011-2015 | |
| | | | | | $110,536,615 | TOTAL | | FY 2011-2015 | |
| | | | Target | | $20,770,460 | KYTC | IM | FY 2011-2015 | Interstate Maintenance |
| | | | $8,000,000 | plus special funding | $10,355,290 | KYTC | NH | FY 2011-2015 | National Highway System |
| | | | $12,000,000 | | $14,842,915 | KYTC | STP | FY 2011-2015 | Surface Transportation Program |
| | | | $1,250,000 | | $1,133,205 | KYTC | HES | FY 2011-2015 | Hazard Elimination Safety |
| | | | $1,250,000 | | $500,000 | BG | TE | FY 2011-2015 | Transportation Enhancement |
| | | | special funding | | $0 | BG | TCSP | FY 2011-2015 | Transportation & Community System Preservation |
| | | | $14,000,000 | | $29,000,000 | KYTC | SP | FY 2011-2015 | State Project |
| | | | special funding | | $14,538,519 | KDC | Special | FY 2011-2015 | Special Industrial Access funds |
| | | | $5,000,000 | | $6,557,041 | BG | BG | FY 2011-2015 | Bowling Green |
| | | | $3,000,000 | | $3,505,667 | WC | WC | FY 2011-2015 | Warren County |
| | | | | | $9,802,479 | Developer | Private | FY 2011-2015 | Private Funding |
| | | | | | $110,536,615 | | | | |
| | $5,210,940 | $209,400 | $2,484,471 | $1,582,952 | $9,487,773 | KYTC | SP | FY 2016-2020 | |
| | $2,830,894 | $132,867 | $1,138,539 | $830,460 | $4,932,759 | KYTC | STP | FY 2016-2020 | |
| | $8,500,000 | | | | $8,500,000 | KYTC | SP | FY 2011-2015 | |
| | $8,740,380 | $395,010 | $0 | $1,827,078 | $10,962,468 | KYTC | STP | FY 2016-2020 | |
| | $2,519,514 | $106,961 | $1,015,056 | $728,306 | $4,369,837 | BG | BG | FY 2016-2020 | |
| | $1,232,568 | $52,320 | $487,179 | $354,415 | $2,126,480 | BG | BG | FY 2016-2020 | |
| | $1,915,200 | $68,400 | $850,929 | $566,906 | $3,401,435 | WC | WC | FY 2016-2020 | |
| | $2,223,000 | $111,150 | $210,745 | $508,979 | $3,053,873 | Developer | Private | FY 2016-2020 | |
| | | | | | $1,108,383 | KYTC | HES | FY 2016-2020 | |
| | | | | | $737,660 | BG | BG | FY 2016-2020 | |
| | | | | | $79,896,366 | TOTAL | | FY 2016-2020 | |
| | | | Target | | $20,674,312 | KYTC | IM | FY 2016-2020 | Interstate Maintenance |
| | | | $8,000,000 | plus special funding | $10,281,378 | KYTC | NH | FY 2016-2020 | National Highway System |
| | | | $12,000,000 | | $15,945,227 | KYTC | STP | FY 2016-2020 | Surface Transportation Program |
| | | | $1,250,000 | | $1,108,383 | KYTC | HES | FY 2016-2020 | Hazard Elimination Safety |
| | | | $1,250,000 | | $0 | BG | TE | FY 2016-2020 | Transportation Enhancement |
| | | | special funding | | $0 | BG | TCSP | FY 2016-2020 | Transportation & Community System Preservation |
| | | | $14,000,000 | | $17,997,773 | KYTC | SP | FY 2016-2020 | State Project |
| | | | $5,000,000 | | $7,233,994 | BG | BG | FY 2016-2020 | Bowling Green |
| | | | $3,000,000 | | $3,401,435 | WC | WC | FY 2016-2020 | Warren County |
| | | | | | $3,053,873 | Developer | Private | FY 2016-2020 | Private Funding |
| | | | | | $79,896,366 | | | | |
| | $9,861,000 | $493,050 | $626,075 | $2,196,145 | $13,126,870 | KYTC | IM/NH | FY 2021-2025 | one-third NH |
| | $17,120,520 | $258,993 | $1,246,611 | $3,727,223 | $22,353,337 | KYTC | NH | FY 2021-2025 | |
| | $6,675,004 | $265,050 | $1,487,789 | $1,485,689 | $8,914,131 | KYTC | STP | FY 2021-2025 | |
| | $1,037,400 | $51,300 | $639,509 | $345,642 | $2,073,651 | KYTC | STP | FY 2021-2025 | |
| | $11,058,143 | $154,197 | $1,197,005 | $2,481,869 | $14,891,216 | KYTC | SP | FY 2021-2025 | |
| | $2,519,514 | $106,961 | $1,015,056 | $728,306 | $4,369,837 | BG | BG | FY 2021-2025 | |
| | $3,081,420 | $130,815 | $849,870 | $812,421 | $4,874,526 | WC | WC | FY 2021-2025 | |
| | $5,107,200 | $255,360 | $1,507,495 | $1,374,010 | $8,244,065 | Developer | Private | FY 2021-2025 | |
| | | | | | $1,313,614 | KYTC | STP | FY 2021-2025 | |
| | | | | | $1,028,614 | KYTC | HES | FY 2021-2025 | |
| | | | | | $1,077,778 | BG | BG | FY 2021-2025 | |
| | | | | | $82,279,837 | TOTAL | | FY 2021-2025 | |
| | | | Target | | $8,708,343 | KYTC | IM | FY 2021-2025 | Interstate Maintenance |
| | | | $8,000,000 | plus special funding | $28,695,884 | KYTC | NH | FY 2021-2025 | National Highway System |
| | | | $12,000,000 | | $12,301,596 | KYTC | STP | FY 2021-2025 | Surface Transportation Program |
| | | | $1,250,000 | | $1,028,614 | KYTC | HES | FY 2021-2025 | Hazard Elimination Safety |
| | | | $1,250,000 | | $0 | BG | TE | FY 2021-2025 | Transportation Enhancement |
| | | | special funding | | $0 | BG | TCSP | FY 2021-2025 | Transportation & Community System Preservation |
| | | | $14,000,000 | | $14,891,216 | KYTC | SP | FY 2021-2025 | State Project |
| | | | $5,000,000 | | $5,447,613 | BG | BG | FY 2021-2025 | Bowling Green |
| | | | $3,000,000 | | $4,874,526 | WC | WC | FY 2021-2025 | Warren County |
| | | | | | $8,244,065 | Developer | Private | FY 2021-2025 | Private Funding |
| | | | | | $82,279,837 | | | | |

*MAJOR THOROUGHFARE PLAN*
*BOWLING GREEN/WARREN COUNTY, KENTUCKY*

TABLE 1: PRELIMINARY LONG RANGE PLAN PHASING (continued)

| Map Key # | KYTC Project # | Roadway | Common Name | Termini | Improvement Type | Construction Costs | Engineering Costs | ROW Costs | 20% Contingency Costs or Utility | Total Costs | Implementing Agency | Funding Source | Phase | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | | I-65 | | KY 234 to US 68 | Major widening to eight lanes | $50,815,500 | $2,821,500 | $0 | $12,527,460 | $75,164,760 | KYTC | NH | FY 2026-2030 | Illustrative project, Special NH funding |
| 47/46b_new | | I-66 | I-66/Bowling Green Outer Beltline | I-65 to Natcher Parkway (adds US 68 interchange) | New Route: 4-lane freeway (interchanges I-65, US 31W, US 68, KY 526, KY 185, KY 1435, Natcher Parkway) | $121,936,152 | $2,373,978 | $11,494,012 | $32,960,830 | $168,764,982 | KYTC | NH | FY 2026-2030 | Excludes I-65 to US 31W, Illustrative project, Special NH funding |
| 24a | | US 231 | Scottsville Road | I-65 to KY 884 (Three Springs Road) instead of KY 880) | Major widening to seven lanes | $1,051,650 | $45,572 | $0 | $219,444 | $1,316,666 | KYTC | STP | FY 2026-2030 | |
| 255 | | US 231 | Morgantown Road | Natcher Parkway to KY 3191 (Briggs Hill Rd.) | Major widening to three (instead of four) lanes | $1,326,732 | $65,550 | $891,411 | $456,738 | $2,740,431 | KYTC | STP | FY 2026-2030 | |
| 104 | | US 231 | Scottsville Road | KY 622 to I-65 | Major widening to seven lanes | $2,744,550 | $118,931 | $989,373 | $770,571 | $4,623,424 | KYTC | NH | FY 2026-2030 | |
| 121 | | US 231X | University Drive | US 68 (Russellville Rd.) to US 31W (Nashville Rd.) | Major widening to five lanes | $2,013,924 | $94,050 | $1,035,058 | $629,606 | $3,771,637 | KYTC | STP | FY 2026-2030 | |
| 107 (half) | | KY 185 | Richardsville Road | KY 880 (Veterans Memorial Lane) to KY 263 | Major widening to four lanes | $11,058,143 | $154,199 | $1,197,006 | $2,481,869 | $14,891,216 | KYTC | SP | FY 2026-2030 | |
| 395 | | KY 884 | Three Springs Road | Smallhouse Road to US 231 (Scottsville Road) | Major widening to four lanes | $2,241,907 | $101,320 | $1,061,767 | $680,999 | $4,085,994 | KYTC | STP | FY 2026-2030 | Only portion to new Elrod interchange connector funded |
| 332 | | CS-1071/1072 | Double Springs Rd./Victoria St. | Wenona Ave. to Raven Ave. (gap in five-lane) | Major widening to five lanes | $913,420 | $42,750 | $387,828 | $269,200 | $1,615,198 | BG | BG | FY 2026-2030 | |
| 116 | | CS-1981 | Plum Springs Loop | US 31W (Louisville Road) to KY 957 | Reconstruct and widen to three lanes | $3,835,815 | $96,444 | $574,550 | $901,364 | $5,408,183 | BG | BG | FY 2026-2030 | |
| 117 | | CS-1550/CR-1240 | Elrod Road | US 31W (Nashville Road) to Smallhouse Road | Realign and widen to three lanes | $7,172,195 | $291,841 | $560,960 | $1,604,983 | $9,629,779 | BG/WC | BG/WC/Private | FY 2026-2030 | 25%BG/25%WC/50%Private |
| 127 | | CR 1176 | Hunts Lane | Cemetery Road (KY 234) to Middle Bridge Road | Reconstruction (minor widening) | $2,010,900 | $71,820 | $768,389 | $570,234 | $3,421,403 | Developer | Private | FY 2026-2030 | |
| | | | Various | Intersection Improvements | Intersections 5, 25, 18, 15 | | | | | $977,570 | KYTC | HES | FY 2026-2030 | |
| | | | Various | Intersection Improvements | Intersections 65 | | | | | $509,076 | BG | HES | FY 2026-2030 | |
| | | | | | | | | | | $296,944,325 | TOTAL | | FY 2026-2030 | |
| | | | | | | | | Target | | $0 | KYTC | IM | FY 2026-2030 | Interstate Maintenance |
| | | | | | | | | $8,000,000 | plus special funding | $246,553,167 | KYTC | NH | FY 2026-2030 | National Highway System |
| | | | | | | | | $12,000,000 | | $11,914,722 | KYTC | STP | FY 2026-2030 | Surface Transportation Program |
| | | | | | | | | $1,250,000 | | $1,510,695 | KYTC | HES | FY 2026-2030 | Hazard Elimination Safety |
| | | | | | | | | $1,250,000 | | $0 | BG | TE | FY 2026-2030 | Transportation Enhancement |
| | | | | | | | | special funding | | $0 | BG | TCSP | FY 2026-2030 | Transportation & Community System Preservation |
| | | | | | | | | $14,000,000 | | $14,891,216 | KYTC | SP | FY 2026-2030 | State Project |
| | | | | | | | | $5,000,000 | | $9,430,525 | BG | BG | FY 2026-2030 | Bowling Green |
| | | | | | | | | $3,000,000 | | $2,407,445 | WC | WC | FY 2026-2030 | Warren County |
| | | | | | | | | | | $6,236,293 | Developer | Private | FY 2026-2030 | Private Funding |
| | | | | | | | | | | $296,944,325 | | | | |
| 25 | | US 231 | Morgantown Road | KY 3191 (Briggs Hill Rd.) to KY 2632 (Hammet Hill Rd.) | Major widening to three lanes | $1,513,920 | $61,560 | $689,252 | $452,946 | $2,717,678 | KYTC | | | unfunded |
| 29 | | KY 101 | Smiths Grove-Scottsville Road | Allen County Line to US 68 | Reconstruction (minor widening) | $7,409,200 | $248,976 | $658,295 | $1,655,310 | $9,931,862 | KYTC | | | unfunded |
| 38pt | | KY 234 | Cemetery Road | Greenhill Road to KY 2158 (Cumberland Trace) | Major widening to four lanes | $15,003,654 | $760,597 | $3,256,786 | $3,804,207 | $22,825,244 | KYTC | | | unfunded |
| 110 | | KY 526 | Mt. Olivet Road | KY 1320 (Girkin Rd.) to US 31W | Reconstruct and widen to three lanes | $1,442,558 | $33,744 | $1,731,232 | $641,506 | $3,849,038 | KYTC | | | unfunded |
| 126 | | KY 526 | Mt. Olivet Road | KY 185 to KY 1320 (Girkin Rd.) | Reconstruction (minor widening) | $5,796,900 | $193,230 | $2,650,527 | $1,728,131 | $10,368,788 | KYTC | | | unfunded |
| 36pt | | KY 622 | Plano Road | Carter Sims Road to US 231 (Scottsville Road) | Reconstruction (minor widening) | $2,376,646 | $78,318 | $1,118,588 | $714,510 | $4,287,062 | KYTC | | | unfunded |
| 39a | | KY 884 | Three Springs Road | Matlock Road to Smallhouse Road | Reconstruct and widen to three lanes | $1,758,909 | $63,384 | $202,104 | $404,879 | $2,429,273 | KYTC | | | unfunded |
| 39b | | KY 884 | Three Springs Road | Smallhouse Road to US 231 (Scottsville Road) | Major widening to four lanes | $4,551,752 | $205,710 | $2,155,709 | $1,382,634 | $8,295,806 | KYTC | | | Unfunded portion south of new Elrod interchange connector |
| 40 | | KY 957 | Plum Springs Road | US 31W (Louisville Rd.) to Red Bird Trail | Reconstruct and widen to three lanes | $2,687,200 | $109,269 | $1,328,411 | $824,976 | $4,949,866 | KYTC | | | unfunded |
| 111 | | KY 957 | Plum Springs Road | Red Bird Trail to KY 526 (Mt. Olivet Road) | Reconstruction (minor widening) | $1,959,660 | $65,322 | $1,144,512 | $633,899 | $3,803,393 | KYTC | | | unfunded |
| 42 | | KY 2629 | Old Scottsville Road | KY 2665 (Cumberland Trace) to Old Greenhill Road | Reconstruction (minor widening) | $1,969,920 | $65,664 | $1,190,575 | $645,232 | $3,871,390 | KYTC | | | unfunded |
| 112 | | CS-1577 | Broadway Avenue | State St. to current 4-lanes west of US 31W (Nashville Rd.) | Widen to three lanes, realign at High St. | $580,032 | $24,624 | $460,845 | $213,100 | $1,278,601 | BG | | | unfunded |
| 119 | | CR-1244 | Carter Sims Road | Matlock Road to KY 622 (Plano Road) | Reconstruction (minor widening) | $1,754,460 | $58,482 | $343,519 | $431,292 | $2,587,753 | WC | | | unfunded |
| 46b | | | Eastern Outer Beltline | US 231 near Wilson Rd to I-65 at Sunnyside Gotts Road | New Route: 4-lane divided | $44,985,540 | $2,352,572 | $4,647,087 | $10,397,220 | $62,383,320 | BG | | | unfunded |
| 46b_new | | | Eastern Outer Beltline | US 231 to I-65 (US 231 near Wilson Rd., Old Greenhill Rd. near Pleasant Hill Rd., KY 234 near Pleasant Hill Rd., KY 1402 near Hunts Bend Rd., near Porter Pike, I-65 at KY 446) | New Route: 4-lane divided | $48,633,540 | $2,534,972 | $5,345,149 | $11,302,732 | $67,816,394 | BG | | | overlaps 46b |
| 46a | | | Eastern Outer Beltline | Southwest Parkway at I-65 to US 231 near Wilson Rd. | New Route: 4 lane divided | $28,137,920 | $1,404,115 | $2,408,509 | $5,990,109 | $35,940,653 | BG | | | unfunded |
| 58 | | | Southwest Parkway | US 31W (Nashville Road) to I-65 | New Route: 4-lane divided with I-65 interchange | $28,960,445 | $784,320 | $1,846,128 | $6,318,178 | $37,909,071 | BG | | | unfunded |

*Major Thoroughfare Plan: Final Plan* Page 10

EXHIBIT 22



Commonwealth of Kentucky
**Transportation Cabinet**
Frankfort, Kentucky 40622

James C. Codell, III
Secretary of Transportation

Clifford C. Linkes, P.E.
Deputy Secretary

Paul E. Patton
Governor

RECEIVED
SEP 23 2003
KY HERITAGE COUNCIL

September 23, 2003

#9803

Mr. David Morgan
Preservation Director and SHPO
Heritage Council
300 Washington Street
Frankfort, Kentucky 40601

RE: I-65 – US 31W Connector
Warren County
Cultural Historic Resource Overview

Dear Mr. Morgan:

Attached for your review is an Historic Overview Report that was developed for the proposed I-66 project and Bowling Green Outer Beltline in Warren, Edmonson and Barren Counties.

This document is transmitted at this time for your consideration since the area studied includes some of the proposed study area for the I-65 to US 31W Connector in the vicinity of the proposed Transpark. Your review and consideration of recommendations of eligibility in this area are vital to the advancement of this project. It is requested that you please review the recommendations and findings of this report and advise as to whether you concur with its eligibility findings. No findings of effect are requested at this time.

This document is not the result of a base study evaluation of the area. Rather, it is a cursory report of known National Register eligible properties and an assessment of other properties in the area which may have National Register potential. Furthermore, the report has not been developed in full conformance with the specifications of your Office. A report complying with those specifications will be prepared later in the project development as potential alternatives become better defined.

EDUCATION
PAYS

Your early coordination and consultation on this project are imperative for the KYTC to deliver an environmental document for the project in a timely manner. It is requested that these materials be reviewed as expeditiously as possible and that your findings be conveyed by no later than the close of business October 3, 2003. If you will be unable to meet this schedule, then I request that you please advise as to when your review of this critical information might conclude.

Thank you for your timely processing of this important document. If you have any questions, please contact me.

Sincerely,

David M. Waldner

David M. Waldner, P.E., Director
Division of Environmental Analysis

DMW/AL

c: Kenneth Cox
Glen Kelly, David Smith
Bob Farley
Rene Slaughter

EXHIBIT 23



U.S. Department
of Transportation
Federal Aviation
Administration

# Memorandum

Airports District Office, FAA
3385 Airways Blvd., Suite 302
Memphis, Tennessee, 38116-3841
(901) 544-3495 FAX: (901) 544-4243
email: mike.thompson@faa.dot.gov

**Subject:** Risk Assessment Funding

**Date:** July 24, 2001

Bowling Green, KY

**From:** Program Manager, MEM-611

**Reply to Attn of:** Mike Thompson

**To:** FILE

$300,000 has been appropriated by the FAA to conduct a risk analysis for a replacement airport at Bowling Green, KY.

I was instructed by ADO managers to program these funds in the Airport Improvement Program funding system.

from fiscal court.

For both, the federal government provides 95 percent of the money, the state chips in 2.5 percent, and Bowling Green and Warren County each contribute 1.25 percent matches, Buchanon said.

A $369,014 grant will go toward airport maintenance and improvements: resurfacing part of the apron near hangars and resurfacing the main taxiway, buying a new rotating beacon and installing perimeter fencing, said Rob Barnett, manager of the Bowling Green/Warren County Regional Airport.

12/4/04

That means the county will pay $4,855.50, the city will contribute the same, and the state will give $9,711 to the projects.

The other federal grant, for $184,415, will pay for additional study on building a replacement airport at the Kentucky TriModal Transpark northeast of Bowling Green.

The county and Bowling Green will each pay $2,427.50 and the state would add $4,855.

A benefit/cost analysis on the plan went to the FAA in August 2001, Barnett said. The Inter-Modal Transportation Authority, which is building the transpark, wants federal funds to cover the majority of a new airport's multimillion-dollar cost.

The FAA asked for more details on the benefit/cost analysis, and asked how some results in the study were arrived at. A consulting firm has been hired to write the reply, which should be submitted in early May, Barnett said.

Lost River

Citing the value of Lost River Cave and Valley as a tourist draw, magistrates agreed to loan the attraction $47,250 to cover the first interest payment on a land purchase that expanded the valley's nature preserve.

"This is the first payment that is due on the 41.76 acres purchased in December of '03," said Rho Lansden, executive director of Lost River Cave and Valley. "We're set up on an annual payment schedule."