**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

```
KARST ENVIRONMENTAL EDUCATION    )
AND PROTECTION, INC., et al.,    )
                                 )
Plaintiffs,                      )
                                 )
v.                               )
                                 )        CIVIL ACTION NO.
U.S. ENVIRONMENTAL PROTECTION    )           05-CV-01190
AGENCY, et al.,                  )
                                 )
Defendants.                      )
```

                \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF CHANGE OF ADDRESSES**
**FOR PLAINTIFFS NAMED IN THE COMPLAINT**

The following addresses are complete and updated for the plaintiffs named in this case:

Karst Environmental Education and Protection, Inc.
2337 Frankfort Ave, #350
Louisville KY 40206


Roger Brucker
1635 Grange Hall Road
Beaver Creek OH 45432


Gayla Cissell
110 Taylor Ave
P.O. Box 106
Oakland KY 42159


Warren County Citizens for Managed Growth
Jim Duffer
516 Chestnut Street
Bowling Green KY 42101

                Respectfully submitted:

                s/David Bookbinder

>D.C. Bar No. 455525
>Sierra Club
>408 C Street, NE
>Washington, DC 20002
>Tel: (202) 548-4598
>Fax: (202) 547-6009
>Email: david.bookbinder@sierraclub.org

Dated: June 23, 2005

CERTIFICATE OF SERVICE

I certify that on June 23, 2005, I served a copy of the foregoing "Notice of Change of Addresses for Plaintiffs" by first-class mail, postage pre-paid, on the defendants at the following addresses:

Environmental Protection Agency
Stephen Johnson, Administrator
Ariel Rios Federal Building
1200 Pennsylvania Ave., NW
Washington, DC 20460

Tennessee Valley Authority
Glen McCullough, Chairman
400 West Summit Hill Drive
Knoxville, TN 37902

Housing & Urban Development
Alphonso Jackson, Secretary
Weaver Federal Building, Rm 10000
S451 7th Street, SW
Washington, DC 20410

The Honorable Alberto Gonzales
U.S. Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

The Honorable Kenneth Wainstein
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530

>s/Alice McKeown
>Sierra Club