UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL ) <br> EDUCATION AND PROTECTION, INC.,) <br> WARREN COUNTY CITIZENS FOR ) <br> MANAGED GROWTH, GAYLA ) <br> CISSELL, JIM DUFFER and ) <br> ROGER BRUCKER ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> U.S. ENVIRONMENTAL PROTECTION ) <br> AGENCY, U.S. HOUSING AND URBAN ) <br> DEVELOPMENT, and TENNESSEE ) <br> VALLEY AUTHORITY ) <br> ) <br> Defendants ) | No. 1:05-CV-01190-RMU |

**INDEX OF MATERIALS SUBMITTED IN SUPPORT OF TENNESSEE VALLEY AUTHORITY'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND SUGGESTION OF LACK OF JURISDICTION**

| Attachment | Description |
|---|---|
| 1 | Declaration of Eleanor Barker |
| 2 | Declaration of Bill L. Zotto |
| 3 | Declaration of J. Bennett Graham |
| 4 | Declaration Peter K. Scheffler |
| 5 | Declaration of Melissa A. Morgan |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2005, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing by operation of the Court's electronic filing system to the following:

>David G. Bookbinder, Esq.

I further certify that on June 27, 2005, I served a copy of the foregoing document by first-class mail, postage pre-paid, on the following:

>Stephen Johnson, Administrator
>Environmental Protection Agency
>Ariel Rios Federal Building
>1200 Pennsylvania Avenue, NW
>Washington, D.C. 20460
>
>Alphonso Jackson, Director
>Housing & Urban Development
>Weaver Federal Building, Rm. 10000
>451 7th Street, SW
>Washington, D.C. 20410
>
>The Honorable Alberto Gonzales
>United States Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth Wainstein
>United States Attorney's Office
>555 4th Street, NW
>Washington, D.C. 20530

>>s/Maria V. Gillen
>>Maria V. Gillen
>>New Jersey Bar No.: 025642001
>>Tennessee Valley Authority
>>Office of the General Counsel
>>400 West Summit Hill Drive
>>Knoxville, Tennessee 37902-1401
>>Telephone:  865-632-7741
>>Facsimile: 865-632-6718
>>E-mail: mvgillen@tva.gov

003739129