UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., WARREN COUNTY CITIZENS FOR MANAGED GROWTH, GAYLA CISSELL, JIM DUFFER, and ROGER BRUCKER,<br><br>    Plaintiffs<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, U.S. HOUSING AND URBAN DEVELOPMENT, and TENNESSEE VALLEY AUTHORITY,<br><br>    Defendants | Civil Action No. 1:05-CV-01190-RMU |

## DECLARATION OF ELEANOR BARKER

1. My name is Eleanor Barker, I am competent to testify, and I have personal knowledge of the matters contained in this declaration.

2. I am employed by the Tennessee Valley Authority (TVA) as a Specialist, Economic Development Loans and I have been so employed since March, 2002. In that capacity, I participated in TVA's Economic Development grant to Bowling Green Metalforming LLC.

3. In March, 2004, Bowling Green Metalforming LLC (Metalforming) submitted a Request for Valley Advantage Agreement in the amount of $500,000 for the purchase of equipment. A true and correct copy of that Agreement is attached to this Declaration as Exhibit A.

1

4.  That Agreement requires consultation with TVA's Environmental Coordinator to determine what level of environmental review is required for the project.

5.  That Agreement requires consultation with TVA's Project Engineer to determine what level of engineering review is required for the project.

6.  All the money that TVA agreed to pay to Metalforming was paid on September 3, 2004.

7.  Metalforming has provided TVA with documentation indicating that it used the TVA Valley Advantage funds to purchase electrical equipment. A true and correct copy of that documentation is attached to this Declaration as Exhibit B.

8.  Since TVA's September 3, 2004, payment, TVA has made no further payments to Metalforming, and Metalforming has made no further application to TVA for payment of any money.

9.  TVA has no plans to provide further funding to Metalforming.

10. TVA has provided no funds to the Intermodal Transportation Authority (ITA), and has entered into no agreement to provide any funds to the ITA.

11. TVA has no plans to provide funding to the ITA or its agents for Kentucky Trimodal Transpark activities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Nashville, Tennessee, on June 23, 2005.

_Eleanor Barker_
Eleanor Barker

TENNESSEE VALLEY AUTHORITY'S MEMORANDUM OF
POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF ELEANOR BARKER

# Exhibit A

# REQUEST FOR VALLEY ADVANTAGE AGREEMENT

To:  Contracts Group, OCP-2A-NST                    CATS No.: ___

Region: ___    County: <u>Warren</u>                Distributor: <u>Warren Rural Electric Corporation</u>

Name of Company:    <u>Bowling Green Metalforming</u>

Street Address: <u>111 Cosma Drive</u>              Zip: <u>42101</u>

Post Office Box: ___                                Zip: ___

Technical contact for Company: <u>Keith O'Neil</u>   Phone Number: <u>586-759-5442</u>

City: <u>Bowling Green</u>                          State: <u>KY</u>

Company's tax identification number (not tax exempt number): <u>98-0409502</u>

Technical contact for Company: ___                  Phone Number: ___

Name and title of person signing contract for Company:  <u>Steve Hale, Assistant General Manager</u>

SIC Code: <u>3714</u>    Products to be made at this site: <u>Vehicle frames</u>

Jobs to be Created: <u>600</u>         Capital Investment: <u>$170MM</u>        Power Load Added (MW): <u>25</u>
Average Pay: <u>$13.22/hr</u>

Effective start date for three      Date Funds Needed: <u>04/2004</u>          Amount of agreement: $ <u>500,000</u>
year window to attain
indicator goals: <u>02/2004</u>

**Description of Project:**  (Provide a description of the project, including the location and timing of the project, a description of how TVA funds are to be used, and when TVA funds are needed.)
Fund Utilization: Funds to be used to pay for capital investment at Bowling Green Metalforming.

Location: Project is located in Bowling Green, Kentucky in the Trimodal Transpark.

Timing: Construction period from 2/2004 – 12/2004

Funding needed: 04/2004

**Has the environmental coordinator been notified?**    ☐ Yes    ☒ No
TVA program officials are responsible for consulting with Denny Painter, Environmental Coordinator, to determine what level of environmental review, if any, is required for this project, and for notifying the Contracts Staff if any special requirements are to be included in the contract. If you have any questions regarding this section, please contact Denny Painter at 232-6147.

**Has the engineering staff been notified?**    ☐ Yes    ☒ No
TVA program officials are responsible for consulting with Bill Zotto, Project Engineer, to determine what level of engineering review, if any, is required for this project, and for notifying the Contracts Staff if any special requirements are to be included in the contract. If you have any questions regarding this section, please contact Bill Zotto at 232-6166.

Requested By: (Field Representative): ___

Approved: _____    Date: ___

Senior Vice President: _____    Date: ___

Date Request Received by Contracts Group:              Date: ___

TENNESSEE VALLEY AUTHORITY'S MEMORANDUM OF
POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF ELEANOR BARKER

# Exhibit B

## REQUEST FOR RELEASE OF ECONOMIC DEVELOPMENT
## VALLEY ADVANTAGE FUNDS

Contract No. __00035952__    Date __August 27, 2004__

Account No. __001COBR__    Project Name __Bowling Green Metalforming__

Amount of Contract __$500,000__    Date Request Received __August 27, 2004*__

Amount Approved for Payment    __$500,000__

Contractor    __Bowling Green Metalforming__

Address    __(see contract)__

APPROVED FOR PAYMENT

__8/27/04__    *Eleanor Barker* (signature)    Specialist, ED Loans
Date

Comments:    *Please release funds Friday, September 3. Payment terms are within five (5) business days of receipt of approved request.

EFT attached.

Date Sent to Accounts Payable    __08/27/2004 via email__

*Original - Accounts Payable*
*Copy - Contracts File*



**Bowling Green Metalforming**
111 Cosma Dr.
7030 Louisville Rd.
Bowling Green, KY 42103

COSMA STRUCTURAL SYSTEMS

## Request for Payment

August 24, 2004



Ms. Eleanor Barker
Economic Development
Tennessee Valley Authority
Post Office Box 292409
Nashville, Tennessee 37229-2409

Dear Ms. Barker:

We request disbursement of $500,000 from the Tennessee Valley Authority (TVA) in accordance with Contract No. 00035952 between Bowling Green Metalforming, L.L.C., and TVA. We certify that all amounts requested are in accordance with Contract No. 00035952 and have been used for equipment purchase as described in the attached.

If you have questions, please contact me at (270)901-1555 ext 2255.

Sincerely,

John Phillips
Controller


Enclosure(s)

**Bowling Green Metalforming LLC**

VENDOR NO: 20333   ΛE: Schneider Electric

USD 101020
CHEQUE DATE: 2004.06.15

| REFERENCE NUMBER | INVOICE DATE | GROSS AMOUNT | DISCOUNT TAKEN | NET AMOUNT PAID |
|---|---|---|---|---|
| 18355146-01M | 2004.05.03 | 292,427.04 | 0.00 | 292,427.04 |
| 18355146-02M | 2004.05.21 | 214,797.99 | 0.00 | 214,797.99 |
| TOTAL | | 507,225.03 | 0.00 | 507,225.03 |

**Bowling Green Metalforming LLC**
23655 Hoover Road
Warren, Michigan 48089
Tel (586) 759-5442        MLG
Fax (586) 759-5673

Harris Trust & Savings Bank
Roselle, Illinois

**USD 101020**

DATE  2004.06.15

PAY  *** FIVE HUNDRED SEVEN THOUSAND TWO HUNDRED TWENTY-FIVE and THREE cents***

AMOUNT ******507,225.03* USD

Bowling Green Metalforming LLC
A DIV. OF COSMA INTERNATIONAL OF AMERICA INC.

PER _____

TO THE ORDER OF
Schneider Electric
6675 Rexwood Road
MISSISSAUGA ON  L4V 1V1
CANADA

PER _____

C101020C   A071915580A   04D  232D  647D8C

Original Invoice / Facture Originale

# GROUPE SCHNEIDER

| | | |
|---|---|---|
| UPC Vendor No. / N° UPC Fournisseur | Invoice Date / Date de la facture | Invoice Number / Numéro de facture |
| Original P.O. number / N° Commande originale | | PST Lic Number / No Lic. Taxe Provincial |
| 3100200 | May 21st /2004 | 18355146-02M |
| | | Page Number / N° Page  1 |

**Sold to / Vendu A:**
Cosma 1 LLC
(U251 Project)
23655 Hoover Road
Warren
Michigan, 48089
USA

**Ship to / Expédié à:**
Cosma 1 LLC c/o Enerquest Services Inc
1 Iroquois
Leamington
Ontario, N8H 3V7
Canada.
(In Storage for Cosma 1 LLC)

**Remit To / Payé à:**
Schneider Canada Inc
P.O. Box 3475
Commerce Court, Postal Station
Toronto, Ontario.    M5L 1K1

**Invoice to / Facturé à:**
Cosma 1 LLC
(U251 Project)
23655 Hoover Road
Warren
Michigan, 48089
USA

Special Markings/Instructions/Marques spéciales/instructions

| Purch Line SN/Ln Not N° art. SN | Catalog number and description / Numéro de catalogue | Shipping Point Point d'expédition | UPC Item N° CUP | Qty Ship Qté. exped. | Qty B/O Qté en att. | Bill of lading No. No. de connaissement | Unit Price Prix Unitaire | Date shipped Date expédié | Amount Net Montant Net |
|---|---|---|---|---|---|---|---|---|---|
| | | In Storage | V/A | | | In Storage | | May 21st /2004 | |
| | **Project Reconciliation:** | | | | | | | | |
| | Purchase order $ value = **$1,218,350.00 U.S.** | | | | | | | | |
| | Less previous invoice $ amount = **$292,427.04 U.S.** | | | | | | | | |
| | Less this invoice $ amount = **$214,797.99 U.S.** | | | | | | U.S. | | $214,797.99 |
| | Still Left to pay $ amount = **$711,124.97 U.S.** | | | | | | | | |
| | **NOTES:** | | | | | | | | |
| | 1.) For details of equipment shipped & services provided for this invoice, See page 2 attached. | | | | | | | | |
| | 2.) Storage charges $4,000.00 U.S. will be invoiced for under P.O. # 3100266 $ value is not included for in the above $ amounts. | | | | | | | | |

| | | | |
|---|---|---|---|
| Line total / Ligne total | | U.S | $214,797.99 |
| | Sub total | U.S | $214,797.99 |
| | GST @ 7% | | N/A |
| | PST @ 8% | | N/A |
| | Freight charges / Frais Transport | | Included |
| | Invoice Total / Total de la facture | U.S | $214,797.99 |
| | Clear discount / Escompte | Net due date | June 20th /2004 |

Conditions of Sale: This account is due and payable subject to the latest conditions of sales as published by Schneider Canada Inc.
Conditions de vente: Ce compte est présentement dû. Il doit être payé selon les dernières conditions de ventes publiées par Schneider Canada Inc.

Original Invoice / Facture Originale



# GROUPE SCHNEIDER

| | | |
|---|---|---|
| UPC Vendor No / N° Fournisseur | Invoice Date / Date de la facture | Invoice Number / Numéro de facture |
| | May 21st /2004 | 1835146-02M |
| Original P.O. number / N° Commande originale | PST Lic. Number / No Lic. Taxe Provincial | Page Number / N° Page |
| 3100200 | | 2 |

**Sold to / Vendu À:**
Cosma 1 LLC
(U251 Project)
23655 Hoover Road
Warren
Michigan, 48089
USA

**Invoice to / Facturé à:**
Cosma 1 LLC
(U251 Project)
23655 Hoover Road
Warren
Michigan, 48089
USA

**Ship to / Expédié à:**
Cosma 1 LLC c/o Enerquest Services Inc
1 Iroquois
Leamington
Ontario, N8H 3V7
Canada.
(In Storage for Cosma 1 LLC)

**Remit To / Payé à:**
Schneider Canada Inc
P.O. Box 3475
Commerce Court, Postal Station
Toronto, Ontario.     M5L 1K1

**Special Markings/Instructions / Marques spéciales/Instructions**

| Shipping Point / Point d'expédition | VIA | Bill of lading No / No de connaissement | Date shipped / Date expédiée |
|---|---|---|---|
| In Storage | | In Storage | May 21st /2004 |

| Purch Line / N° Ligne Ach | SNA Line No / N° art SNA | Catalog number and description / Numéro de catalogue | UPC Item No / N° UPC | Qty Ship / Expédié | Qty B/O / Qté en att | Unit Price / Prix Unitaire | Amount Net / Montant Net |
|---|---|---|---|---|---|---|---|
| | | **Substation # 1 Weld & Assy U251:** | | | | | |
| 5 & 36 | | Qty 1 - HVL/cc Switch. Qty 1 - Dry type power transformer. | | 1 of each | | | |
| 16 & 22 | | Qty 1 - PZ4 sw/gear. Qty 1 - QED Sw/Board. | | 1 of each | | | |
| | | **Substation # 2 Weld & Assy U251:** | | | | | |
| 6 & 37 | | Qty 1 - HVL/cc Switch. Qty 1 - Dry type power transformer. | | 1 of each | | | |
| 17 & 23 | | Qty 1 - PZ4 sw/gear. Qty 1 - QED Sw/Board. | | 1 of each | | | |
| 8 | | **Loop Switch Sub # 2.** | | 1 | | | |
| | | Off site Pre-Assembly & Testing. | | | | | |
| | | Freight. | | | | | |

| | | |
|---|---|---|
| Line total / Ligne total | | U.S $214,797.99 |
| | Sub total | U.S. $214,797.99 |
| | Total net | U.S. $214,797.99 |
| GST @ 7% | | N/A |
| PST @ 8% | | N/A |
| Freight charges / Frais Transport | | Included |
| Invoice Total / Total de la facture | | U.S $214,797.99 |
| Clear discount / Escompte | | Net due date / June 20th /2004 |

Conditions of Sale: This account is due and payable subject to the latest conditions of sales as published by Schneider Canada Inc.
Conditions de vente: Ce compte est présentement dû. Il doit être payé selon les dernières conditions de ventes publiées par Schneider Canada Inc.

Original Invoice / Facture Originale

# GROUPE SCHNEIDER

| | | |
|---|---|---|
| UPC/Vendor No<br>No.UPC/Fournisseur | Original PO Number<br>No.commande originale | PST Lic Number<br>No.Lic.Taxe Provincial |
| | 3100200 | |
| Invoice Date<br>Date de la facture | | Invoice Number<br>Numéro de facture |
| May 3rd /2004 | | 18355146-01M |
| | | Page Number<br>No.Page<br>1 |

**Sold to/ Vendu A:**
Cosma 1 LLC
(U251 Project)
23655 Hoover Road
Warren
Michigan, 48089
USA

**Ship to/ Expédié à:**
Cosma 1 LLC c/o Enerquest Services Inc
1 Iroquois
Leamington
Ontario, N8H 3V7
Canada.
(In Storage for Cosma 1 LLC)

**Remit To/Payé à:**
Schneider Canada Inc
P.O. Box 3475
Commerce Court, Postal Station
Toronto, Ontario.
M5L 1K1

**Invoice to/Facturé à:**
Cosma 1 LLC
(U251 Project)
23655 Hoover Road
Warren
Michigan, 48089
USA

**Special Markings/Instructions/Marques spéciales/instructions**

20333

| Cust No<br>No Cli | Cat No<br>N'art | Line No<br>Ligne | Catalog number and description<br>Numéro de catalogue | Shipping Point<br>Point d'expédition | UPC ltem<br>No.UPC | Qty Shipped<br>Qté expédiée | Bill of Lading No<br>No de connaissement | Date shipped<br>Date expédié | Unit Price<br>Prix Unitaire | Amount Net<br>Montant Net |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | In Storage | | | In Storage | May 3rd /2004 | U.S. | $292,427.04 |

**Project Reconciliation:**
Purchase order $ value     = **$1,218,350.00 U.S.**
Less this invoice $ amount = **$292,427.04 U.S.**
Still Left to pay $ amount = **$925,922.96 U.S.**

**NOTE:**
For details of equipment shipped & services provided for this invoice,
See page 2 attached.

| | | |
|---|---|---|
| Line total/Ligne total | U.S. | $292,427.04 |
| Subtotal | U.S. | $292,427.04 |
| Freight Charges/Frais Transport | | Included |
| GST @ 7% | | N/A |
| PST @ 8% | | N/A |
| Total net | U.S. | $292,427.04 |
| Invoice Total/Total de la facture | U.S. | $292,427.04 |
| Cash discount/Escompte | | Net due date<br>Date d'échéance<br>June 2nd /2004 |

Conditions of Sale:This account is due and payable subject to the latest conditions of sales as published by Schneider Canada Inc.
Conditions de vente:Ce compte est présentement dû.Il doit être payé selon les dernières conditions de ventes publiées par Schneider Canada Inc.

Original Invoice / Facture Originale

# GROUPE SCHNEIDER

| Sold to/ Vendu A: | Ship to/ Expédié à: | Remit To/Payé à: |
|---|---|---|
| Cosma 1 LLC (U251 Project) 23655 Hoover Road Warren Michigan, 48089 USA | Cosma 1 LLC c/o Enerquest Services Inc 1 Iroquois Leamington Ontario, N8H 3V7 Canada. (In Storage for Cosma 1 LLC) | Schneider Canada Inc P.O. Box 3475 Commerce Court, Postal Station Toronto, Ontario. M5L 1K1 |

| Invoice to/Facture à: | | |
|---|---|---|
| Cosma 1 LLC (U251 Project) 23655 Hoover Road Warren Michigan, 48089 USA | Special Markings/Instructions/Marques spéciales/Instructions | |

| Purchase Order No. | Purchaser PST Lic No. | Purchaser GST No. | Original Purchase Order No. | Invoice Date | PST Lic Number | Invoice Number | Page Number |
|---|---|---|---|---|---|---|---|
| | | | 3100200 | May 3rd /2004 | | 18355146-01M | 2 |

| Item No. | Catalogue number and description | Shipping Point | Bill of Lading No. | Date Shipped | |
|---|---|---|---|---|---|
| | | In Storage | In Storage | May 3rd /2004 | |
| | | Qty Shipped | Qty B/O | Unit Price | Amount Net |

| Item | Description | | | | |
|---|---|---|---|---|---|
| | **Substation # 3 Base Building:** | | | | |
| 3 & 34 | Qty 1 - HVL/cc Switch. Qty 1 - Dry type power transformer. | | | | |
| 20 | Qty 1 - QED Sw/Board. | | | | |
| 30,31,32 & 33 | Remote QED sw/boards 1, 2, 3 & 4: | | | | |
| | **Substation # 6 Mechanical:** | | | | |
| 4 & 35 | Qty 1 HVL/cc Switch, Qty 1 - Dry type power transformer. | | | | |
| 21, 1 & 2 | Qty 1 QED Sw/Board, Qty 1 Capacitor bank & Qty 1 C.T. | | | | |
| 26,27,28 & 29 | Remote QED sw/boards 1, 2, 3 & 4: | | | | |
| | **Off site Pre-Assembly & testing:** | | | | |
| | Freight | | | | |

| | | |
|---|---|---|
| Line Total/Ligne total | | U.S. $292,427.04 |
| | Sub total | U.S. $292,427.04 |
| | GST @ 7% | N/A |
| | PST @ 8% | N/A |
| | Freight charges/Frais Transport | Included |
| | Invoice Total/Total de la facture | U.S. $292,427.04 |
| | Cash discount/Escompte | Net due date June 2nd /2004 |

Conditions of Sale:This account is due and payable subject to the latest conditions of sales as published by Schneider Canada Inc.
Conditions de vente:Ce compte est présentement dû.Il doit être payé selon les dernières conditions de ventes publiées par Schneider Canada Inc.

Page 1