UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., WARREN COUNTY CITIZENS FOR MANAGED GROWTH, GAYLA CISSELL, JIM DUFFER, and ROGER BRUCKER, <br><br> Plaintiffs <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, U.S. HOUSING AND URBAN DEVELOPMENT, and TENNESSEE VALLEY AUTHORITY, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:05-CV-01190-RMU |

## DECLARATION OF PETER K. SCHEFFLER

1.  My name is Peter K. Scheffler, I am competent to testify, and I have personal knowledge of the matters contained in this declaration.

2.  I am employed by the Tennessee Valley Authority (TVA) as a Senior NEPA Specialist, and I have been so employed since January, 2002. In that capacity, I consulted in the environmental review of TVA's Economic Development grant to Bowling Green Metalforming LLC.

3.  In July, 2004, I reviewed the "Categorical Exclusion Checklist for Proposed TVA Action" and the environmental impact information prepared by the Project Manager for the Economic Development grant to Bowling Green Metalforming LLC.

1

4. Based upon my review of those materials, I agreed with the assessment of the Project Manager that TVA's Economic Development grant to Bowling Green Metalforming LLC qualified for a categorical exclusion under the NEPA regulations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Knoxville, Tennessee, on June 24, 2005.

_____
Peter K. Scheffler