UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., WARREN COUNTY CITIZENS FOR MANAGED GROWTH, GAYLA CISSELL, JIM DUFFER, and ROGER BRUCKER,<br><br>    Plaintiffs<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, U.S. HOUSING AND URBAN DEVELOPMENT, and TENNESSEE VALLEY AUTHORITY,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 1:05-CV-01190-RMU |

## DECLARATION OF MELISSA A. MORGAN

1.    My name is Melissa A. Morgan, I am competent to testify, and I have personal knowledge of the matters contained in this declaration.

2.    I am employed by the Tennessee Valley Authority (TVA) as a Field Specialist in the Economic Development Division, and I have been so employed since June, 2003. I took over responsibility for overseeing economic development activities in Warren County, Kentucky in July, 2004.

3.    I am familiar with Bowling Green Metalforming LLC and with the Economic Development grant TVA disbursed to Bowling Green Metalforming LLC in 2004.

4.    Upon information and belief, Metalforming has completed construction of its facility at the Kentucky Trimodal Transpark.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Hickory, Kentucky, on June 24, 2005.

_____
Melissa A. Morgan