UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KARST ENVIRONMENTAL )
EDUCATION AND PROTECTION, INC.,)
WARREN COUNTY CITIZENS FOR )
MANAGED GROWTH, GAYLA )
CISSELL, JIM DUFFER and )
ROGER BRUCKER )
 )
       Plaintiffs ) No. 1:05-CV-01190-RMU
 )
    v. )
 )
U.S. ENVIRONMENTAL PROTECTION )
AGENCY, U.S. HOUSING AND URBAN )
DEVELOPMENT, and TENNESSEE )
VALLEY AUTHORITY )
 )
       Defendants )

**ORDER DENYING PLAINTIFFS' MOTION FOR A PRELIMINARY
INJUNCTION AGAINST DEFENDANT TENNESSEE
VALLEY AUTHORITY**

This matter having come before the Court on motion of Plaintiffs for the entry of a preliminary injunction, pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, against several federal agencies, including the Tennessee Valley Authority (TVA); and,

The Court having reviewed the submissions of Plaintiffs in support of their motion and the submissions of TVA in opposition thereto; and,

The Court finding that TVA has already paid the funds of which Plaintiffs seek to enjoin payment, and that TVA is not contemplating further payment of funds in connection with Metalforming or the Kentucky Inter-Modal Transpark; and,

The Court further finding that TVA has no authority to stop construction or demolition activities by the Inter-Modal Transportation Authority, the developer of the

Kentucky Tri-Modal Transpark, that Plaintiffs allege are being undertaken in violation of federal law; and,

The Court further finding that Plaintiffs have not demonstrated sufficient standing to maintain this suit against TVA; and,

The Court further finding that Plaintiffs have not demonstrated a substantial likelihood of success on the merits of their claim against TVA, or that they would suffer irreparable harm without injunctive relief, or that an injunction against TVA is in the public interest;

IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction against the Tennessee Valley Authority is DENIED and Plaintiffs' claims against the Tennessee Valley Authority are DISMISSED for lack of subject matter jurisdiction.

_____
RICARDO M. URBINA
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2005, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing by operation of the Court's electronic filing system to the following:

>David G. Bookbinder, Esq.

I further certify that on June 27, 2005, I served a copy of the foregoing document by first-class mail, postage pre-paid, on the following:

>Stephen Johnson, Administrator
>Environmental Protection Agency
>Ariel Rios Federal Building
>1200 Pennsylvania Avenue, NW
>Washington, D.C. 20460
>
>Alphonso Jackson, Director
>Housing & Urban Development
>Weaver Federal Building, Rm. 10000
>451 7th Street, SW
>Washington, D.C. 20410
>
>The Honorable Alberto Gonzales
>United States Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth Wainstein
>United States Attorney's Office
>555 4th Street, NW
>Washington, D.C. 20530

>s/Maria V. Gillen
>Maria V. Gillen
>New Jersey Bar No.: 025642001
>Tennessee Valley Authority
>Office of the General Counsel
>400 West Summit Hill Drive
>Knoxville, Tennessee 37902-1401
>Telephone:  865-632-7741
>Facsimile: 865-632-6718
>E-mail: mvgillen@tva.gov

Karst/order denying Pls. motion for prelim. injunc. - 003739170