UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:05-cv-01190-RMU |
| | ) | Judge Ricardo M. Urbina |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and TENNESSEE VALLEY AUTHORITY, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Sara E. Culley as an attorney of record for Defendants United States Environmental Protection Agency and United States Department of Housing and Urban Development in the above captioned matter. Any correspondence with Ms. Culley by U.S. Mail should be addressed as follows:

> SARA E. CULLEY
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington D.C., 20044-0663

Express deliveries (Federal Express, courier, etc.) should be addressed to:

> SARA E. CULLEY
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> Patrick Henry Building – Room 3135
> 601 D. Street, N.W.
> Washington D.C. 20004

Facsimiles may be transmitted to Ms. Culley at 202-305-0267.

Respectfully submitted this 27th day of June, 2005.

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Sara E. Culley
SARA E. CULLEY (K.S. Bar No. 20898)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington D.C., 20044-0663
Tel:  202-305-0466
Facsimile: 202-305-0267


OF COUNSEL:

Marilyn J. Kuray, Esq.
Environmental Protection Agency
Office of General Counsel
Tel: (202) 564-3449

Stacey E. Singleton, Esq.
Department of Housing and Urban Development
Tel: (202) 708-0614