UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., et al., ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES ENVIRONMENTAL ) PROTECTION AGENCY, UNITED STATES ) DEPARTMENT OF HOUSING AND URBAN ) DEVELOPMENT, and TENNESSEE VALLEY ) AUTHORITY, ) ) Defendants. ) ) | No. 1:05-cv-01190-RMU Judge Ricardo M. Urbina |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendant EPA and HUD's Motion to Dismiss, and the Court being advised in the premises,

IT IS HEREBY ORDERED that Defendant EPA and HUD's Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Complaint is HEREBY DISMISSED and judgment is entered IN FAVOR OF Defendants EPA and HUD.

IT IS SO ORDERED.

DONE THIS _____ DAY OF _____, 2005.

BY THE COURT:            _____
                                           Judge Ricardo M. Urbina