UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:05-cv-01190-RMU |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and TENNESSEE VALLEY AUTHORITY, | ) ) ) ) ) ) | Judge Ricardo M. Urbina |
| Defendants. | ) ) ) | |

**DEFENDANTS UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT'S NOTICE OF FILING OVERSIZED EXHIBITS IN PAPER**

Please take notice Defendants EPA and HUD file the three exhibits referenced in the Rayfield Declaration in paper, because of the length of the exhibits electronic filing was not possible.

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
United States Department of Justice


_____/s/ Sara E. Culley_____
Dated this 27th day of June, 2005.    SARA E. CULLEY (K.S. Bar No. 20898)
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0466
Facsimile: (202) 305-0267

Of Counsel:

Marilyn J. Kuray, Esq.
Environmental Protection Agency
Office of General Counsel
Tel: (202) 564-3449

Stacey E. Singleton, Esq.
Department of Housing and Urban Development
Tel: (202) 708-0614