UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL ACTION NO. 1:05-CV-01190-RMU

KARST ENVIRONMENTAL EDUCATION
AND PROTECTION, INC., et al.                                       PLAINTIFFS

**DECLARATION OF KENTUCKY COUNSEL,**
V.          **CHARLES E. ENGLISH AND WHAYNE C. PRIEST, JR.**

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.                                                     DEFENDANTS

and

INTER-MODAL TRANSPORTATION
AUTHORITY, INC.; FISCAL COURT OF
WARREN COUNTY, KENTUCKY; and
BOARD OF COMMISSIONERS OF CITY          MOVANTS FOR INTERVENTION
OF BOWLING GREEN, KENTUCKY                              AS DEFENDANTS

The undersigned, Charles E. English and Whayne C. Priest, Jr., partners in English, Lucas, Priest & Owsley, LLP, 1101 College Street, Bowling Green, Kentucky, hereby submit the following as their verified declaration in support of the motion to appear pro hac vice pursuant to LCvR 83.2(d) as co-counsel for Inter-Modal Transportation Authority, Inc., Fiscal Court of Warren County, Kentucky and Board of Commissioners of City of Bowling Green, Kentucky:

(1) The full names of the undersigned attorneys are Charles E. English and Whayne C. Priest, Jr.;

(2) The office address and phone number of both of the undersigned attorneys is English, Lucas, Priest & Owsley, LLP, 1101 College Street, Bowling Green, Kentucky 42101 (270/781-6500);

(3) The list of all bars to which each of the undersigned attorneys has been admitted is the American Bar Association and Kentucky Bar Association;

(4) Neither of the undersigned attorneys has been disciplined by any bar;

(5)     Neither of the undersigned attorneys has been admitted pro hac vice to this Court within the last two years; and,

(6)     Neither of the undersigned attorneys engages in the practice of law from an office located in the District of Columbia.

_____
CHARLES E. ENGLISH
KBA BAR NO. 21020

_____
WHAYNE C. PRIEST, JR.
KBA BAR NO. 55920

COMMONWEALTH OF KENTUCKY

COUNTY OF WARREN

I, the undersigned, a notary public in and for the Commonwealth and county aforesaid, do hereby certify that Charles E. English, personally known to me, did personally appear before me and, after being duly sworn, acknowledged and executed the foregoing declaration as his free act and deed on this 22nd day of June 2005.

_____
Notary Public, Kentucky State At Large
My Commission expires: 2/12/07

COMMONWEALTH OF KENTUCKY

COUNTY OF WARREN

I, the undersigned, a notary public in and for the Commonwealth and county aforesaid, do hereby certify that Whayne C. Priest, Jr., personally known to me, did personally appear before me and, after being duly sworn, acknowledged and executed the foregoing declaration as his free act and deed on this 22nd day of June 2005.

_____
Notary Public, Kentucky State At Large
My Commission expires: 2/12/07

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the attached MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF, and DECLARATION OF KENTUCKY COUNSEL CHARLES E. ENGLISH AND WHAYNE C. PRIEST, JR., were this 24th day of June 2005, served by first class U.S. Mail, postage prepaid, on the following:

Frank Lancaster
Maria Gillen
Office of General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive, East Tower
Knoxville, TN 37902
E-mail: mvgillen@tva.gov
Attorneys for Defendant Tennessee Valley Authority

Sara Culley
U.S. Department of Justice
601 D Street, NW
Washington, DC 20004
E-mail: sara.culley@usdj.gov
Attorneys for defendants U.S. Environmental Protection Agency and U.S. Housing and Urban Development

W. Henry Graddy, IV
W. H. Graddy & Associates
103 Railroad Street
Post Office Box 4307
Midway, KY 40347
E-mail: hgraddy@aol.com
Attorneys for plaintiffs

David Bookbinder
Sierra Club
408 C Street, NE
Washington, DC 20002
E-mail: david.bookbinder@sierraclub.org
Attorneys for plaintiffs

_____
D. RANDALL BENN