UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., WARREN COUNTY CITIZENS FOR MANAGED GROWTH, GAYLA CISSELL, JIM DUFFER and ROGER BRUCKER<br><br>Plaintiffs<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, U.S. HOUSING AND URBAN DEVELOPMENT, and TENNESSEE VALLEY AUTHORITY<br><br>Defendants | No. 1:05-CV-01190-RMU |

**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT
TENNESSEE VALLEY AUTHORITY**

Please enter the appearance of Maureen H. Dunn, Harriet A. Cooper, Frank H. Lancaster, and Maria V. Gillen as attorneys of record for Defendant Tennessee Valley Authority in the above captioned matter. Correspondence with TVA's attorneys by U.S. Mail or by express delivery should be addressed as follows:

> Tennessee Valley Authority
> Office of the General Counsel
> 400 West Summit Hill Drive, ET 10A-K
> Knoxville, TN 37902-1401

Facsimiles may be transmitted to TVA's attorneys at 865-632-6718.

Respectfully submitted this 28th day of June, 2005.

<u>s/Maria V. Gillen</u>
Maria V. Gillen
New Jersey Bar No.: 025642001
Tennessee Valley Authority
Office of the General Counsel
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone:  865-632-7741
Facsimile: 865-632-6718
E-mail: mvgillen@tva.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2005, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing by operation of the Court's electronic filing system to the following:

    David G. Bookbinder, Esq.

    Sara E. Culley, Esq.

    s/Maria V. Gillen
Maria V. Gillen
New Jersey Bar No.: 025642001
Tennessee Valley Authority
Office of the General Counsel
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone:  865-632-7741
Facsimile: 865-632-6718
E-mail: mvgillen@tva.gov

003739250