UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) No. 1:05-cv-01190-RMU |
| ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) |
| Defendants. | ) ) |

PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO INTERVENE

Plaintiffs do not object to the proposed intervention of the Inter-Modal Transportation Authority, Inc., Fiscal Court of Warren County, Kentucky, and Board of Commissioners of City of Bowling Greene, Kentucky as defendants in this action.

Respectfully submitted,

s/W. Henry Graddy
W. Henry Graddy, IV
W. H. GRADDY & ASSOCIATES
103 Railroad Street
P.O. Box 4307
Midway KY 40347
859-846-4905
e-mail: hgraddy@aol.com

s/David Bookbinder
David Bookbinder
D.C. Bar No. 455525
Sierra Club
408 C Street, NE
Washington DC  20002
202-548-4598
e-mail: david.bookbinder@sierraclub.org

Dated: July 7, 2005