UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC. et al.<br><br>Plaintiffs,<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.<br><br>Defendants,<br><br>INTER-MODAL TRANSPORTATION AUTHORITY, INC; FISCAL COURT OF WARREN COUNTY, KENTUCKY; and BOARD OF COMMISSIONERS OF CITY OF BOWLING GREEN, KENTUCKY<br><br>Intervenors. | No. 1:05-CV-01190-RMU<br>Judge Ricardo M. Urbina |

### INTERVENORS', INTER-MODAL TRANSPORTATION AUTHORITY, INC., THE FISCAL COURT OF WARREN COUNTY, KENTUCKY, AND THE CITY OF BOWLING GREEN KENTUCKY, MOTION TO DISMISS AND RESPONSE TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Applicants for Intervention in this case, Inter-Modal Transportation Authority, Inc., the Fiscal Court of Warren County, Kentucky, and the Board of Commissioners of the City of Bowling Green, Kentucky, by and through undersigned counsel, respectfully move the Court to dismiss Plaintiffs' Complaint for declaratory and injunctive relief dated June 15, 2005, based on lack of subject matter jurisdiction and/or failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or 12(b)(6). This Court lacks subject matter jurisdiction because Plaintiffs fail to identify a final agency action pursuant to the Administrative Procedure Act ("APA"), the National Environmental Policy Act ("NEPA"), or the

National Historical Preservation Act ("NHPA"). Therefore, dismissal pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or 12(b)(6) is appropriate.

    WHEREFORE the Applicants for Intervention, Inter-Modal Transportation Authority, Inc.; Fiscal Court of Warren County, Kentucky; and Board of Commissioners of City of Bowling Green, Kentucky, request entry of an order dismissing the Complaint with prejudice.

Respectfully submitted,

ATTORNEYS FOR INTERVENORS
Charles E. English
Whayne C. Priest, Jr.
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
Telephone: (270) 781-6500
Facsimile: (270) 782-7782
E-mail: charles@elpolaw.com
E-mail: whayne@elpolaw.com

and

LeBoeuf, Lamb, Greene & MacRae, L.L.P.
1875 Connecticut Avenue, NW
Washington, DC 20009
Telephone: (202) 986-8000
Facsimile: (202) 986-8102

*George Ellard*
GEORGE ELLARD
D.C. Bar No. 386084
D. RANDALL BENN
ROBERT M. ANDERSEN
PAUL C. FREEMAN