UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC. et al. | ) ) ) | |
| Plaintiffs, | ) ) ) ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY et al. | ) ) ) ) | |
| Defendants, | ) ) | No. 1:05-CV-01190-RMU Judge Ricardo M. Urbina |
| INTER-MODAL TRANSPORTATION AUTHORITY, INC; FISCAL COURT OF WARREN COUNTY, KENTUCKY; and BOARD OF COMMISSIONERS OF CITY OF BOWLING GREEN, KENTUCKY | ) ) ) ) ) ) ) | |
| Intervenors. | ) ) | |

## [PROPOSED] ORDER

This matter having come before the Court on Intervenors' Motion to Dismiss, and the Court being advised in the premises,

IT IS HEREBY ORDERED that Intervenors' Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Complaint is HEREBY DISMISSED and judgment is entered IN FAVOR OF Intervenors.

IT IS SO ORDERED.

DONE THIS _____ DAY OF _____, 2005.


BY THE COURT:                           _____
                                         Judge Ricardo M. Urbina