UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC. et al.<br><br>Plaintiffs,<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.<br><br>Defendants,<br><br>INTER-MODAL TRANSPORTATION AUTHORITY, INC; FISCAL COURT OF WARREN COUNTY, KENTUCKY; and BOARD OF COMMISSIONERS OF CITY OF BOWLING GREEN, KENTUCKY<br><br>Intervenors. | No. 1:05-cv-01190-RMU |

## DECLARATION OF ROBERT BARNETT

I, Robert Barnett, make the following declaration based on personal knowledge, information and belief:

1. I currently serve as the Airport Manager at the Bowling Green – Warren County Regional Airport. I have been employed by the Bowling Green – Warren County Airport Board (the "Airport Board") since October 2, 1995. The Bowling Green – Warren County Regional Airport is a general Aviation airport governed by a 10-member Airport Board. The Airport Board Members are appointed by the Board of Commissioners of the City of Bowling Green, Kentucky (the "City") and the Fiscal Court

of Warren County, Kentucky (the "County"), with 5 members appointed by the City and 5 members appointed by the County.

2. The Airport Board is currently in the process of considering the possibility of a replacement airport, if needed. The existing runways at the Airport are surrounded by incompatible residential and commercial development which renders expansion nearly impossible. Previously, the Airport Board had worked in conjunction with the Inter-Modal Transportation Authority, Inc. (the "ITA") to complete research on the possibility of relocating the existing Airport. On January 1, 2004 the Airport Board and the ITA severed any relationship between the two entities. The Airport Board at that time wished to resume the principal role with respect to the design, construction, and operation of the potential replacement Airport.

3. The Airport Board is currently exploring various relocation options but to date there have been no decisions made regarding the exact location of a proposed replacement airport. The ITA has no influence or opinion where and/or if the replacement airport will ever come to fruition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of June 2005.

_____
Robert Barnett