UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC. et al.<br><br>Plaintiffs,<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.<br><br>Defendants,<br><br>INTER-MODAL TRANSPORTATION AUTHORITY, INC; FISCAL COURT OF WARREN COUNTY, KENTUCKY; and BOARD OF COMMISSIONERS OF CITY OF BOWLING GREEN, KENTUCKY<br><br>Intervenors. | No. 1:05-cv-01190-RMU |

## DECLARATION OF DAN CHERRY

I, Dan Cherry, make the following declaration based on personal knowledge, information and belief:

1. I was the President of the Inter-Modal Transportation Authority, Inc. (the "ITA") from March, 1999 until May, 2003.

2. During the time I was the President of the ITA, the ITA did not receive or spend federal funds for the development of Phase I the Kentucky Transpark..

3. In the year 2002 or 2003, after the ITA had conducted, at its own expense, a cost/benefit analysis in connection with efforts to obtain a grant from the United States Federal Aviation Administration (the "FAA") for the development of an airport, the FAA required that the ITA conduct a risk analysis before a grant application would be considered. The FAA

offered to pay 90% of the cost of the risk analysis. A risk analysis was performed and the FAA did deposit into a separate account established solely for the purpose of paying the consultant who conducted the risk analysis 90% of the amounts invoiced by the consulting firm. The consulting firm was paid with the funds deposited by the FAA, along with ITA funds and state funds. All of the funds received from the FAA for the risk analysis have long since been spent and were spent only for the purpose of obtaining the risk analysis required by the FAA. The airport with respect to which the risk analysis was conducted was not part of Phase I of the Transpark project.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on this 29th day of June 2005.

                                                  Dan Cherry