UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC. et al.<br><br>Plaintiffs,<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.<br><br>Defendants,<br><br>INTER-MODAL TRANSPORTATION AUTHORITY, INC; FISCAL COURT OF WARREN COUNTY, KENTUCKY; and BOARD OF COMMISSIONERS OF CITY OF BOWLING GREEN, KENTUCKY<br><br>Intervenors. | No. 1:05-cv-01190-RMU |

## DECLARATION OF TOM TICKNOR

I, Tom Ticknor, make the following declaration based on personal knowledge, information, and belief:

1. I am the President of Ticknor & Associates, an independent economic development consulting firm located in Winnetka, Illinois. Ticknor & Associates provides strategic planning, professional site selection, and general consulting services to local communities, public and private utilities, and public and private corporations. I have worked in the fields of corporate location and economic development consulting for twenty five years.

1

2. An injunction that would halt construction in the Kentucky Transpark would likely cause all prospective investors that are currently planning to locate offices or manufacturing facilities in the Kentucky Transpark to abandon their plans, thereby resulting in irreparable damage to the Kentucky Transpark, the Inter-Modal Transportation Authority, the economy of Bowling Green, Kentucky, Warren County, Kentucky, and surrounding cities and counties. Those prospective businesses who abandon their plans to build in the Kentucky Transpark would likely locate their operations outside of the South Central Kentucky region.

3. An injunction would cause irreparable damage to the long-term ability of the Kentucky Transpark to attract future businesses as well. The Kentucky Transpark would be saddled with the complicated and difficult task of reassuring national and international businesses that the Kentucky Transpark is available for development of their factories, warehouses or offices on a timely basis. Because outside companies have a broad range of locational choice and because they are very risk averse to time delays, inevitably there will be prospective companies who will never consider investing in the Kentucky Transpark because of the uncertainty that the injunction will have created.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of June 2005.

*Tom Ticknor*

Tom Ticknor, President,
Ticknor & Associates