UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:05-cv-01190-RMU |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and TENNESSEE VALLEY AUTHORITY, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

DECLARATION OF JAMES R. VANCE

I, James R. Vance, make the following declaration based on personal knowledge, information, and belief:

1.    I served as President of the Inter-Modal Transportation Authority ("ITA") from March, 2003 through May, 2004. Previously, I had served as Vice President of the ITA from October, 2001 until my appointment as president in March 2003.

2.    During my tenure as Vice President, and as President, the ITA did not receive any funds from any agency of the United States Government, nor did the ITA expend any such funds for any purpose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of June 2005.

James R. Vance, Former President, Inter-Modal Transportation Authority, Inc.

1