UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION )<br>AND PROTECTION, INC. et al., Plaintiffs )<br>)<br>vs. )<br>)<br>)<br>)<br>U.S. ENVIRONMENTAL PROTECTION )<br>AGENCY et al., Defendants )<br>and )<br>INTER-MODAL TRANSPORTATION )<br>AUTHORITY, INC; FISCAL COURT OF )<br>WARREN COUNTY, KENTUCKY; and )<br>BOARD OF COMMISSIONERS OF CITY )<br>OF BOWLING GREEN, KENTUCKY, )<br>Intervenors ) | No. 1:05-cv-01190-RMU |

DECLARATION OF ROBIN ZEIGLER

I, Robin Zeigler, make the following declaration based on personal knowledge, information, and belief:

1.  I have obtained a Masters Degree in Historic Preservation from Middle Tennessee State University. For the past two and a half years, I have been employed by the City-County Planning Commission of Warren County, Kentucky as the Historic Preservation Planner for the Bowling Green-Warren County Historic Preservation Board which is created by the Joint Zoning Ordinance of Bowling Green and Warren County under Section 2.5 thereof, a copy of which is attached hereto. The appointment of the members of the board and their qualifications are set out in the attached copy of subsection 2.5.1 which is followed by an outline of the "Powers and Duties of the Preservation Board."

1

2. On June 23, 2005, I personally reviewed the structures located on the Kentucky Transpark property which were addressed as follows: 7662, 7970, and 9508 Louisville Road, 839 Mizpah Road, 1354, 2410, 2428, 1122, 630, 572, 500 and 458 Glasgow Road, 297 Fred Madison Road and an unnumbered property next door. I do not believe that any of these structures are eligible for the National Register of Historic Places.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of June 2005.

Robin Zeigler
Historic Preservation Planner
Bowling Green-Warren County Historic
Preservation Board

1. Make inspections of any premises necessary to carry out the enforcement of this Zoning Ordinance,

2. Issue citations for violations of this Zoning Ordinance in accordance to KRS 100.991 and the procedures as set forth in KRS 431.015; or

3. Issue citations for violations of this Zoning Ordinance in accordance with the provisions of any Legislative Body's Code Enforcement Board Ordinance and KRS 65.8801 through 65.8839 (Local Government Code Enforcement Board Act) for areas within the jurisdiction of any Legislative Body's Code Enforcement Board.

Sec. 2.5   **Historic Preservation Board**

### 2.5.1 Membership

The Preservation Board shall consist of 7 citizen members of which 5 shall be appointed by the Mayor of the City of Bowling Green subject to the approval of the City Commission and 2 shall be appointed by the Warren County Judge Executive with the approval of the Fiscal Court. The members shall have demonstrated interest in historic preservation, and at least 2 members shall have training or experience in a preservation-related profession, architecture, history, archeology, architectural history, construction, planning or related fields.

### 2.5.2 Powers and Duties of the Preservation Board

A. In addition to the powers and duties stated elsewhere, the Preservation Board shall take action necessary and appropriate to accomplish the purpose of this Ordinance. These actions may include, but are not limited to:

1. Conducting a survey of historic buildings and areas.

2. Drafting a historic preservation element for use in the preparation of the Comprehensive Plan.

3. Recommending the designation of local historic districts individual local historic sites and conservation districts.

4. Regulating changes to designated property (including the issuance or denial of Certificates of Appropriateness).

5. Recommending guidelines for changes to designated property.

6. Working with and advising the federal, state and county governments and other parts of city government.

7. Advising and assisting property owners and other persons and groups including neighborhood organizations who are interested in historic preservation.

8. Initiating plans for the preservation and rehabilitation of individual historic buildings and undertaking educational programs, including the preparation of publications and the placing of historic markers.

9. The Preservation Board shall have the power to charge fees on applications for Certificates of Appropriateness submitted to the Preservation Board.

Sec. 2.6   **University District Review Committee**

### 2.6.1 Purpose
The University District provides for a planned mix of residential dwelling types and other selected uses which are related to and which are located in close proximity to the main campus of Western Kentucky University.

### 2.6.2 Membership
The Review Committee shall be composed of seven members. The membership shall be composed of the following persons:

A. One representative from the Bowling Green City Commission with the term of such representative being the same as their official tenure in office;

B. One representative from City-County Planning Commission (who shall serve as Chairman) with the term of such representative being the same as their official tenure in office; and

C. Five at-large representatives: one from the Campus Ministerial Association, one from a Greek Housing Corporation, two from the University District neighborhood and one University representative.

### 2.6.3 Terms of Office
The five at large representatives shall serve for a term of four years; provided, however, the term of office for the members first appointed shall be staggered so that a proportionate number shall serve one, two, three and four years respectively, and later appointments or reappointments shall continue the staggered pattern. All members including the representatives of the City Commission and the City- County Planning Commission shall be appointed by the Mayor of the City of Bowling Green, and approved by the Board of Commissioners of the City of Bowling Green. All members shall be allowed to serve successive terms. In the event of a vacancy in any term, then the person appointed to fill such vacancy shall serve the balance of the unexpired term.