UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KARST ENVIRONMENTAL EDUCATION )
AND PROTECTION, INC., et al., )
                              )
Plaintiffs, )
                              )
v. )
                              ) No. 1:05-cv-01190-RMU
ENVIRONMENTAL PROTECTION AGENCY, )
et al., )
                              )
Defendants. )
_____)

NOTICE OF WITHDRAWAL OF MOTION

Plaintiffs hereby give notice that they are withdrawing their pending motion

for a preliminary injunction, filed on June 15, 2005.

Respectfully submitted,

s/W. Henry Graddy, IV
W. Henry Graddy, IV
W. H. GRADDY & ASSOCIATES
103 Railroad Street
P.O. Box 4307
Midway KY 40347
859-846-4905
e-mail: hgraddy@aol.com


s/David G. Bookbinder
David Bookbinder
D.C. Bar No. 455525
Sierra Club
408 C Street, NE
Washington DC 20002
202-548-4598
e-mail: david.bookbinder@sierraclub.org

Dated: July 11, 2005