UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) No. 1:05-cv-01190-RMU |
| ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) |
| Defendants. | ) ) ) |

CONSENTED MOTION TO ESTABLISH BRIEFING SCHEDULE

Plaintiffs have consulted with counsel for all defendants and defendant-intervenors, and in light of plaintiffs' withdrawal of their motion for a preliminary injunction, and intent to file an amended complaint, plaintiffs request that the Court enter the following schedule to govern briefing of a renewed motion to dismiss the amended complaint:

Plaintiffs' Amended Complaint shall be filed by Friday, July 29;

Defendants' Motion to Dismiss shall be filed by August 30;

Plaintiffs' Opposition to Motion to Dismiss shall be filed by September 20; and

Defendants' Reply in Support of Motion to Dismiss shall be filed by October 4.

Counsel for all defendants and defendant-intervenors have consented to this motion.

Respectfully submitted,

s/W. Henry Graddy, IV
W. Henry Graddy, IV
W. H. GRADDY & ASSOCIATES
103 Railroad Street

        P.O. Box 4307
Midway KY 40347
859-846-4905
e-mail: hgraddy@aol.com

<u>s/David Bookbinder</u>
David Bookbinder
D.C. Bar No. 455525
Sierra Club
408 C Street, NE
Washington DC  20002
202-548-4598
e-mail: david.bookbinder@sierraclub.org

Dated: July 11, 2005