UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KARST ENVIRONMENTAL EDUCATION )
AND PROTECTION, INC., WARREN )
COUNTY CITIZENS FOR MANAGED )
GROWTH, GAYLA CISSELL, JIM )
DUFFER, and ROGER BRUCKER )
                                                        )
            Plaintiffs                          )
                                                        )        No. 1:05-CV-01190-RMU
            v.                                       )
                                                        )
U.S. ENVIRONMENTAL PROTECTION )
AGENCY, U.S. HOUSING AND URBAN )
DEVELOPMENT, and TENNESSEE )
VALLEY AUTHORITY )
                                                        )
            Defendants                         )
_____ )
                                                        )
INTER-MODAL TRANSPORTATION )
AUTHORITY, INC., FISCAL COURT OF )
WARREN COUNTY, KENTUCKY, and )
BOARD OF COMMISSIONERS OF CITY )
OF BOWLING GREEN, KENTUCKY )
                                                        )
            Intervenors                         )

**ORDER (PROPOSED) GRANTING TENNESSEE VALLEY AUTHORITY'S
MOTION TO DISMISS FOR LACK OF SUBJECT
MATTER JURISDICTION**

This matter having come before the Court on motion of Defendant Tennessee

Valley Authority (TVA) for the dismissal of all claims against it for lack of jurisdiction,

pursuant to Federal Rule of Civil Procedure 12(b)(1); and,

The Court having reviewed the submissions of TVA in support of its motion and

the submissions of Plaintiffs in opposition thereto; and,

1

2

The Court finding that it lacks subject matter jurisdiction over Plaintiffs' claims against TVA;

IT IS HEREBY ORDERED that TVA's Motion to Dismiss is GRANTED and Plaintiffs' claims against TVA are DISMISSED for lack of subject matter jurisdiction.

This _____ day of _____, 2005.

_____
RICARDO M. URBINA
United States District Judge

003744108