UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and TENNESSEE VALLEY AUTHORITY, )<br>)<br>Defendants. )<br>_____ )<br>)<br>INTER-MODAL TRANSPORTATION AUTHORITY, INC, et al., )<br>)<br>Intervenor Defendants )<br>_____) | No. 1:05-cv-01190-RMU<br>Judge Ricardo M. Urbina |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendant EPA and HUD's Motion to Dismiss, and the Court being advised in the premises,

IT IS HEREBY ORDERED that Defendant EPA and HUD's Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Complaint is HEREBY DISMISSED and judgment is entered IN FAVOR OF Defendants EPA and HUD.

IT IS SO ORDERED.

DONE THIS _____ DAY OF _____, 2005.

BY THE COURT:     _____
                                  Judge Ricardo M. Urbina

Pursuant to LcvR 7(k) the following are entitled to be notified of this order:

David G. Bookbinder, Esq.
Sierra Club
408 C Street, NE
Washington D.C. 20002
Counsel for Plaintiffs

Maria V. Gillen
Tennessee Valley Authority
Office of the General Counsel
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Counsel for Defendant Tennessee Valley Authority

Sara E. Culley
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Counsel for Defendants Environmental Protection Agency &
Department of Housing and Urban Development

George Ellard, Esq.
LeBouef, Lamb, Greene & MacRae
1875 Connecticut Avenue, NW
Washington D.C. 20009
Counsel for Intervenor Defendants