UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC. et al.<br><br>Plaintiffs,<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:05-CV-01190-RMU<br>) Judge Ricardo M. Urbina |
| INTER-MODAL TRANSPORTATION AUTHORITY, INC; FISCAL COURT OF WARREN COUNTY, KENTUCKY; and BOARD OF COMMISSIONERS OF CITY OF BOWLING GREEN, KENTUCKY<br><br>Intervener Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## INTERVENER DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Intervener Defendants in this case, Inter-Modal Transportation Authority, Inc., the Fiscal Court of Warren County, Kentucky, and the Board of Commissioners of the City of Bowling Green, Kentucky, by and through their undersigned counsel, respectfully move the Court to dismiss Plaintiffs' Amended Complaint for declaratory and injunctive relief dated July 29, 2005, based on lack of subject matter jurisdiction and/or failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or 12(b)(6). This Court lacks subject matter jurisdiction because Plaintiffs fail to identify a "final agency action" reviewable pursuant to the Administrative Procedure Act ("APA"), the National Environmental Policy Act ("NEPA"), or the National Historical Preservation Act ("NHPA"). Therefore, dismissal pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or 12(b)(6) is appropriate.

WHEREFORE the Intervener Defendants, Inter-Modal Transportation Authority, Inc.; Fiscal Court of Warren County, Kentucky; and Board of Commissioners of City of Bowling Green, Kentucky, request entry of an order dismissing the Amended Complaint with prejudice.

Respectfully submitted,

ATTORNEYS FOR INTERVENER DEFENDANTS

Charles E. English
Whayne C. Priest, Jr.
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
Telephone: (270) 781-6500
Facsimile: (270) 782-7782
E-mail: charles@elpolaw.com
E-mail: whayne@elpolaw.com

and

LeBoeuf, Lamb, Greene & MacRae, L.L.P.
1875 Connecticut Avenue, NW
Washington, DC 20009
Telephone: (202) 986-8000
Facsimile: (202) 986-8102

*George Ellard* (signature)

_____
GEORGE ELLARD
D.C. Bar No. 386084
D. RANDALL BENN
ROBERT M. ANDERSEN
PAUL C. FREEMAN