## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the attached Intervener Defendants' Motion to Dismiss the Amended Complaint and Memorandum of Points and Authorities in Support of the Motion to Dismiss the Amended Complaint were this 30th day of August 2005, served by first class U.S. Mail, postage prepaid, on the following:

Frank Lancaster
Maria Gillen
Office of General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive, East Tower
Knoxville, TN 37902
E-mail: mvgillen@tva.gov
Attorneys for Defendant Tennessee Valley Authority

Sara Culley
U.S. Department of Justice
601 D Street, NW
Washington, DC  20004
E-mail: sara.culley@usdj.gov
Attorneys for Defendants U.S. Environmental Protection Agency and U.S. Housing and Urban Development

W. Henry Graddy, IV
W. H. Graddy & Associates
103 Railroad Street
Post Office Box 4307
Midway, KY  40347
E-mail: hgraddy@aol.com
Attorneys for Plaintiffs

David Bookbinder
Sierra Club
408 C Street, NE
Washington, DC  20002
E-mail: david.bookbinder@sierraclub.org
Attorneys for Plaintiffs

_George Ellard_
GEORGE ELLARD
Attorney for Intervener Defendants