UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC. et al.<br><br>Plaintiffs,<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.<br><br>Defendants,<br><br>INTER-MODAL TRANSPORTATION AUTHORITY, INC; FISCAL COURT OF WARREN COUNTY, KENTUCKY; and BOARD OF COMMISSIONERS OF CITY OF BOWLING GREEN, KENTUCKY<br><br>Intervener Defendants. | No. 1:05-CV-01190-RMU<br>Judge Ricardo M. Urbina |

## [PROPOSED] ORDER

This matter having come before the Court on Intervener Defendants' Motion to Dismiss the Amended Complaint, and the Court being advised in the premises,

IT IS HEREBY ORDERED that Intervener Defendents' Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Amended Complaint is

HEREBY DISMISSED and judgment is entered IN FAVOR OF Intervener Defendants.

   IT IS SO ORDERED.

   DONE THIS _____ DAY OF _____, 2005.


BY THE COURT:                              _____
                                           Judge Ricardo M. Urbina