**SECOND DECLARATION OF**
**ROBERT BARNETT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC. et al.<br><br>    Plaintiffs,<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.<br><br>    Defendants,<br><br>INTER-MODAL TRANSPORTATION AUTHORITY, INC; FISCAL COURT OF WARREN COUNTY, KENTUCKY; and BOARD OF COMMISSIONERS OF CITY OF BOWLING GREEN, KENTUCKY<br><br>    Intervener Defendants | No. 1:05-CV-01190-RMU<br><br>Judge Ricardo M. Urbina |

## SECOND DECLARATION OF ROBERT BARNETT

I, Robert Barnett, make the following declaration based on personal knowledge, information and belief:

1.    I currently serve as the Airport Manager at the Bowling Green – Warren County Regional Airport (the "Airport") and oversee all operations at the Airport. I have been employed by the Bowling Green – Warren County Airport Board (the "Airport Board") since October 2, 1995. The Airport is a general aviation airport governed by a 10-member Airport Board and is one of the largest general aviation airports in the state of Kentucky. The Airport Board Members are appointed by the Board of Commissioners of the City of Bowling Green, Kentucky (the "City") and the Fiscal Court of Warren

County, Kentucky (the "County"), with 5 members appointed by the City and 5 members appointed by the County.

2.    The Airport does not offer scheduled commercial air service. Charter services presently serve the needs of the corporate and business community. The Airport occupies approximately 550 acres and provides hanger service for 72 aircraft consisting of four jet aircraft and six twin engine aircraft; the remaining aircraft based at the Airport are single engine private aircraft.

3.    The Airport Board is currently in the process of considering the possibility of a replacement airport and a Benefit Cost Analysis is nearing completion.

4.    There are many reasons the construction of a new airport is being considered. The regional demand for corporate, charter, air cargo, and passenger service is growing. However, residential and commercial development surrounding the existing Airport prohibits the extension of the Runways beyond a limited distance. Longer runways and a greater weight-bearing capacity are needed in order to allow larger aircraft to use the airport. The existing Airport does not meet a number of Federal Aviation Administration facility requirements. Substantial time and expense is required to remedy these deficiencies.

5.    The feasibility of a new airport will not depend on the existence of the Transpark being developed by the Inter-Modal Transportation Authority, Inc. (the "ITA"). If a new airport is constructed, it will have utility independent of any income generated by businesses located in the Transpark. The primary sources of revenue for the existing Airport, and for any new airport, are income from hangar rent (44% of annual

income) and appropriations by the City and the County (50% of annual income). The remaining income is made up primarily of fuel sales, as Bowling Green is centrally located and serves as a refueling stop for many cross country air travelers, as well as income from rental cars, freight, etc. Any income from businesses located in the Kentucky Trimodal Transpark ("Transpark") would be generated by freight, which is a very small part of the income of the Airport and would remain a very small part of the income of the Airport if the Transpark is completed. Transpark tenants might also utilize the airport for air travel, but since that travel would be arranged through existing charter services, little, if any, additional income would be created for the Airport. Nashville International Airport, located in Nashville, Tennessee, is within approximately a one hour drive from Bowling Green, and most air travelers to and from Bowling Green utilize the commercial flight services available at that facility.

6. Previously, the Airport Board had entered into an agreement whereby the ITA acted as the agent of the Airport Board in taking the steps necessary to construct a new airport. That agreement was dissolved effective as of January 1, 2004, as evidenced by the document which is attached hereto as Exhibit 1. The Airport Board presently has the principal role with respect to the design, construction, and operation of the potential replacement airport. The ITA is no longer involved in the design, construction and operation of the potential replacement airport.

7. The Airport Board is currently exploring various relocation options but to date there have been no decisions made regarding the exact location of a proposed replacement airport. If a new airport is built, it may be near the Transpark or it may not

3

be near the Transpark. The ITA presently has no influence on whether a new airport will be constructed or where it will be constructed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of August 2005.

_____
Robert Barnett

## TERMINATION AGREEMENT

THIS TERMINATION AGREEMENT made and entered into as of January 1, 2004, by and between Bowling Green-Warren County Regional Airport Board (the "Airport Board") and Intermodal Transportation Authority, Inc., a Kentucky corporation (the "ITA").

WHEREAS, the ITA is presently acting as the agent of the Airport Board in connection with Federal Aviation Administration ("FAA") grant assistance for the acquisition, financing, construction and operation of the Replacement Airport adjacent to the Kentucky Trimodal Transpark pursuant to that Agreement for Acquisition, Development and Operation of Intermodal Commerce and Distribution Center dated November 10, 2001, as amended by that First Amendment to Agreement dated July 25, 2001, between the Board and the ITA; and

WHEREAS, the parties desire to terminate this relationship effective as of January 1, 2004;

NOW THEREFORE, in consideration of the mutual benefits to be gained by the parties from the Airport's resumption of its principal role in negotiations with the FAA and other governmental bodies for the Replacement Airport, the receipt and sufficiency of which both parties acknowledge, THE PARTIES HEREBY AGREE that, effective as of January 1, 2004, the aforedescribed agency relationship is TERMINATED; and the aforesaid Agreement as amended by the aforesaid First Amendment are likewise TERMINATED.

IN TESTIMONY, witness the execution of this Termination Agreement by the authorized agents of the parties hereto.

BOWLING GREEN-WARREN COUNTY
REGIONAL AIRPORT

By: *[signature]*
Carroll Hildreth, Chairman of the Board

ATTEST:

*[signature]*
Robert G. Barnett, Secretary

INTERMODAL TRANSPORTATION
AUTHORITY, INC., a Kentucky corporation

By: *[signature]*
Jim Vance, ~~Executive Director~~ PRESIDENT

ATTEST:

*[signature]*

k:\airport\italerm.agr