**SECOND DECLARATION OF**

**NICHOLAS C. CRAWFORD, PH.D., P.G.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC. et al.<br><br>Plaintiffs,<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:05-CV-01190-RMU<br><br>Judge Ricardo M. Urbina |
| INTER-MODAL TRANSPORTATION AUTHORITY, INC; FISCAL COURT OF WARREN COUNTY, KENTUCKY; and BOARD OF COMMISSIONERS OF CITY OF BOWLING GREEN, KENTUCKY<br><br>Intervener Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

**SECOND DECLARATION OF NICHOLAS C. CRAWFORD, PH.D., P.G.**

I, Dr. Nicholas C. Crawford, make the following declaration based on personal knowledge, information, and belief:

1. My academic and professional qualifications are as follows:

    a. I am a Registered Professional Geologist (by exam, ASBOG) in Kentucky, Tennessee and Georgia and a Full Professor in the Department of Geography and Geology at Western Kentucky University.

    b. In 1978, I founded and continue to be the Director of the Center for Cave and Karst Studies (CCKS), Applied Research and Technology Program of Distinction at WKU.

c. I also founded and continue to be the Director of the Karst Field Studies Program, in cooperation with Mammoth Cave National Park. This is the largest and most prestigious cave and karst education program in the country.

d. I have performed over 500 karst investigations over the years for numerous government agencies and individual clients, such as, USEPA, National Park Service, NASA and various state departments of environmental protection, and I have worked on groundwater contaminant problems in karst regions for major corporations such as Dow Corning, Rockwell International, and CSX Railroad. I have performed karst hydrogeologic investigations at several EPA Superfund sites and worked on ground water problems at several U.S. military bases.

e. I have published numerous articles and written hundreds of professional reports, all dealing with karst hydrogeology.

f. I am a co-author of the book, *Living With Karst*, published by the American Geological Institute.

g. Some of the awards received for my research include:

  i. 1990 – Silver Seal Award, for my work in protecting groundwater, presented at a banquet in Seattle, Washington, by the National Council of State Garden Clubs.

  ii. From the National Speleological Society (speleology is the science of caves): 1) Fellow (1985), b) Certificate of Merit (2 times, 1984

2

    and 1994, and c) In 1994, the highest award from the NSS (one per year) – the Honorary Life Membership Award.

  iii. 1998 – I was the third person to receive the Outstanding Kentucky Geologist Award presented by the American Institute of Professional Geologists.

  iv. 2005 – I was the third person to receive the "Outstanding Contribution to Karst Science" Award from the Karst Waters Institute, an organization composed of the top karst scientists from this country and others.

2. Under a grant awarded to Western Kentucky University by the ITA, I directed an extensive investigation of the hydrogeology of the proposed Transpark site entitled, "Site Evaluation and Design Assistance for the Proposed Kentucky Trimodal Transpark, Final Report, February 22, 2003" (the "Report"). This investigation required 14 months of research, and the comprehensive report consists of 106 pages of text, 133 figures, 2 plates and 13 appendices. The report dealt with groundwater flow, and methods for preventing groundwater contamination from urban storm water runoff, sinkhole flooding and sinkhole collapses.

3. The recommendations in the Report were all included in the binding elements for all development that may locate at the proposed Transpark. This includes a three-phase system for treating storm water runoff from all streets, parking lots and buildings and a tertiary spill collection system for all underground tanks and other storage

3

facilities of hazardous materials. To my knowledge, no other industrial park in the world has committed to such rigorous requirements to prevent groundwater contamination.

    4.    In addition, extremely rigorous protocols for preventing sinkhole collapses were included in the binding elements. These include geophysical investigations along all roads and building foundations and methods for controlling storm water runoff. Again, these recommendations are included in the binding elements for development at the Transpark site and have been followed by the Bowling Green Metalforming, LLC, factory now under construction.

    5.    My sworn testimony before the Warren County Planning Commission on several occasions since 2002 has been that the intensive research performed by previous researchers, Dr. James Quinlan, Hydrologist for Mammoth Cave National Park , and Mr. Joe Ray, hydrologist for Kentucky Division of Water, and my research all indicate that groundwater from the site flows to Graham Springs on the nearby Barren River and that no imaginable flood event could result in water from the site flowing over its headland drainage divide and into Mammoth Cave National Park. This research was reviewed by some of the top karst hydrogeologists in the world, and they agreed completely with the report conclusions. Reviewers included Dr. Arthur Palmer, author of the Book, *Geology of Mammoth Cave National Park*, and Mr. Joe Ray who worked with the late Dr. James Quinlan to delimit groundwater flow routes and groundwater basin boundaries for Mammoth Cave National Park and surrounding areas. After reviewing the report, Dr. Paul Williams, co-author of the book, *Karst Geomorphology and Hydrology*, agreed with the conclusions. He reviewed the report for the United National World Heritage Program

4

of the IUC Programme on Protected Areas. More research has been performed and more is known about the Graham Springs and Turnhole Spring (Mammoth Cave) groundwater basins and how they respond to storm events than any other large karst groundwater basin in the world. Considerably more karst research has been performed at this site and surrounding areas than one would anticipate for an Environmental Impact Statement (EIS). It is my opinion that the site has been thoroughly investigated by several geologists, including myself, for over 30 years. There are no reports based on scientific research that refute the conclusions within my report.

6. The organization Karst Environmental Education and Protection, Inc. ("KEEP"), was established to oppose the Transpark. In my opinion, KEEP has made many unsubstantiated claims and false statements based upon emotion instead of scientific facts. It is my opinion that KEEP should not include "karst education" in its name since the organization appears to publish karst propaganda, including false statements and misleading statements about karst. I make these statements as a person who has been involved in karst education for 30 years and who is the founder of the prestigious Karst Field Studies Program at Mammoth Cave National Park. I have taught a course in Karst Hydrology within that program for over 25 years.

7. It is my opinion there has been no measurable negative impact on Graham Springs during the construction of Bowling Green Metalforming, LLC at the Transpark. The water quality monitoring that the CCKS has performed at Graham Springs during construction does not indicate a measurable negative impact. Best management practices such as, silt fences, etc., required by law have been monitored by Mr. Mark Finch for the

City of Bowling Green. I have discussed these practices and the silt fences with him and also with Mr. Tim Slattery, Bowling Green's hydrologist in charge of storm water runoff. Both officials were highly complimentary of the silt fences and the BMPs used at the Bowling Green Metalforming LLC site, referring to them as being above and beyond what is required by law.

8. To my knowledge, there has not been a significant amount of clay and silt that has washed into sinkholes during construction at the Transpark site. In fact, it is just the opposite. To my knowledge, existing sinkholes on the site have been excavated to bedrock, and crevices leading down into the limestone have been remediated with rip-rap limestone blocks which were then covered with a soil filter fabric and then back filled with soil. This remediation technique not only prevents future sinkhole collapses, but the filter fabric also prevents sediment from being carried by storm water runoff directly into the karst aquifer. This is the recognized best method for treating sinkholes as discussed by Sowers, 1996, *Building on Sinkholes*, and numerous other authors who deal with sinkhole mitigation. The reported filling of sinkholes with rip-rap, as observed by some members of KEEP, appears to have actually been best management practices being applied to existing sinkholes to prevent soil erosion and sinkhole collapses from occurring. The Graham Springs Groundwater Basin covers approximately 120 square miles. It is mostly prime farm land, and much of it is double cropped. Soil erosion from farming activities flows directly into the karst aquifer at sinkholes and sinking streams throughout the Graham Springs Basin. By comparison, any soil erosion from

6

construction at the Transpark site would be almost insignificant and probably less than when the land was used for row crop agriculture.

9. No natural wetlands exist on the Transpark site. There are no surface streams, and the water table is more than 150 feet beneath the surface. Over the years farmers built ponds on the site by compacting the soil. At least one pond on the Bowling Green Metalforming LLC site was previously used for animal waste, and some of these ponds may have been filled. Activity at the site of the Transpark is not destroying wetlands, but is actually creating them at the Transpark site as part of the storm water management requirements included in the binding elements. These are large reservoirs underlain by a 45 mil synthetic liner (to prevent storm water from sinking into the karst aquifer and to prevent sinkhole collapse), capable of holding all the runoff water from a 3 hour, 100-year probability storm event. The binding elements require that this water then be spray irrigated onto green spaces or diverted into soil absorption trenches. Both techniques permit the treated water from the surface impoundments to be further treated by soil treatment as it percolates slowly down to the water table. Thus, every effort is being made to treat storm water runoff rather than permitting it to flow directly into open throat sinkholes as it does virtually everywhere else on this karst landscape.

10. During the construction of the Kentucky Technology College building at the Transpark site, excavation for a storm sewer revealed a small hole in the top of a shallow cave. The cave did not have an entrance and could not be investigated previous to the excavation. The CCKS mapped the cave and reported to the ITA that there were possible Native American bones and markings on the wall. The ITA immediately called

in a team of archaeologists from the University of Kentucky to investigate and make sure that the archaeological find was treated properly. Apparently, at one time there was a sinkhole entrance which had long ago been filled by soil erosion, debris or by a previous landowner. The cave and its contents were not damaged, and the Native American artifacts were treated with respect and dignity. The cave was also investigated by biologists, and no endangered species were found. Upon the advice of the archaeologists, the cave was sealed to protect the cave and its artifacts. According to the ITA, no buildings or structures will ever be built above the cave. An EIS investigation would not have found this cave or any cave that did not have an entrance.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on this _18_ day of _August_ 2005.

                                                 Nicholas C. Crawford, Ph.D., P.G.

8