# SECOND DECLARATION OF
# ROGIN ZEIGLER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC. et al. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY et al. | ) ) ) | |
| Defendants, | ) ) ) | No. 1:05-CV-01190-RMU |
| | ) | Judge Ricardo M. Urbina |
| INTER-MODAL TRANSPORTATION AUTHORITY, INC; FISCAL COURT OF WARREN COUNTY, KENTUCKY; and BOARD OF COMMISSIONERS OF CITY OF BOWLING GREEN, KENTUCKY | ) ) ) ) ) ) | |
| Intervener Defendants | ) ) | |

### SECOND DECLARATION OF ROBIN ZEIGLER

I, Robin Zeigler, make the following declaration based on personal knowledge, information, and belief:

1. I have obtained a Masters Degree in Historic Preservation from Middle Tennessee State University. For the past two and a half years, I have been employed by the City-County Planning Commission of Warren County, Kentucky as the Historic Preservation Planner for the Bowling Green-Warren County Historic Preservation Board which was created by the Joint Zoning Ordinance of Bowling Green and Warren County. The Bowling

1

Green-Warren County Historic Preservation Board (HPB) is a seven-member volunteer Board appointed by city and county officials, whose primary mission is to preserve, protect and maintain the architectural, cultural, and archaeological resources in Bowling Green and Warren County, Kentucky. The main tool used by the Board is the Local Historic Designation. Owners of structures with a Local Historic Designation are required to apply for a Certificate of Appropriateness (COA) for any exterior alterations, demolition, or relocation. Allowable changes are based on a set of Design Guidelines that follow national design standards.

2. On June 23, 2005, I personally reviewed the structures located on the Kentucky Transpark property which were addressed as follows: 7662, 7970, and 9508 Louisville Road, 839 Mizpah Road, 1354, 2410, 2428, 1122, 630, 572, 500 and 458 Glasgow Road, 297 Fred Madison Road and an unnumbered property next door. It is my professional judgment that none of these structures are eligible for the National Register of Historic Places.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of August 2005.

Robin Zeigler
Historic Preservation Planner
Bowling Green-Warren County Historic
Preservation Board

2