**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., et al. </br></br>Plaintiffs,</br></br>v.</br></br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,</br></br>Defendants. | )</br>)</br>)</br>)</br>)  No. 1:05-cv-01190-RMU</br>)</br>)</br>)</br>)</br>)</br>) |

MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., plaintiffs request a 1-week extension of time to respond to defendants' motions to dismiss.  By order dated July 14, 2005, plaintiffs' response is currently due on September 20, 2005, and they seek an extension until September 27, 2005.

Plaintiffs have not previously requested an extension of time for this response.  Plaintiffs seek this extension because they had not anticipated the complexities of responding to three separate motions to dismiss, raising different legal arguments, and accompanied by more than a dozen factual declarations.

Defendants do not object to this request.  Defendants' reply in support of their motions to dismiss is currently scheduled for October 4, 2005, and in response to the one

week extension plaintiffs have requested, all parties request that defendants' deadline be extended until Wednesday, October 12.

        Respectfully submitted,

        W. Henry Graddy, IV
        KBA Bar No. 26350
        W. H. GRADDY & ASSOCIATES
        103 Railroad Street
        P.O. Box 4307
        Midway, KY 40347
        859-846-4905
        e-mail: hgraddy@aol.com

        AND

        David Bookbinder
        D.C. Bar No. 455525
        Sierra Club
        408 C Street, NE
        Washington D.C.  20002
        202-548-4598
        e-mail: david.bookbinder@sierraclub.org

        By:_s/ David Bookbinder_
           David Bookbinder

Dated: September 19, 2005