UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KARST ENVIRONMENTAL EDUCATION  )
AND PROTECTION, INC.,          )
WARREN COUNTY CITIZENS FOR     )
MANAGED GROWTH, GAYLA CISSELL, )
JIM DUFFER and ROGER BRUCKER   )
                               )
Plaintiffs                     )
                               )  No. 1:05-cv-01190-RMU
v.                             )
                               )
U.S. ENVIRONMENTAL PROTECTION  )
AGENCY,                        )
U.S. HOUSING AND URBAN DEVELOPMENT, )
and                            )
TENNESSEE VALLEY AUTHORITY     )
                               )
Defendants                     )

* * * * * * * * * *

**PLAINTIFFS' RESPONSE TO DEFENDANTS' AND INTERVENING DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs, Karst Environmental Education and Protection, Inc. ("KarstEEP"), Warren County Citizens for Managed Growth, Gayla Cissell, Jim Duffer and Roger Brucker, file the following RESPONSE to the Motion to Dismiss filed by the Defendants United States Environmental Protection Agency ("EPA") and the United States Department of Housing and Urban Development ("HUD"), referred to hereafter as "EPA/HUD Motion" and by the Defendant Tennessee Valley Authority ("TVA"), referred to hereafter as "TVA Motion" and by the Intervening Defendants, Inter-Modal Transportation Authority, Inc. ("ITA"), Fiscal Court of Warren County, Kentucky ("Warren County") and the Board of Commissioners of the City of Bowling Green, Kentucky ("Bowling Green"), referred to hereafter as "ITA Motion" and state as follows:

**EPA/HUD MOTION**

1.  EPA and HUD move the Court to dismiss the Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) for

lack of subject matter jurisdiction, and/or 12(b)(6) for failure to state a claim upon which relief can be granted.  These Defendants argue that, at this time, this Court lacks subject matter jurisdiction over Plaintiffs' claims because Plaintiffs fail to identify final agency action pursuant to the Administrative Procedure Act ("APA").  These Defendants argue that Plaintiffs' claims are not ripe for judicial review and the Plaintiffs lack standing to assert these claims.

2.    The EPA/HUD challenge to the subject matter jurisdiction of this Court over the Plaintiffs' claims and to the sufficiency of Plaintiffs' Amended Complaint to state a claim for which relief can be granted is without merit and should be overruled.  This matter is ripe for judicial review and Plaintiffs have standing to assert these claims.  The EPA/HUD Motion must be DENIED.

### TVA MOTION

3.    TVA moves the Court to dismiss Plaintiffs Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b) (1) on the grounds that Plaintiffs lack standing to pursue their claims against TVA and the Plaintiffs claims against TVA are either moot or unripe.

4.    The TVA argument that Plaintiffs lack standing and that Plaintiffs' claims are either moot or unripe is without merit and should be overruled.  This matter is ripe for judicial review and it is not moot and Plaintiffs have standing to assert these claims.  The TVA Motion must be DENIED.

### ITA MOTION

5.    ITA, Warren County and Bowling Green move to dismiss Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and/or 12(b)(6) for failure to state a claim upon which relief can be granted. These Intervening Defendants argue that, at this time, this Court lacks

subject matter jurisdiction over Plaintiffs' claims because Plaintiffs fail to identify final agency action pursuant to the Administrative Procedure Act ("APA"), the National Environmental Policy Act ("NEPA"), or the National Historical Preservation Act ("NHPA").

6. The ITA, Warren County and Bowling Green challenge to the subject matter jurisdiction of this Court over the Plaintiffs' claims and to the sufficiency of Plaintiffs' Amended Complaint to state a claim for which relief can be granted is without merit and should be overruled. The ITA Motion must be DENIED.

7. Plaintiffs file herewith a Memorandum with supporting declarations and exhibits and tender an Order in conformity with this response.

Respectfully submitted,

W. Henry Graddy, IV
KBA Bar No. 26350
W. H. GRADDY & ASSOCIATES
103 Railroad Street
P.O. Box 4307
Midway, KY 40347
859-846-4905
hgraddy@aol.com

AND

David Bookbinder
D.C. Bar No. 455525
Sierra Club
408 C Street, NE
Washington D.C.  20002
202-548-4598
david.bookbinder@sierraclub.org


By:_____

---

[1]Mammoth Cave, the world's largest known cave system, is the heart of the south central Kentucky karst, an integrated set of subterranean drainage basins covering more than 400 square miles. On the surface is a biologically diverse set of ecosystems inextricably linked with the ecosystems underground. This physiographic province, with Mammoth Cave National Park at its core, was declared by the United Nations as an International Biosphere Reserve and World Heritage Site in 1990. The Park is home to more than 70 federally threatened, endangered or state listed species.

David Bookbinder

## CERTIFICATE OF SERVICE

       I hereby certify that on September 27, 2005, I electronically filed the foregoing document with the Clerk of the Court using the DM/EMF system which will send notification of such filing by operation of the Court's electronic filing system to the following:

Hon. Kenneth Wainstein
United States Attorney's Office
555 4th Street, NW
Washington DC 20530

Sara Culley
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington DC 20044-0663

Maureen H. Dunn
General Counsel
Harriet A. Cooper
Assistant General Counsel
Frank Lancaster
Maria V. Gillen
Office of General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401

Randall Benn
Robert Anderson
Paul Freeman
George Ellard
LeBOEUF, LAMB, GREENE & MacRAE
1875 Connecticut Ave, NW
Washington DC 20009
Counsel for Interveners

Charles E. English
Whayne C. Priest, Jr.
ENGLISH, LUCAS, PRIEST & OWSLEY
1101 College Street
P.O. Box 770
Bowling Green, KY 42102-0770

                              _____
                              DAVID BOOKBINDER

5

D:\wp\ENV\KEEP, Inc\pleadings\response final 9.27.05.doc