**LIST OF EXHIBITS**

| Number | Title |
|---|---|
| 1 | Declaration of Lena Sweeten |
| 2 | Declaration of David L. Morgan, Kentucky State Historic Preservation Officer |
| 3 | Declaration of Dr. Michael T. May |
| 4 | Declaration of Dr. Kenneth W. Kuehn |
| 5 | Declaration of Roger W. Brucker |
| 6 | Intervenor ITA Karst Expert, Tom Aley, KY Registered Professional Geologist, Report (excerpt) to ITA, March 2, 2002 |
| 7 | *1998-2000 Budget of the Commonwealth, Surplus Expenditure Plan*, pg. SEP-31 |
| 8 | Excerpt, Minutes of 10/19/04 Bowling Green City Commissioners |
| 9 | March 14, 2000 Memorandum, Bowling Green-Warren County Property Valuation Administrator to ITA President Dan Cherry Regarding Redevelopment Value of Existing Bowling Green-Warren Co. Airport When Sold |
| 10 | Declaration of W. Henry Graddy |
| 11 | Sept. 23, 2003 KYTC Letter to Magna and Feb. 18, 2004 ITA President Jim Hizer Letter to Senator Mitch McConnell |
| 12 | Feb. 27, 2001 Letter, USDA KY State Conservationist |
| 13 | Intervener ITA Oct. 12, 2000 "Scoping Letter" to Defendant EPA and Oct. 24, 2000 EPA Response |

| | |
|---|---|
| 14 | May 21, 2001 Mammoth Cave National Park and Nov. 20, 2000 U.S. Fish and Wildlife Service Letters to Intervenor ITA |
| 15 | Nov. 13, 2001 Advisory Council on Historic Preservation Letter to FAA |
| 16 | Jan. 21, 2004 Advisory Council on Historic Preservation Letter to FAA and FHWA |
| 17 | Oct. 13, 2004 Defendant EPA Regional Administrator Letter to FHWA and Feb. 7, 2005 Warren Co. Water District Letter to Kentucky Rural Water Association |
| 18 | April 18, 2001 Letter from Plaintiff Gayla Cissell to James Codell, Sec. of KYTC, inquiring about "lead agency" designation and Nov. 6, 2001 Sec. Codell Response |
| 19 | June 21, 2005 Intervenor Bowling Green Categorical Exclusion Submittal to Defendant HUD and Defendant HUD Acceptance of Intervener Bowling Categorical Exclusion (undated) |

2