**EXHIBIT 9**



WILLIAM T. CARTER
ROPERTY VALUATION ADM.

# Property Valuation Office

WARREN COUNTY COURTHOUSE
BOWLING GREEN, KENTUCKY 42101

PHONE: (502) 843-3268
(502) 843-3269

## MEMORANDUM

FAXED TO:   COL Dan Cherry
            Inter-modal Transportation Authority, Inc.
            (270)393-8483

FROM:       Bill Carter
            Property Valuation Administrator

SUBJECT:    Bowling Green-Warren County Airport Property

DATE:       March 14, 2000

As per your request pertaining to the property tax dollars the city and county governments would receive if the Bowling Green-Warren County airport was relocated and the land developed by private investors, I have reviewed some comparable property assessments in this vicinity. From information you provided me, the airport presently has 505 acres which you would propose to be developed as follows: 190 acres - R-1 (Single Family Residential)
    80 acres - R-2 to R-4 (Low Density to High Density Residential)
    40 acres - O-P (Office and Professional)
   105 acres - I-1 (Light Industrial)
    90 acres - B-2/B-4 (General and Highway Business)

There have been no recent comparable sales in this vicinity, therefore, I used Hartland Planned Community as a sales comparable. No deeds have transferred to date on the Gary property located on Scottsville Road which could be used as a sales comparable in the future.

The Smith farm containing approximately 314 acres with 3241.43' frontage on Scottsville Road and 1915.48' frontage on South Park Drive zoned Agriculture and R-1 (Single Family Residential) adjacent to the airport and used primarily as farmland sold in 1987. This property was then rezoned in 1988 to R-2; R-4; O-P and B-4 and is presently zoned as follows:
   26 acres - R-1 (Single Family Residential)
   52 acres - R-2 (Low-Medium Density Residential)
   34 acres - R-4 (High Density Residential)
    5 acres - O-P (Office and Professional)
   78 acres - B-4 (Highway Service)

Fax To: COL Dan Cherry
March 14, 2000
Page 2

The current total assessed value of these 314 acres with improvements is $132,619,670 or $422,355 per acre. Because the golf course and convention center are tax exempt, the taxable value is only $118,149,670 or $376,273 per acre. The value of the land with improvements per acre, excluding the 85 acres of land with improvements that are tax exempt would be $515,937 per acre.

Assuming all the 505 acres of airport land were developed with no tax exempt properties and using the current per acre value of the Hartland properties as a guide, the airport property would have a value of $260,549,400 ($515,937 x 505) = $260,549,400). Should real property values increase by 42% over the next 12 years the taxable value of the airport property would be $369,980,000 ($260,549,400 x 1.42 = $369,980,000). The total tax dollars received by all the taxing districts per year at that time using the 1999 tax rate as a guide would be $3,041,235 (369,980,000 x .0822 = $3,041,235). Of this total the county would receive $462,475 ($369,980,000 x .00125); the City would receive $899,051 ($369,980,000 x .00243); the county schools would receive $1,132,139 (369,980,000 x .00306); and the State would receive $547,570 ($369,980,000 x .00148).

Regardless of the zoning classification, if the buyer of the 505 acres maintains any type of farming operation, then the P.V.A. must assess the land for taxing purposes at the land's agriculture value which would be no more than $575 per acre until such time as it platted and sold in smaller parcels.

If further information is desired, please feel free to contact me.

:WTC

*Existing airport = 505 acres*
*Current value redeveloped =*
*$260,549,400*
*at $515,937/acre*