**EXHIBIT 12**

**USDA** UNITED STATES DEPARTMENT OF AGRICULTURE

Natural Resources Conservation Service

771 Corporate Drive
Suite 110
Lexington, KY 40503

February 27, 2001

Leslie Barras
100 N. Keats Ave.
Louisville, KY 40206

Dear Ms. Barras:

On January 22, 2001, you brought to the attention of John Jones, of my staff, your concern of the participation of Ruth Steff-Long, Mammoth Cave RC&D Coordinator, serving on the Board of Directors of the Inter-Modal Transportation Authority, Inc. of Warren County, Kentucky. Mr. Jones has done an inquiry of your concerns and discussed with Ms. Steff-Long her participation on the Board of Directors of the aforementioned Authority. He concluded that her participation was not in the best interest of the Natural Resources Conservation Service due to the perception of a conflict of interest and possibility of impropriety.

I have directed Ms. Steff-Long to resign from the Inter-Modal Transportation Authority, Inc. effective immediately, February 21, 2001. Ms. Steff-Long is concerned about the environment and the conservation of our natural resources. She will continue to serve in a technical advisory capacity to the Inter-Modal Transportation Authority. The directive requiring her to resign as a Board Member should not be taken as any wrongdoing or unethical conduct on her behalf.

If you have any questions, please call John Jones, Assistant State Conservationist, at 859-224-7373.

Sincerely,

DAVID G. SAWYER
State Conservationist

---

The Natural Resources Conservation Service works hand-in-hand with the American people to conserve natural resources on private lands.

AN EQUAL OPPORTUNITY EMPLOYER