EXHIBIT 13

*"79 wetland areas" letter*

October 12, 2000

Mr. William L. Cox, Section Chief
U.S. Environmental Protection Agency
Region 4
Water Management Division
Wetlands Section
61 Forsyth Street, S.W.
Atlanta, GA 30303

**RE:   Kentucky TriModal Transpark**
**Warren County, Kentucky**
**USGS Bristow Quadrangle**

Dear Mr. Cox:

The Intermodal Transportation Authority (ITA) has initiated the preparation of a Site Master Plan for the proposed Kentucky TriModal Transpark (KTT) in Warren County, Kentucky. The proposed KTT includes a new airport to replace the existing Bowling Green-Warren County Airport, as well as a business park with interstate and rail access. In addition, an Environmental Assessment (EA) is being prepared to address the potential impacts associated with the airport components of the proposed development. As part of the EA, three alternative runway alignments are being evaluated in addition to the No Build Alternative. The ITA has engaged the consulting firm of Wilbur Smith Associates (WSA) to conduct the Site Master Plan and Environmental Assessment.

The purpose of this letter is twofold: first, to initiate coordination with your agency regarding the project; and second, to request your agency's comments regarding the potential impacts of the proposed project and alternative runway alignments on wetlands and water quality.

Over the past 16 months, the ITA and its consultants, Wilbur Smith Associates, have completed several studies to investigate and select a suitable site for the proposed Kentucky TriModal Transpark (KTT). Based on these studies, the "Yellow Site" was selected as the future site for the KTT. The "Yellow Site" includes approximately 6,600 acres and is located in the northeast quadrant of Warren County, just west of Oakland, as is shown on the enclosed Study Area Location Map. We have included a brief "Project Data Sheet" that provides the following: project history; description of the project; and an overview of the EA that is being prepared for the airport components of the project. In addition, we have included maps that identify the alternative runway alignments.

Based on a field survey of sample wetland areas that was conducted as part of the preliminary investigations conducted for the "Yellow Site", it is estimated that there are approximately 79 wetland areas. None of these areas is greater than one acre in size. In total, these areas comprise less than one percent of the "Yellow Site". During the EA, a more detailed wetlands identification/delineation study will be conducted to identify wetland boundaries for the project alternatives. This information will be utilized during the master planning process to locate airport facilities away from wetland areas, where possible. Further coordination with the U.S. EPA will occur throughout the development of the Master Plan and the EA to minimize potential wetlands and water quality impacts and to identify appropriate mitigation strategies for unavoidable impacts.

To assist WSA in the identification of potential environmental impacts of the proposed project and development of our Site Master Plan, please review the enclosed "Project Data Sheet" and maps and provide us with your agency's comments regarding the proposed project and alternative runway alignments. We are assembling information for both the airport development portion of the site that will be discussed in the EA, as well as the other portions of the development to ensure that the entire project will avoid potential significant impacts.

We look forward to receiving your agency's comments regarding the project by November 25, 2000. If you have any questions concerning this request or the KTT project, please call Mr. Scott Sanders or myself at 513-233-3700.

Sincerely,


**WILBUR SMITH ASSOCIATES**
Caroline B. Ammerman, AICP
Senior Environmental Planner



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GEORGIA 30303-8960

October 24, 2000

4EAD-OEA

Ms. Caroline B. Ammerman, AICP
Senior Environmental Planner
Wilbur Smith Associates, Inc.
6600 Clough Pike
Cincinnati, Ohio 45244-4028

**SUBJECT:  EPA Review of Preliminary (Pre-EA) Information for the Proposed Development and Construction of the Kentucky Trimodal Transpark and a New Airport in Warren County, Kentucky: USGS Bristow Quadrangle**

Dear Ms. Ammerman,

Consistent with Section 309 of the Clean Air Act, the U.S. Environmental Protection Agency (EPA) has reviewed your preliminary information attached to your letter dated October 12, 2000, outlining the proposed development of the Kentucky Trimodal Transpark and construction of a new airport to replace the existing Bowling Green-Warren County Airport. We understand that an Environmental Assessment (EA) pursuant to the National Environmental Policy Act (NEPA) is planned for this proposed action.

The primary impacts associated with airport operations are noise and air quality. We have concentrated our review on potential project air quality impacts and offer the following preliminary comments based on the limited information provided:

- At present, the proposed site is currently in-attainment using the one hour ozone standard. However, in the future the area may be classified as an ozone nonattainment area upon implementation of the eight hour ozone standard.

- The EA should consider emissions of criteria pollutants (e.g., carbon monoxide, nitrogen dioxide, sulfur dioxide, and particulate matter with an aerodynamic diameter less than or equal to a nominal 10 microns) from aircraft landing, taking off, taxiing, and idling at the airport, ground support equipment, and auxiliary power units. The NEPA document should consider these emissions for both the action and no-action alternatives. For the action alternative, the analysis should take into consideration possible changes in the aircraft fleet and/or frequency of aircraft landing/take-off cycles, and possible changes in use of ground support equipment and auxiliary power units resulting from the proposed improvements.

- The EA should consider emissions of criteria pollutants from motor vehicles carrying passengers, employees and freight to and from the airport. The NEPA document should consider these emissions for both the action and no-action alternatives. For the action alternative, the analysis should take into consideration possible changes in the motor vehicle traffic resulting from the proposed improvements.

- The EA should determine, through appropriate assumptions (e.g., meteorology, background concentrations) and local air quality modeling analysis, whether the proposed action would cause or contribute to any localized violations of the National Ambient Air Quality Standards (NAAQS).

In addition to air quality, the EA should also address noise issues. Specifically, ambient noise levels, noise increases attributable to the action, and resultant levels of the action and cumulatively with the existing levels should be documented. Noise data should be measured using the day-night level (DNL) metric typical for airport studies and should emphasize impacts to any nearby affected residences and other sensitive receptors such as hospitals. This analysis would likely involve development of a noise contour footprint that describes the area of impact. The number of residences/residents within each contour, at least any above the 65 DNL contour, should be quantified. Depending on the magnitude of the noise impact, noise avoidance and mitigation in terms of flight patterns, noise-proofing, avoidance of nighttime flights, etc. should also be considered.

Another impact parameter that potentially should be considered in the EA is Environmental Justice (EJ), i.e., would the proposed action disproportionately impact minorities and/or low income populations in terms of noise, air quality and/or other potential impacts? The EA may also need to address other environmental issues such as water quality (e.g., airport runoff), wetlands (e.g., losses due to filling or loss of function), hazardous materials/wastes, cultural resources, and other potential impacts.

Several wetland sites in the proposed project area appear to be identified in the maps provided. Wetland impacts should be identified and measures taken to avoid, minimize, or mitigate the impacts. Coordination in this area should be pursued through the local U.S. Army Corps of Engineers District Office.

We were pleased to provide these preliminary comments. Should you have questions regarding them, feel free to contact Chris Hoberg of my staff for NEPA issues (404/562-9619) and Dr. Robert Goodwin in the EPA Air Planning Branch for specific air quality issues (404/562-9044).

Sincerely,

Heinz J. Mueller, Chief
Office of Environmental Assessment
Environmental Accountability Division