**EXHIBIT 15**

# Advisory Council On Historic Preservation

The Old Post Office Building
1100 Pennsylvania Avenue, NW, #809
Washington, DC 20004

NOV 1 3 2001

Ms. LaVerne Reid, Manager
Memphis Airports District Office
Federal Aviation Administration
3385 Airways Blvd., Suite 302
Memphis, TN 38116-3899

REF:  Kentucky TriModal Transpark
      Bowling Green-Warren County, Kentucky

Dear Ms. Reid:

The Council recently received the enclosed correspondence concerning the referenced project and its impacts on historic properties. We understand that this project, or portions thereof, may be assisted or approved by the Federal Aviation Administration (FAA). Your agency's involvement in this undertaking and the nature of the project's effect on historic properties may require that your agency obtain the comments of the Council in accordance with Section 106 of the National Historic Preservation Act and the Council's implementing regulations (36 CFR Part 800).

From the enclosed letter, it appears that the Kentucky TriModal Transpark Project will be developed in several phases, including the proposed development of a new airport. We would appreciate learning what role FAA has played in the project to date, its anticipated role, and the status of Section 106 compliance. We also would like to know whether FAA has taken a position regarding the scope of its environmental review responsibilities. It appears that a key issue is whether FAA's environmental review can be limited to the phase of the project directly related to the airport development, or whether other phases are integral to the airport development and thus must also be considered during review.

We appreciate your cooperation and look forward to receiving your reply. Should you have any questions, please contact Druscilla Null of our staff at (202) 606-8532 or by e-mail at dnull@achp.gov.

Sincerely,

Don L. Klima
Director
Office of Planning and Review

Enclosure