**EXHIBIT 19**

Housing and Community
Development Department

1017 College Street
Post Office Box 430
42102-0430



Telephone (270) 393-3000
Facsimile (270) 393-3223
www.bgky.org

Ms. Virginia Peck
Housing & Urban Development
601 W. Broadway
Louisville, KY 40202

Dear Ms. Peck:

The City of Bowling Green has conducted an evaluation of the FY2005 EDI-Special Projects Grant # B-05-SP-KY-0088, and has determined that the project is Categorically Excluded Not Subject to 24CFR Part 58.5, and, therefore, does not require an Environmental Review.

The funds will be used for the purchase of equipment for the South Central Kentucky Training Facility.

If you need any further information, please contact me at (270) 393-3658.

Sincerely,

Lisa Ryan
Grants Manager

EQUAL HOUSING OPPORTUNITY    EQUAL OPPORTUNITY EMPLOYER

TDD Number 1-800-545-1833 extension 330 (for the hearing/speech impaired only)

# FINDING OF CATEGORICAL EXCLUSION NOT SUBJECT TO 24 CFR PART 58.5

It is the finding of the City of Bowling Green, Kentucky, that the activities proposed in its grant number B-05-SP-KY-0088 application consist solely of activities categorically excluded from the environmental review requirements of NEPA and that these activities are not subject to 24 CFR Part 58.5 and related federal laws and regulations. The activities and the related authority for exclusion are listed below:

1. Purchase of Equipment

   Authority – 58.35 (b)(3)

_____   6-21-05
Certifying Official                Date

Our office is in receipt of a letter from the City of Bowling Green Kentucky, who is the Responsible Entity for the EDISP Grant B-05-SP-KY-0088. The letter includes the determination of Categorical Exclusion and Not Subject to the Laws and Authorities at 24 CFR part 58.35(b)(3) for the equipment purchase (as indicated below) for the Transpark Training Facility in Bowling Green, Kentucky. The City is the Responsible Entity for this project and their determination has satisfied the environmental grant condition.

Virginia Peck
Director, Kentucky Office of CPD
502-582-6163 ext. 200