**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

KARST ENVIRONMENTAL EDUCATION )
AND PROTECTION, INC., et al., )
                                             )
Plaintiffs                                 )
                                             )
v.                                           )
                                             )          CIVIL ACTION NO.
U.S. ENVIRONMENTAL PROTECTION )              05-CV-01190
AGENCY, et al.,                          )
                                             )
Defendants                               )
                                             )
INTER-MODAL TRANSPORTATION )
AUTHORITY, Inc. et al.             )
                                             )
Intervening Defendants            )                                    )

**\* \* \* \* \* \* \* \* \* \* \* \***

**ORDER**

This matter having come before the Court on FRCP 12(b)(1) and 12(b)(6) motions of Defendants, U. S. Environmental Protection Agency ("EPA") and the United States Department of Housing and Urban Development ("HUD"), referred to hereafter as "EPA/HUD Motion" and by the Defendant Tennessee Valley Authority ("TVA"), referred to hereafter as "TVA Motion" and by the Intervening Defendants, Inter-Modal Transportation Authority, Inc. ("ITA"), Fiscal Court of Warren County, Kentucky ("Warren County") and the Board of Commissioners of the City of Bowling Green, Kentucky ("Bowling Green"), referred to hereafter as "ITA Motion" and the Court having reviewed the pleadings in support thereof and in opposition, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that:

This Court finds and concludes that it has subject matter jurisdiction to hear Plaintiffs' claims for reason that there is sufficient showing of final agency action. The Court further finds that the Plaintiffs' Amended Complaint states a cause of action upon which the Court can grant relief; that Plaintiffs' claims are ripe for judicial

1

review, and that Plaintiffs have standing.  Further, Plaintiffs claims

against TVA are not moot.

THEREFORE, the Court OVERRULES the Motions to Dismiss by Defendants

EPA and HUD, by Defendant TVA, and by Intervening Defendants ITA, et. al.

SO ORDERED, this _____ day of _____, 2005.


_____
HON. RICARDO M. URBINA
JUDGE, UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA


Tendered by:

W. Henry Graddy, IV
KBA Bar No. 26350
W. H. GRADDY & ASSOCIATES
103 Railroad Street
P.O. Box 4307
Midway, KY 40347

And

David Bookbinder
D.C. Bar No. 455525
Sierra Club
408 C Street, NE
Washington D.C.  20002


D:\wp\ENV\KEEP, Inc\pleadings\order 9.27.05.doc