**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION ) | |
| AND PROTECTION, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| U.S. ENVIRONMENTAL PROTECTION ) | 05-CV-01190 |
| AGENCY, et al., ) | |
| ) | |
| Defendants. ) | |

* * * * * * * * * * * *

**NOTICE OF ADDITIONAL EXHIBITS TO MEMORANDUM IN OPPOSITION**
**TO MOTIONS TO DIMISS**

Plaintiffs' Memorandum in Opposition to Motions to Dismiss was hereby filed today through the Electronic Case Filing system. However, not all exhibits would fit as attachments in the original filing field and are attached to this notice. The index to all of the exhibits is contained as an attachment to the Memorandum.

                    Respectfully submitted:

                    s/David Bookbinder
                    D.C. Bar No. 455525
                    Sierra Club
                    408 C Street, NE
                    Washington, DC 20002
                    Tel: (202) 548-4598
                    Fax: (202) 547-6009
                    Email: david.bookbinder@sierraclub.org

Dated: September 27, 2005