# EXHIBIT 1

# AERIAL PHOTOS





5-17-04-Graham Springs to Barren

www.stoptranspark.org



# NO TRAN$PORK

What You Can Do | Frequently Asked Questions | Letters To Lawmakers | News | Area Map | Links | Sinkholes | Home

## Kentucky Transpark Cosma Magna Project :
## A Collapse of Environmental Common Sense

In February and March, 2004, the ITA in concert with Bowling Green city officials tossed three years of claims about "environmentally friendly" development out the window. The result: lawbreaking, cave collapse, flooding, and potential contamination of groundwater. The following photos document how they have ignored the National Environmental Policy Act, their expert consultants' advice, and "binding elements" for karst conservation. The spotlight is on Bowling Green for irresponsible environmental and economic injustice. They term it "fast track" construction. KEEP calls it crime. Judge for yourself. -- Roger Brucker



Aerial view looking west of KY Transpark Cosma/Magna project site covering 105 acres at the intersection of Hayes-Martin Rd. and U.S. 68-80. At the lower left are two dug out sinkholes or cave collapses marked with yellow flagging tape and showing evidence of rock filling. On the ground are three 20 foot lengths of metal drainage culvert of the kind used to line vertical injection wells to channel storm water into cave passages beneath the site. At the extreme right side of the photo half way between



top and bottom is the location of the initial large cave collapse, subsequent filling, and site contouring. Rainfall occurring during early March ponded in this area and was pumped into sinkholes and caves. Industrial buildings across Hayes-Martin Road (left to right) are in the industrial park owned by Jim Scott, road contractor. A building permit was applied for on March 8, 2004, three weeks after construction commenced without open burning permit, sinkhole modification permit, or required water and air quality permits. City officials term this unpermitted construction "fast track". KEEP Photo (c) 2004 by Guy Briggs. (PHOTO ID #178 086 2/28/04)

Close up view of unpermitted modified sinkholes or cave collapse areas termed "mushy spots" by the contractor at the KY Transpark Cosma/Magna site. Construction materials stockpiled for further sinkhole modifications include three lengths of 20 foot metal culvert and two rolls of membrane or geofabric to combat subgrade instability. Culverts are used in karst areas to conduct storm water runoff into sinkholes and into the caves beneath them. KEEP Photo (c) 2004 by Guy Briggs. (PHOTO ID #178 096)



Spoil pile of limestone rocks removed from modified sinkholes or cave collapses at the KY Transpark Cosma/Magna site. Pile is approximately 260 ft. x 70 ft. x 6 ft., or about 4,000 cubic yards. Rounded and eroded surfaces on the rocks were produced by solution from vertically flowing water being swallowed by caves. KEEP Photo (c) 2004 by Guy Briggs. (PHOTO ID #178 096 cropped)



Aerial view looking southeast of KY Transpark Cosma/Magna project site on Hayes-Martin Road (lower right), Bowling Green, KY. Dark ground in left foreground is the site of an initial cave collapse that was subsequently filled and contoured. Ponded rainfall runoff has since been pumped from this area into other sinkholes. Immediately above and slightly to the right are two modified sinkholes or cave collapses marked with yellow flagging tape. Six water filled sinkholes are seen in the southwest corner of the 105 acre site. Sedimentation can temporarily plug sinkholes, as those shown, but due to subgrade instability such ponds can be swallowed into caves without warning. Attempts to line sinkholes with membranes to convert them into storm water holding ponds sometimes fail due to subgrade instability or limited liner life. KEEP Photo (c) 2004 by Guy Briggs. (PHOTO ID #179 06)



Aerial photo of KY Transpark Cosma/Magna site prior to construction activities. The site is located on a 105 acre tract on the east side of Bowling Green, KY. Black and white photo shows numerous sinkholes as round circles. The site straddles a line extending from Plum Spring on the Barren River, through Grant Palmore Cave, Madison Road Landfill, Mill Cave, and Wolf Sink. Kentucky highway consultants have described this line as the main cave trunk passage draining the Graham Springs karst basin. If true, it means the unpermitted sinkhole modification debris and storm water pumping from the construction site will flow into the main underground river of the groundwater basin. USGS Photo.

**Make a contribution to KEEP for legal fees and education**

What You Can Do | Frequently Asked Questions | Letters To Lawmakers | News | Area Map | Links | Sinkholes
Contact Roger Brucker | Home

Designed & Hosted by
Unlimited Media