**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) CIVIL ACTION NO. ) 05-CV-01190 ) ) |
| Defendants. | ) |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF ADDITIONAL EXHIBITS TO MEMORANDUM IN OPPOSITION TO MOTIONS TO DIMISS**

Plaintiffs' Memorandum in Opposition to Motions to Dismiss was hereby filed today through the Electronic Case Filing system. However, not all exhibits would fit as attachments in the original filing field and are attached to this notice. The index to all of the exhibits is contained as an attachment to the Memorandum.

                                Respectfully submitted:

                                s/David Bookbinder
                                D.C. Bar No. 455525
                                Sierra Club
                                408 C Street, NE
                                Washington, DC 20002
                                Tel: (202) 548-4598
                                Fax: (202) 547-6009
                                Email: david.bookbinder@sierraclub.org

Dated: September 27, 2005