**EXHIBIT 6**

**Ozark UNDERGROUND LABORATORY**  1572 Aley Lane   Protem, MO 65733   (417) 785-4289   fax (417) 785-4290   oul@tri-lakes.net

March 4, 2002
FAX TO: 513-530-1278

Mr. Bob Arthur
Landrum and Brown, Inc.
11279 Cornell Park Drive
Cincinnati, OH 45242

RE: **Risk Analysis Sturdy, Proposed ITA Bowling Green, Kentucky Airport.**

Dear Mr. Arthur:

*[handwritten: Excerpt provided in Exhibit]*

Enclosed is a 14 page report on my investigations. I realize that the documentation is greater than either of us anticipated, but I think you will be able to derive the information you need. In preparing the material I became convinced that the level of explanatory information I have provided was necessary to support my conclusions relative to financial risk.

There is a major data gap in the ITA reports in that they do not consider whether or not the proposed airport would or could be located outside of the 100 year frequency flood plain. FAA policy dictates that such a location is necessary. Sinkhole plain areas such as the proposed airport area are characterized by having substantial amounts of areas within the 100 year floodplain. The ITA's implicit assumption of no flooding that would impact the airport has no validity whatever. In my opinion, our risk analysis cannot be completed until 100 year floodplain locations are identified and it is clear that an airport with federal funding could be built at the proposed location or one of the two identified alternates.

The following comments relate to the First Draft, February 2002 document for expert panel review.

Page 1, bottom two lines. Because of the flooding issue, pending the necessary data, the selected site may or may not be economically reasonable. My work indicates that some other project costs need to be increased.

Page 2, second full paragraph. The wording of this paragraph needs to be changed to remove the words "is not present". In addition, flooding is an environmental risk which, from a fiscal standpoint, may or may not be mitigatable at the proposed site. A determination of this issue must be determined during the risk analysis and cannot credibly be deferred until work for an Environmental Impact Statement.

1

*Water and Land Use Investigations*

Page 2, bottom paragraph. "The community views a commercial/industrial setting for the new airport as a positive factor to eliminate future noise, safety, and other potential complaints..." Recognize that a commercial/industrial setting increases groundwater contamination risks to the groundwater in an area which can impact federally listed endangered species. Increased runoff from commercial/industrial settings also increase the risk of airport flooding problems.

Page 6, fourth bullet. The developments will not necessarily be hydrologically compatible.

Page 6, basic project requirements. Need to include runway settings that are fully compatible with FAA policy, and specifically, outside of the 100 year floodplain. This needs to be done before we can complete the risk assessment.

Page 3 of Introduction. Notes on karst topography. This needs to be replaced with a more accurate description.

Karst is a three-dimensional landscape developed on and in a soluble rock unit where there is appreciable groundwater movement along preferential flow routes which have been dissolved out of the bedrock by groundwater. A few karst areas, such as the region in and around the proposed airport, are sinkhole plains where most or all of the water leaving the area moves through the groundwater system and discharges from a spring or springs which may be many miles away.

Karst areas commonly have unique environmental conditions which impact upon land use practices and construction activities. Groundwater contamination can occur readily in karst areas, and the subsurface commonly provides ineffective natural cleansing for contaminants which enter the ground. Some karst groundwater systems provide habitat for federally listed threatened and endangered species; the Kentucky Cave Shrimp is an example. Other karst groundwater systems are utilized by private and public water systems which lack any alternate water supplies. Many sinkhole plain areas are prone to flooding, especially when land use changes such as urbanization increase the quantity and rapidity of stormwater runoff. Land subsidence and catastrophic sinkhole collapses occur occasionally in some karst areas and commonly in other karst areas. These collapses can damage or destroy structures, rupture water and sewer lines, destroy impoundments, and sometimes introduce large quantities of pollutants into the groundwater system.

Approximately 20% of the United States is karst, and approximately 40% of the nation east of a line through Tulsa, Oklahoma is karst. Approximately half of Kentucky is karst. Many people live in karst areas, and much construction occurs in these areas. The sensitivity of karst areas to environmental problems varies dramatically, with areas around Bowling Green area among the more sensitive. Tailoring land use practices and developments to site-specific karst conditions is critical if natural resources, human health and safety, and man-made structures are to be protected.

2

I hope these comments are of help. I have now expended my budget, and the budget will need to be increased if I am to do any additional work.

I will send you a hard copy of this letter and the memo report by mail.

Sincerely,

*Tom Aley*

Tom Aley, President
Ozark Underground Laboratory, Inc.

F:\shared\tom\ita3.doc

3

As an illustration, page 6 of LawGibb report of February 2, 2001 recognizes that "any development plan must protect the primary surface connections of these flow-paths from impacts due to:
- Potential releases from planned underground utilities;
- Potential releases from surface sources;
- Siltation (soil in-filling) and loss of cross section due to construction activities; and
- Inundation due to excessive surface water inflow caused by change in surface cover and infiltration characteristics".

The surface connections of concern to LawGibb are karst features such as sinkholes.

Page 12 of the LawGibb's report says that significant "no build" buffer zones should be provided around any sinkhole or karst feature that is directly connected to any of the three trunk drainage conduit routes (as shown on the Quinlan and Ray [1989] map). They further state that "no build buffer zones" are expected to be 250 to 500 feet around the karst features.

The karst groundwater system in the proposed airport area is a semi-dendritic system of natural underground conduits which have been dissolved out of the limestone by passing groundwater. The underground conduits generally converge in a downgradient direction, but reversals in flow directions and divergent flow in some conduits should be anticipated under some conditions (Quinlan and Ewers, 1981). Of critical importance is the fact that the conduits do not provide effective natural cleansing for the waters which pass through them, and conduits which may exist in one of the mapped flow routes are neither more nor less prone to contaminant introduction and transport than are conduits located more distant from one of the mapped flow routes.

A major consideration that the ITA consultants used for locating the proposed airport was to keep runways and other structures away from any of the flow routes shown on the Quinlan and Ray (1989) map. As indicated above, this strategy has neither technical credibility nor technical merit. Furthermore, if "no build buffer zones" of 250 to 500 feet were to be established around the karst features which directly connect with the underground drainage conduits (as suggested in the LawGibb report), the vast majority of the proposed airport site would be in buffer zones and no runway could be threaded through the assemblage of buffer zones.

The entire proposed airport area poses potential water quality threats to the groundwater system and to aquatic life dependent upon that water. The use of buffers around sinkholes in the area is not a viable strategy since it would preclude the construction of a runway. The most viable alternate strategy is to ensure that all waters derived from non-vegetated surfaces and entering the groundwater system are of adequate quality for protecting the aquatic fauna in the groundwater system and for protecting the aquatic fauna in Barren River downstream of Graham Springs (which drains the proposed airport area).