EXHIBIT 7

# 1998-2000

# Budget of the Commonwealth

# Surplus Expenditure Plan
# Budget Reserve Trust Fund

# Statewide Infrastructure and Endowment Fund
## Statewide Infrastructure Fund

| | Fiscal Year 1997-1998 | Fiscal Year 1998-1999 | Fiscal Year 1999-2000 |
|---|---|---|---|

### 023 Four Rivers Center - Paducah

The Four Rivers Center is a multi-purpose cultural and educational facility to be constructed in downtown Paducah, featuring a world-class performance hall (2,000 seats), space for educational programs, and civic activities. It is projected to serve a 50-mile area around Paducah for the next 50 years. It will host Broadway shows, touring shows, national entertainment acts, and fine arts performances. Non-performing events (corporate seminars, receptions, graduations, lectures) will outnumber performances.

|  | $12,000,000 | |
|---|---|---|
| Bond Fund | | $12,000,000 | |

### 024 Bowling Green - Warren County Airport

This will provide seed money for development of a state-of-the-art regional intermodal industrial park serving the Barren River ADD counties (Warren, Barren, Edmonson, Hart, Simpson, Metcalfe, Grayson). As envisioned, and following successful trends established in Ft. Worth, Texas, and Fayetteville, Arkansas, this will combine air, rail, and highway transport systems with an industrial park site enabling cross-country transport in the most efficient manner. The facility requires a 5,000-6,500 foot air strip (eventually expanded to 10,000 feet). The site is located within three miles of I-65, ten miles of the Cumberland Parkway, and adjacent to existing rail. Federal Express has three flights daily from Bowling Green, with plans to expand hub activities. It is expected that the project will access FAA funds eventually.

|  | | $6,000,000 | |
|---|---|---|---|
| Bond Fund | | | $6,000,000 | |

### 025 Artisans Center - Berea

Grant funds are provided for construction of a statewide Artisans Center in Berea at a total cost of $14 million in order to promote economic development, education and tourism. The proposed location on I-75 will include a retail sales, visitors' and education center, an artisan support center, and a transportation system.

|  | | $6,000,000 | |
|---|---|---|---|
| Bond Fund | | | $6,000,000 | |