EXHIBIT 8

# MINUTES of REGULAR MEETING
## of the BOARD of COMMISSIONERS
## of the CITY of BOWLING GREEN, KENTUCKY
### held OCTOBER 19, 2004

The Board of Commissioners of the City of Bowling Green, Kentucky met in regular session in the Commission Chamber of City Hall, Bowling Green, Kentucky at 7:00 p.m. on October 19, 2004. Mayor Sandy Jones called the meeting to order. An invocation was given by Police Chaplain Mike Holian, and all present recited the Pledge of Allegiance. City Clerk Katie Schaller called the roll, and the following members were present: Commissioner Joe W. Denning, Commissioner Dan Hall, Commissioner Alan Palmer, Commissioner Jim Bullington and Mayor Sandy Jones. Absent: none. There was a full quorum of the Board of Commissioners.

## PROCLAMATION

Mayor Jones announced that the month of October 2004 was proclaimed "Hire a Veteran Month" and she encouraged all businesses to provide employment opportunities to those who have served in the Armed Forces.

## PUBLIC COMMENTS

Mayor Jones opened the floor for any public comments. Gayla Cissell, City of Oakland resident and opponent to the Kentucky Tri-Modal Transpark development, provided copies of a letter dated August 20, 2004 from Deputy General Counsel Elizabeth S. Merritt of the National Trust for Historic Preservation to Dave Harmon, Division of Environmental Analysis, Kentucky Transportation Cabinet regarding the proposed I-65 to US 31W Connector. Ms. Cissell also re-addressed concerns which she first raised at the May 18, 2004 Board of Commissioners meeting regarding the indemnity of Magna against unknown potential liabilities. She wanted the Board to be aware of her research on this matter.

## REMOVAL OF ITEM FROM AGENDA

Mayor Jones stated that she was withdrawing from the agenda Item #8, Resolution No. 2004 – 3 expressing support of the Marriage Amendment to the Kentucky Constitution on the November 2, 2004 ballot, since the Commission wanted more time to review the issue prior to its consideration.

## ✻ PRESENTATION ✻

Jim Hizer, Bowling Green Area Chamber of Commerce President/CEO and Inter-Modal Transportation Authority (ITA) President, stated that economic development efforts have been combined under one umbrella as the Chamber and ITA are sharing in those responsibilities. Allen Heidel, ITA Operations Director, presented an update on the Kentucky Tri-Modal Transpark development. He showed a virtual video being used as a marketing tool which provided a glimpse into the proposed development, including infrastructure design and layout. Mr. Heidel also described the proposed design of the Technology School to be built for use by the businesses located at the Transpark, as well as for the general public. Mr. Hizer stated that although funding has been held up at the state level, they will proceed with construction of the  as planned. Mr. Heidel

*Note: Minutes are a summary of the discussions; a video tape of this entire meeting is maintained by the Office of City Clerk.

*(Minutes-Board of Commissioners-October 19, 2004)*

mentioned that the ITA offices are now located at the Transpark site and an open house is being planned.

In response to a question by Jim Duffer of 516 Chestnut Street, Mr. Hizer stated that an airport is part of a long-term development plan for the Transpark, but that it was under the direction of the Bowling Green-Warren County Airport Manager Rob Barnett.

### CITY MANAGER

City Manager Charles W. Coates requested the addition of a late-filed annexation ordinance to the agenda. Motion was made by Palmer and seconded by Hall to add Ordinance No. BG2004 - 53 to the agenda for consideration. With no discussion, Jones called for roll call vote.

ROLL CALL:        Voting Yea:  Denning, Hall, Palmer, Bullington and Jones

Voting Nay:  None

Motion to add Ordinance No. BG2004 - 53 to the agenda was approved by unanimous vote.

Coates provided a brief follow up on information regarding the LifeSkills matter as discussed at the last meeting of the Board. He indicated that most of the research was complete, but that some information was still being gathered.

In addition, Coates stated that he was withdrawing from the agenda Item #9, Municipal Order No. 2004 –251 authorizing an agreement with Richard Rector to perform certain duties for the City, and Item #11, Municipal Order No. 2004 –253 approving the promotion of Alice A. Burks to Housing and Community Development Director.

Finally, Coates requested a special meeting of the Board of Commissioners at 7:00 p.m. on Tuesday, November 9, 2004 for the purpose of a work session to discuss the involvement of State Historic Preservation with downtown redevelopment projects.

### APPROVAL OF MINUTES

Minutes of Regular Meeting October 5, 2004

Minutes of the above-referenced meeting were distributed to the Board of Commissioners with the Agenda for their review. Motion was made by Palmer and seconded by Hall to approve said minutes as written. Mayor Jones asked for discussion, and with none, a roll call vote was taken.

ROLL CALL:        Voting Yea:  Denning, Hall, Palmer, Bullington and Jones

Voting Nay:  None

Motion to approve the minutes of the regular meeting of October 5, 2004 was approved by unanimous vote.

### ORDINANCE NO. BG2004 – 49
(First Reading)
ORDINANCE REZONING REAL ESTATE

ORDINANCE REZONING A TRACT OF LAND CONTAINING 3.714 ACRES FROM RM-3 (MULTI-FAMILY RESIDENTIAL) TO RM-4 (MULTI-FAMILY RESIDENTIAL) LOCATED AT 1114