**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., et al., ) ) ) Plaintiffs, ) ) v. ) ) U.S. ENVIRONMENTAL PROTECTION ) AGENCY, et al., ) ) Defendants. ) | CIVIL ACTION NO. 05-CV-01190 |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF ADDITIONAL EXHIBITS TO MEMORANDUM IN OPPOSITION TO MOTIONS TO DIMISS**

Plaintiffs' Memorandum in Opposition to Motions to Dismiss was hereby filed today through the Electronic Case Filing system. However, not all exhibits would fit as attachments in the original filing field and are attached to this notice. The index to all of the exhibits is contained as an attachment to the Memorandum.

Respectfully submitted:

s/David Bookbinder
D.C. Bar No. 455525
Sierra Club
408 C Street, NE
Washington, DC 20002
Tel: (202) 548-4598
Fax: (202) 547-6009
Email: david.bookbinder@sierraclub.org

Dated: September 27, 2005