**EXHIBIT 11**



| | Commonwealth of Kentucky | |
|---|---|---|
| James C. Codell, III<br>Secretary of Transportation | **Transportation Cabinet**<br>Frankfort, Kentucky 40622 | Paul E. Patton<br>Governor |
| Clifford C. Linkes, P.E.<br>Deputy Secretary | September 23, 2003 | |

Mr. Keith O'Neil, Program Manager
MAGNA Cosma Structural System
U251 Project Team
Project Office at Modatek Systems
400 Chisholm Drive
Milton, Ontario, Canada L9T5V6

Dear Mr. O'Neil:

    The Transportation Cabinet has selected the professional engineering firm, Qk4 of Louisville, Kentucky to perform services necessary to provide connection between I-65 and US 31W in northern Warren Co and provide interstate access to the Transpark industrial facility. Our professional consultant is contracted to deliver the required environmental document, construction plans, purchase the right of way, and coordinate the relocation of utilities. We have had a partnering conference involving the different stakeholders including the regulatory resource agencies in order to explain the Cabinet's desire to fast track this project. We are holding a public meeting in early October in the Bowling Green area explaining the proposed project. We are committed to deliver the construction of this project within a two-year time frame through cooperation of the FHWA, federal and state resource agencies.

    We want to welcome you to Warren County and the State of Kentucky and look forward to working with your firm on delivering a successful project.

Sincerely,

Kenneth R. Sperry
Deputy State Highway Engineer
Project Development

KRS/ln

# KENTUCKY TRANSPARK

February 18, 2004

The Honorable Mitch McConnell
361-A Russell Senate Office Building
Washington, DC 20510

Dear Senator McConnell:

I would like to start out by saying thank you for your overwhelming support over the past year. You have truly been a vital part of the Transpark's progress and we are extremely grateful.

In speaking with LeAnn Boling, she informed me that any request for 2005 Appropriation funding assistance for the Kentucky Transpark should be submitted to your office in a timely manner. Accordingly, I have developed the following list of our needs for your consideration:

| Project | Cost |
| --- | --- |
| 1. Street Lighting | $ 250,000 |
| 2. Storm Drainage System | $ 750,000 |
| 3. Signage and Native Landscape | $ 250,000 |
| 4. Sewer Infrastructure | $1,000,000 |
| 5. Automated Systems Equipment Lab | $ 750,000 |
| 6. CNC/Robotics Equipment Lab | $ 500,000 |
| 7. 21st Century Technology Training Program | $ 500,000 |

[handwritten annotation bracketing items 5-7: "Technical Training Center"]

During the past six years we have worked hard to move the Transpark project forward in a timely and environmentally responsible manner. As you know, our first tenant for the Transpark, Magna International, was announced in December of last year. Bowling Green Metalforming, as the facility will be named, is a tremendous corporate citizen that will employ up to 1100 employees with an investment of $212 million into the community. They have begun work on their property and production is expected to begin in 2005.

2325 Airway Court, Suite C
Bowling Green, KY 42103
Phone: 270.393.8482
www.kentuckytranspark.org

The Honorable Mitch McConnell
Page 2
February 18, 2004

    Another exciting announcement for the park is the on-site training center. Governor Fletcher has included $5.5 million in his 2005 budget for the center that will be a joint partnership between Kentucky Community and Technical College and Western Kentucky University. The center will provide customized work force training and technical services to meet the needs of newly created, existing, or expanding regional businesses.

    Our board of directors, with regional representatives from six counties in South Central Kentucky, has consistently made sound business decisions, which have resulted in the following accomplishments:

- Revised industrial park Business Plan
- Completed zoning actions and City annexation ordinances on 672.20 acres
- Established Transpark as Local Only Development District and Tax Increment Financing District – The first to utilize the 2002 Enacted State Legislation
- Land acquisition of 900 acres – 132 of which have been sold to Magna International
- Groundbreaking Ceremony for the Transpark held in August 2003 with nearly 1000 in attendance including Federal, State and Local elected representatives
- Collaborating with Mammoth Cave on the reintroduction of native plant species into the Transpark landscaping plan
- Coordinating with The State Transportation Department on the "New interchange and limited access highway connecting to US 31W"
- Approximately $18 million in Revenue Bonds have been issued
- Initial construction of the Transpark will begin in the coming months
- Planning of the on-site training center has begun

    We have now progressed to the point where we see the vision becoming a reality and continued funding assistance from the federal government is essential to keep the project moving forward in a timely manner. We appreciate your consideration of our request and we will continue to work hard to build a better future for all Kentuckians.

Very Respectfully,

Jim Vance
President

JV:td
cc: Brytt Brooks
    LeAnn Boling
    Mike Buchanon
    Sandy Jones