EXHIBIT 14



**United States Department of the Interior**

NATIONAL PARK SERVICE
Mammoth Cave National Park
P.O. Box 7
Mammoth Cave, Kentucky 42259-0007



RECEIVED
MAY 0 7 2001
BY:

IN REPLY REFER TO:

L7621

May 2, 2001

Inter-Modal Transportation Authority, Inc.
2325 Airway Court, Suite C
P.O. Box 2001
Bowling Green, Kentucky 42102-6001

Dear Sirs:

We have reviewed the draft "Environmental Assessment for the Proposed Airport, Kentucky TriModal Transpark" dated February 21, 2001 and have developed the following comments for consideration by the Inter-Modal Transportation Authority, Inc. We request that these comments be added to the official record of the May 8, 2001, hearing on environmental issues for the proposed Kentucky TriModal Transpark.

It has been documented in news media reports, and in Inter-Modal Transportation Authority, Inc. documents, that the need for the proposed airport has not been demonstrated to the satisfaction of the Federal Aviation Administration. Therefore, the Federal Aviation Administration has not formalized a sponsorship agreement with the Inter-Modal Transportation Authority, Inc. and its consultants for preparation of environmental documents.[1] The project does not appear to be a federal action at this time; however, it is the stated intent for the Kentucky TriModal Transpark to become a federal project in the future. It is on that basis Mammoth Cave National Park is providing comments on what otherwise is a non-federal project. In addition, Mammoth Cave National Park is commenting in response to Inter-Modal Transportation Authority, Inc.'s request for public review and comments by interested parties.

We feel that there is a very strong need for the Inter-Modal Transportation Authority, Inc. to state specifically whether it will meet all or just some Federal Aviation Administration environmental compliance guidelines, including compliance with the National Environmental Policy Act (NEPA). In earlier documents, the Inter-Modal Transportation Authority, Inc. stated its intent to fully meet all environmental compliance requirements. This commitment appears now to be greatly reduced. The Draft Environmental Assessment states repeatedly that the Inter-Modal Transportation Authority, Inc. will adhere to Federal Aviation Administration environmental compliance requirements to "the greatest extent possible" or "in the spirit of the

---

[1] (FAA Order 5050.4A and other FAA guidance details procedures related to sponsor and third party involvement in FAA environmental compliance processes).

NEPA process." These statements, combined with a number of major shortcomings in the current level of analysis and consideration of environmental impacts, indicate that the Inter-Modal Transportation Authority, Inc. intends to proceed with the proposed Kentucky TriModal Transpark with a level of environmental review that is substantially less than full compliance with applicable requirements. We suggest the that Inter-Modal Transportation Authority, Inc. clarify how it plans to meet environmental compliance requirements both now and in the future when the project becomes a federal action under the auspices of either the Federal Aviation Administration or the Federal Highway Administration. If the Inter-Modal Transportation Authority, Inc. intends to meet only a portion of environmental compliance requirements, then we request a specific listing of the areas that it intends to comply with, along with a list of the areas with which it does not intend to comply.

The principal protection provided by environmental laws and regulations is the requirement that environmental analysis is completed before decisions are made. For the proposed Kentucky TriModal Transpark, it is evident that decisions have already been made, and compliance with environmental requirements has not been completed. Continuing along a decision-making path that is much less than required could make it impossible for the Federal Aviation Administration to conduct an environmental review in the future that meets legal requirements. Our principal recommendation to the Inter-Modal Transportation Authority, Inc. is that it should immediately suspend decision making and commit to the preparation of an Environmental Impact Statement in full adherence with Federal Aviation Administration environmental compliance guidelines. An Environmental Impact Statement is the best mechanism to ensure that decisions are made with full consideration of all environmental issues.

Over the past few years, the Inter-Modal Transportation Authority, Inc. and its consultants have asked for and Mammoth Cave National Park has provided information on potential environmental and resource issues. Mammoth Cave National Park is willing to continue providing this assistance. When the project does become a federal action, Mammoth Cave National Park intends to make a formal request to the Federal Aviation Administration to be included as a "cooperating agency" in development of their environmental documents for the project. This can happen when a sponsorship agreement for preparation of an Environmental Impact Statement is developed.

In the following paragraphs, we summarize some of the specific areas in the Draft Environmental Assessment that are inadequately addressed. In our view, all of these areas should be fully and appropriately considered through the full Environmental Impact Statement process.

Air Quality

Potential air quality impacts for the airport and the business and industrial component of the project have not been analyzed. Mammoth Cave National Park is classified as a mandatory Federal Class I area under the Clean Air Act, as amended in 1977 and 1990, and is afforded the greatest degree of protection from increased air pollution. Mammoth Cave National Park is currently exceeding the 8-hour ozone National Ambient Air Quality Standard and we believe emissions from this project will exacerbate existing air quality conditions. Federal Aviation Administration Order 5050.4 provides for an air quality analysis in cases where industrial

development is contemplated in conjunction with airport development. The Inter-Modal Transportation Authority, Inc. should perform emissions and dispersion modeling to evaluate the impacts of the total project on Mammoth Cave National Park and associated air quality related values. The Emissions and Dispersion Modeling System developed jointly by the Federal Aviation Administration and the United States Air Force to assess air pollution emitted from civilian airports and military air bases should be used.[2] The model produces an emissions inventory of all airport emission sources and calculates concentrations produced by these sources at specified receptors within 50 kilometers of the project. The Emissions and Dispersion Modeling System input should include emissions from mobile, area, stationary, and aircraft operations associated with the project. In this manner, the environmental analysis model would estimate how the proposed project would change air quality in the region, including within Mammoth Cave National Park.

Groundwater Quality
The water quality analysis is similarly insufficient in the Draft Environmental Assessment. The effects and mitigation strategies related specifically to toxic de-icers are not discussed. The analysis should assume that all sinkholes on the site are inputs or tributaries for the major groundwater conduits. There should be no inference, based on lines drawn on maps that are intended only to indicate in a theoretical way the general pattern of groundwater flows, that any alignment on this site can avoid these conduits and therefore avoid effects on groundwater. The Draft Environmental Assessment does not contain any evidence that Fish and Wildlife Coordination Act procedures have been completed related to possible effects on groundwater or wetlands.

Cultural Resources
There is no evidence that the requirements of the National Historic Preservation Act have been met. There is no statement that the State Historic Preservation Officer has reviewed and concurred with the Inter-Modal Transportation Authority, Inc. plans in regard to survey and mitigation strategies. Nor is there discussion about plans to comply with the Native American Graves and Repatriation Act related to any human remains that might be found. The Draft Environmental Assessment does not include the required commitment to halt construction if resources are uncovered.

Endangered Species
The recovery plan for the Kentucky Cave Shrimp identifies the maintenance of adequate water quality as essential for the protection and recovery of the species. We have previously questioned the survey methodology used in the biological assessment (as provided by Wilbur Smith & Associates and their subcontractor), and we believe that surveys for the Kentucky Cave Shrimp did not use appropriate methods.

Information related to groundwater flow routes is lacking in detail. Current scientific data shows there may be a hydrologic connection from the project site to the groundwater basins within Mammoth Cave National Park that are critical habitat for the Kentucky Cave Shrimp. If the Kentucky Cave Shrimp is present in the Graham Springs system and/or if there is an interchange

---

[2] (40 CFR Chapter 1, Part 51, Appendix W)

of waters between basins, then the appropriate conclusion is that the project would likely adversely effect this species. We believe that consultation with the U.S. Fish and Wildlife Service related to compliance with the Endangered Species Act is required for this project. There is no evidence that consultation with the U.S. Fish and Wildlife Service has been completed related to Federal threatened or endangered species. The Draft Environmental Assessment also does not currently meet the requirements of Executive Order 13186 related to migratory birds.

Flight Path and Noise Impacts
The Draft Environmental Assessment states that the flight path will not be directly over Mammoth Cave National Park. However, the Draft Environmental Assessment does not address the impacts on the park related to incidents in which individual pilots may vary from the prescribed flight path and fly over the park. Nor does the Draft Environmental Assessment speak to preservation of the soundscape within Mammoth Cave National Park as an environmental value to be preserved. It is not clear the extent to which aircraft noise from the proposed flight path will be heard in Mammoth Cave National Park.

Project Size and Scope
The current Draft Environmental Assessment description of the scope and size of the proposed project is flawed because it does not include or consider the total project. All development on the site should be included in the environmental analysis. The type(s) of commercial development that would be acceptable or unacceptable have not been described or considered in the environmental analysis. The effects of potential highway modifications and rail link connections have also not been discussed. Council on Environmental Quality regulations and Federal Aviation Administration guidelines require the total project to be considered.

Cumulative Effects
Cumulative effects are not evaluated or considered. Federal Aviation Administration guidelines require consideration of cumulative effects including highways, population shifts, and induced social and economic factors. Again, the entire project size and scope needs to be evaluated for cumulative effects and not just the air park portion. Specific examples cited in Federal Aviation Administration guidance are land acquisition, future runway extension, and road relocation when the road needs to be moved to accommodate the extension.

Real Alternatives
The alternatives in the Draft Environmental Assessment do not comply with regulations issued by the Council on Environmental Quality. The proposal and alternatives should be developed in detail and in a comparative way so that decision-makers and the public can clearly understand the basis for choice among options by the decision-makers. The consideration of different configurations of the same level of development on the same site does not meet the requirement of analyzing real alternatives. From a review of the Inter-Modal Transportation Authority, Inc.'s site-selection analysis publications, the decision to proceed with the yellow site appears to have been made primarily on the basis of various cost and technical feasibility factors with a minimal amount of consideration given to weighing the specific environmental effects at various locations. The environmental analysis provided to the Inter-Modal Transportation Authority.

4

Inc. by its consultants in its working papers is described as being cursory, with the recommendation that a full Environmental Impact Statement is needed.

In summary, we feel that Inter-Modal Transportation Authority, Inc. has already made decisions to implement a course of action without adequately considering the environmental consequences. The Inter-Modal Transportation Authority, Inc. has begun to implement a course of action before the May 8, 2001, public hearing and before finalizing the Draft Environmental Assessment. In short, preparation of this Draft Environmental Assessment is of limited value. The extent of the environmental impacts associated with the proposed Kentucky TriModal Transpark are not presently known or adequately documented in a number of areas. Thus, it is not known to what extent the project will cause significant environmental impacts. Federal Aviation Administration approval in the future will hinge upon a complete EIS. To proceed otherwise undermines the environmental compliance process and the future viability of the entire project.

It is our view that the current Draft Environmental Assessment has multiple shortcomings and that a much more comprehensive level of environmental analysis is required, i.e., an Environmental Impact Statement. Although the proposed Kentucky TriModal Transpark is not yet a federal action, we strongly feel that the public would be best served with full adherence to federal requirements. We expect that the Inter-Modal Transportation Authority, Inc., in conjunction with the Federal Aviation Administration and any other Federal Agency making decisions related to this project, would adequately address the effects on Mammoth Cave National Park.

Sincerely,

Ronald R. Switzer
Superintendent



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
446 Neal Street
Cookeville, TN 38501

November 20, 2000

Ms. Caroline B. Ammerman
Senior Environmental Planner
Wilbur Smith Associates, Inc.
6600 Clough Pike
Cincinnati, Ohio  45244-4028

Re: FWS #01-0220

Dear Ms. Ammerman:

Thank you for your letter and enclosures of October 12, 2000, regarding the proposal to prepare a Site Master Plan and environmental assessment for the proposed Kentucky TriModal Transpark in Warren County, Kentucky.  The Fish and Wildlife Service (Service) has reviewed the information submitted and offers the following comments.

On July 26, 2000, the Service responded to a proposed study plan prepared by Commonwealth Technology, Incorporated, to investigate potential impacts to fish and wildlife resources resulting from the proposed development.  Our recommendations were for: (1) complete botanical surveys to cover habitat types potentially containing three different endangered and threatened plant species, (2) an assessment of the recharge zones on the project site and a survey of the stream in Mill Cave, (3) an assessment of potential effects to the threatened bald eagle and the potential conflicts between air traffic and large raptors that occur in the vicinity of Mammoth Cave National Park, and (4) potential impacts to the other resources at the Park.  Additionally, we recommended protocols for sampling water quality.

Based on review of the preliminary information received from you and from Commonwealth Technology, we reiterate our concern for the potential impacts of the proposed development to fish, wildlife, and other resources.  Examination of the Bristow quadrangle indicates that the project site contains numerous sink holes and karst depressions, many of which may be connected to each other, and possibly to those miles away, by underground passages.  These cave ecosystems are sensitive systems that are easily disturbed or destroyed and take years to recover from disturbance. Construction of a major air park on such a site would, in our opinion, be problematic and could cause irreparable damage to unique underground resources.  Siting of an air park and industrial park in that area would increase runoff into subterranean waterways; such runoff would likely contain pollutants such as petroleum, oil, grease, de-icers, solvents, detergents, and other materials that could result in

significant adverse impacts to the underground waters and the fauna inhabiting them. Covering or filling in depressions and sink holes could alter micro-climatic conditions in the caves below, adversely affecting sensitive species.

Furthermore, although the proposed air park would be located approximately 10 miles from Mammoth Cave National Park, we believe that there would be a potential collision hazard between aircraft approaching and departing the facility and large raptors that are known to occur in and around the Park. Aircraft maneuvering on approach or after taking off could also potentially disturb nesting raptors at particularly important times during the nesting season, resulting in nest failure or abandonment of nests.

Therefore, we recommend that the environmental assessment prepared for this project address the issues described above and include alternatives and/or protective measures which would result in avoidance of potential adverse impacts to the fish and wildlife resources in the project area and to Mammoth Cave National Park. Please note that compliance with the provisions of the National Environmental Policy Act does not constitute fulfillment of consultation obligations under the Endangered Species Act.

Thank you for the opportunity to comment on this project. If you have any questions, please contact Jim Widlak of my staff at 931/528-6481, ext. 202.

Sincerely,

Lee A. Barclay, Ph.D.
Field Supervisor

xc:    Superintendent, Mammoth Cave NP, KY
       Safety Program Manager, Federal Aviation Administration, Louisville, KY