**EXHIBIT 16**



*Preserving America's Heritage*

January 21, 2004

Mr. Jose Sepulveda
Division Administrator
Federal Highway Administration
330 West Broadway
Frankfort, KY 40601

REF: Proposed TriModal Transpark, Warren County, Kentucky

Dear Mr. Sepulveda:

We have received a letter from the Mayor and a Commissioner of the City of Oakland, Kentucky (copy enclosed) that expresses their concern that the referenced project, which is receiving assistance from the Federal Highway Administration, is moving forward prior to completion of the historic preservation review process set out in Section 106 of the National Historic Preservation Act. As you may know, the National Historic Preservation Act and the ACHP's regulations ("Protection of Historic Properties" 36 CFR Part 800) require the Federal agency with authority over an undertaking to "take into account" the effects of the project on properties on or eligible for the National Register of Historic Places, and afford the ACHP a reasonable opportunity to comment on the undertaking. The ACHP's regulations set forth this process, whereby the Federal agency works with the State Historic Preservation Officer (SHPO) and others to identify historic properties within the project area, determine effects to any historic properties, and, if necessary, request ACHP comment on appropriate mitigation measures that will be implemented to preserve the historic significance of the properties.

So that we may inform the Mayor and Commissioner, we would appreciate your looking into this matter at your earliest convenience, and notifying us of your findings.

We thank you for your attention to this matter. If you have any questions, please do not hesitate to call Dr. Tom McCulloch at 202-606-8554.

Sincerely,

Don L. Klima
Director
Office of Federal Agency Programs

Enclosure

ADVISORY COUNCIL ON HISTORIC PRESERVATION

1100 Pennsylvania Avenue NW, Suite 809 • Washington, DC 20004
Phone: 202-606-8503 • Fax: 202-606-8647 • achp@achp.gov • www.achp.gov

cc:

Mayor Bill Mansfield
P.O. Box 122
Oakland, KY 42159

Commissioner Gayla Cissell
P.O. Box 106
Oakland, KY 42159

National Trust: Betsy Merritt

SHPO: KY
FLO:   FHWA

FILE: KY/TRIMODAL TRANSPART/FHWA/INVESTIGATION LETTER

EXISTING FILE

TMc



*Preserving America's Heritage*

January 21, 2004

Ms. LaVerne Reid
Federal Aviation Administration
3385 Airways Blvd.
Suite 302
Memphis, TN 38116

REF:  Proposed TriModal Transpark, Warren County, Kentucky

Dear Ms. Reid:

We have received a letter from the Mayor and a Commissioner of the City of Oakland, Kentucky (copy enclosed) that expresses their concern that the referenced project, which is receiving assistance from the Federal Highway Administration and Federal Aviation Administration is moving forward prior to completion of the historic preservation review process set out in Section 106 of the National Historic Preservation Act. As you may know, the National Historic Preservation Act (NHPA) and the Council's regulations ("Protection of Historic Properties" 36 CFR Part 800) require the Federal agency with authority over an undertaking to "take into account" the effects of the project on properties on or eligible for the National Register of Historic Places, and afford the ACHP a reasonable opportunity to comment on the undertaking. The ACHP's regulations set forth this process, whereby the Federal agency works with the State Historic Preservation Officer (SHPO) and others to identify historic properties within the project area, determine effects to any historic properties, and, if necessary, request ACHP comment on appropriate mitigation measures that will be implemented to preserve the historic significance of the properties.

On November 28, 2001, you wrote to us stating that the FAA had not made a decision to prepare any environmental documentation on the project. It would appear from the enclosed letter that this project is moving forward; so that we may inform the Mayor and Commissioner, we would

ADVISORY COUNCIL ON HISTORIC PRESERVATION

1100 Pennsylvania Avenue NW, Suite 809 • Washington, DC 20004
Phone: 202-606-8503 • Fax: 202-606-8647 • achp@achp.gov • www.achp.gov

appreciate an update of any involvement your agency has in this project, and if so, the status of compliance with Section 106 of the NHPA.

We thank you for your attention to this matter. If you have any questions, please do not hesitate to call Dr. Tom McCulloch at 202-606-8554.

Sincerely

[signature]

. Klima
Director
Office of Federal Agency Planning

Enclosure

Cc

Mayor Bill Mansfield
P.O. Box 122
Oakland, KY 42159

Commissioner Gayla Cissell
P.O. Box 106
Oakland, KY 42159

SHPO: KY

National Trust: Betsy Merritt

FILE: KY/TRIMODAL TRANSPART/FHWA/INVESTIGATION LETTER

EXISTING FILE