**EXHIBIT 17**




...TECTION AGENCY
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GEORGIA 30303-8960

OCT 1 3 2004

Mr. Jose Sepulveda
Division Administrator
Federal Highway Administration
U.S. Department of Transportation
330 West Broadway
Frankfort, Kentucky 40601

Dear Mr. Sepulveda:

Thank you for your September 13, 2004, letter concerning the Kentucky TriModal Transpark that is being developed by the Inter-Modal Transportation Authority, Inc. You requested any information pertaining to the Environmental Protection Agency's (EPA) involvement in this project.

Included in EPA's Fiscal Year 2004 Appropriations Act is a line item for $1,928,600 to the Inter-Modal Transportation Authority of Bowling Green, Kentucky for Water and Sewer Improvements at the Kentucky TriModal Transpark. We understand that minor development in the Transpark has already occurred, utilizing presently existing water and sewer lines that are restricted in size. Further development of the Transpark will be very limited without the expansion of essential water and sewer infrastructure for which EPA is providing funding. We understand that, for practical purposes, the Warren County Water District will be handling this grant on behalf of the Inter-Modal Transportation Authority. The Warren County Water District is presently working on the grant application and workplan. We will review all environmental information documents required to be submitted to us by the grantee and make a determination at that point whether to proceed with a Finding of No Significant Impact or require an Environmental Impact Statement.

We appreciate your desire to protect and preserve the environment so that the Kentucky TriModal Transpark Project may progress in a manner that may be of benefit to all Kentuckians, while, at the same time, properly address citizen concerns. We wholeheartedly agree that our agencies should coordinate efforts in performing the environmental review and evaluation of all aspects of the planned Transpark. Members of my staff who will be involved in the project include:

    Mr. Jim Adcock, Environmental Reviewer
    Grants and Technical Assistance Section
    Water Management Division
    (404) 562-9248

2

Mr. Mario Machado, Project Officer
Grants and Technical Assistance Section
Water Management Division
(404) 562-9338

Ms. Dorothy Rayfield, Supervisor
Grants and Technical Assistance Section
Water Management Division
(404) 562-9278

Our agency will also coordinate the review and administration of this project with:

Mr. Bill Chlebowy, Supervisor
Municipal Planning Section
Kentucky Division of Water
Kentucky Environmental and Public Protection Cabinet
Frankfort, Kentucky 40601
(502) 562-3410

Ms. Donna Marlin, Supervisor
Drinking Water Branch
Kentucky Division of Water
Kentucky Environmental and Public Protection Cabinet
Frankfort, Kentucky 40601
(502) 562-3410

We look forward to working with your agency on this project. If I may be of further assistance, please feel free to contact me or have a member of your staff contact one of the EPA staff noted above.

Sincerely,

J. I. Palmer, Jr.
Regional Administrator

cc: B. Chlebowy, KYDOW
D. Marlin, KYDOW
R. Farley, FHWA
J. Hizer, ITA
J. Lyle, Warren Co.





**WARREN COUNTY WATER DISTRICT**

February 7, 2005

MR GARY LARIMORE, EXECUTIVE DIRECTOR
KENTUCKY RURAL WATER ASSOCIATION
3251 SPRING HOLLOW AVE
P O BOX 1424
BOWLING GREEN KY 42102-1424

RE:   North Warren Water System Improvements
      EPA Project #XP2004

Dear Gary:

Warren County Water District is working to utilize a STAG grant which was originally earmarked as $2 million for the "Intermodal Transportation Authority in Bowling Green, KY for Kentucky Trimodal Transpark Water and Sewer Improvements" in the fiscal year 2004 Consolidated Appropriations Bill (P.L. 108-199; line 208, page 1140 of House Report 108-401). Because the District is the local agency established to furnish water and sewer service in the area, on September 15, 2004 the ITA passed a resolution requesting the grant be awarded directly to the District. By his letter dated October 13, 2004, Senator Mitch McConnell formally concurred with this arrangement. The grant amount available for the project after proportionate rescission and set aside is $1,928,600. The District submitted its application for this grant to the Kentucky Division of Water on January 5, 2005 and provided supplemental documents on January 20. It's our understanding the application has been forwarded to Region 4 EPA.

The District proposes to construct major transmission facilities for the conveyance of drinking water to supply the entire area of Warren County north of Barren River. The project includes construction of approximately 6.5 miles of 20-inch water transmission line, approximately 6.1 miles of 10-inch or 12-inch water transmission main and two pumping stations. These lines will primarily be adjacent to existing highway and railroad rights of way and in residential, commercial, industrial and agricultural areas where the land has previously been

*[handwritten in left margin: Gary Larimore  270 535-5921  $1,928,600]*

523 US HWY 31-BYPASS – PO BOX 10180 – BOWLING GREEN, KY 42102-4780
TEL 270-842-0052 – FAX 270-842-8360
EQUAL OPPORTUNITY PROVIDER AND EMPLOYER – KY RELAY SERVICES TTY 1-800-648-6056

Page 2
February 7, 2005

disturbed from its natural condition. The total estimated project cost is $3,507,000 with 45 percent matching funds provided by state grants or local contributions.

The National Environmental Policy Act (NEPA) applies to this project. The District's request for a Categorical Exclusion was denied and T.H.E. Engineers of Lexington was employed by the District to write the required Environmental Information Document (EID). A public meeting was held at the District's office on January 26. Among those attending the meeting were representatives of groups that support and groups that oppose the project. Representatives for the opposition made it clear that the only reason for their opposition was that the Kentucky Transpark is located in the area served by the project.

After the public meeting John Brown with T.H.E. Engineers contacted Jim Adcock with Region 4 EPA to discuss details of the EID. Mr. Adcock advised that the scope of the EID should be broadened to include a multi-county area (including up to 13 counties) and should address secondary and cumulative effects of not just the project, but also the Kentucky Transpark. Mr. Adcock indicated that it would probably take 2 to 4 years to complete the entire environmental review process to reach the point where actual construction of the project could begin. (see below)

A delay of this magnitude would be devastating. Growth in the area north of Barren River has already exceeded the District's transmission capacity. There have been several occasions during high demand periods in past years when the District has had to rely on a back-up connection to a neighboring water system to supplement its supply. Meanwhile growth continues in the area.

We would appreciate any information or assistance you could give us to help expedite this project. If we can provide additional information, please let us know.

Sincerely,

*Joe Liles*

Joe Liles
General Manager

JL:jh

**Highlighted text reads:**

Mr. Adcock advised that the scope of the EID should be broadened to include a multi-county area (including up to 13 counties) and should address secondary and cumulative effects of not just the project, but also the Kentucky Transpark. Mr. Adcock indicated that it would probably take 2 to 4 years to complete the entire environmental review process to reach the point where actual construction of the project could begin.