**EXHIBIT 18**

April 18, 2001

James C. Codell III
Secretary of Transportation
700 Capital Ave
Frankfort, KY 40601

RE: Kentucky TriModal Transpark; NEPA Requirements

Dear Secretary Codell,

As you may know, a large scale (4,000-6,000 acres) project is being planned for north Warren County. This project is referred to as the Kentucky TriModal Transpark (KTT). This project's development is being directed by the Inter-modal Transportation Authority (ITA), which was formed in November, 1998, solely for this purpose. From the beginning, the KTT has been proposed as a business park that will offer inter-modal transportation access by air, rail, and highway at an estimated cost of $100 million. The ITA submitted a National Plan of Integrated Airport Systems (NPIAS) application to get the proposed airport on the Federal Aviation Administration's (FAA's) funding list. As you may have read in the Courier Journal in August, 2000, the FAA replied that there was not a need to replace the existing Bowling Green-Warren County Airport. The ITA has chosen to ignore the FAA's rejection and has devised a plan of issuing bonds (initially $25 million) locally to fund the project in phases with the intent of securing federal funds for the airport later.

There are issues that I see being neglected in the process. Currently, the KYTC 6-Year Highway Plan has at least $10.4 million programmed for road and highway interchange expansion and relocation projects designed to serve the Transpark. In addition, the Environmental Assessment recently issued by the ITA references a new "northern beltway on the west side of the project" that is planned. The siting of the Transpark will also involve the closing of portions of public roads. I am concerned that KYTC is taking a segmented NEPA approach to the environmental analyses for these transportation projects that are undoubtedly based on Federal Highway Administration (FHWA) funding. Given that this project has requested federal funds and is already benefiting from the allocation of FHWA funds for building roads and interstate interchanges, it is imperative that <u>a lead Federal agency be appointed</u> to oversee this undertaking so that the National Historic Preservation Act (NHPA), the National Environmental Policy Act (NEPA), and the statutes that govern the actions of the Department of Transportation can be implemented.

If these Federal guidelines for undertakings are not enacted soon, I fear the worst. There are several structures (see Figure 2) in the proposed development area (see Figure S-3) that are on the National Register of Historic Places, areas for which National Register application has been made, and other areas that have the potential to be on the list that may be lost if we don't receive some intervention. For example, it was proposed in the most recent report released, the "Environmental Assessment" by Wilbur Smith Associates, that the residents of Freeport (a black community still in existence after initial settlement by freed slaves) would have to be relocated.

Not only do we have to consider historical and cultural losses, we have other environmental issues to consider. Since we are primarily an agricultural area sitting on karst, there are many potential environmental impacts that need to be considered (i.e., water and air pollution and damage to our cave systems). Given that this project has the potential to impact many aspects of our environment, we need the assurance that all impacts will be assessed by standard procedures and guidelines outlined by the Federal government.

Since this project is of such great magnitude and is proposed to consist of all these modes of transportation, I am writing to ask for your help. As Secretary of Transportation, could you please help us find the appropriate federal agency to oversee this project so that all relevant procedures can be followed? Since the ITA isn't currently requesting Federal guidance, but plans to apply for federal funds (see attachments), it appears that a Federal agency needs to be assigned based upon NHPA Section 106 provisions (if not others). Section 106 provides that: "The head of any Federal agency having direct or indirect jurisdiction over a proposed Federal or federally assisted undertaking in any State and the head of any Federal department or independent agency having authority to license any undertaking shall, prior to the approval of the expenditure of any Federal funds on the undertaking or prior to the issuance of any license, as the case may be, take into account the effect of the undertaking on any district, site, building, structure, or object that is included in or eligible for inclusion in the National Register. The head of any such Federal agency shall afford the Advisory Council on Historic Preservation established under Title II of this Act a reasonable opportunity to comment with regard to such an undertaking." Thus, the laws are in place to guide projects like this. Given your position, I am asking you to contact the Federal Agency that would be considered the "lead" agency and set the proper procedures in motion.

I anxiously await your response.
Thank you,

*Gayla Cissell*

Gayla Cissell
P.O. Box 106
110 Taylor Avenue
Oakland, KY
270-563-4519

CC:     Governor Paul Patton
        Eddie Thomas, Acting RA; Peggy S. Kelley, Federal Aviation Administration
        Jose Sepulveda, KY Division Administrator, Federal Highway Administration
        Rodney E. Slater, U.S. Department of Transportation
        Phyllis Harris, Envt. Accountability Division Director, United States Environmental
        Protection Agency, Region IV
        John Mettille, Environmental Analysis, KYTC



**James C. Codell, III**
Secretary of Transportation

**Clifford C. Linkes, P.E.**
Deputy Secretary

Commonwealth of Kentucky
# Transportation Cabinet
Frankfort, Kentucky 40622

Paul E. Patton
Governor

November 6, 2001

Ms. Gayla Cissell
P.O. Box 106
110 Taylor Avenue
Oakland, Kentucky 42159

Dear Ms. Cissell:

    Please accept our sincere apology for our lengthy tardiness in responding. We strive to respond to all letters written to the Cabinet within ten working days. For some unexplainable reason, this did not happen in this situation. In your letter you requested our assistance in helping you find the appropriate federal agency to provide oversight on the Kentucky Tri-Modal Transpark being proposed by the Inter-modal Transportation Authority in Warren County.

    At this time the Cabinet hasn't committed any federal highway funds for the transportation improvements listed in your letter. Our review of the Six Year Highway Plan noted one project in the vicinity of the Transpark. This is a state funded scoping study to investigate the possibilities of constructing a new route (Interstate 66) from the Natcher Parkway to the Interstate 65/Louie B. Nunn Parkway Interchange north of Bowling Green. This study is just underway and will include extensive public and resource agency input opportunities. Interstate 66 was initiated in the early 1990's and continues to develop with its own set of goals. The Transpark is being developed independent of Interstate 66. If you are interested in the development of this study, we would encourage your involvement.

    The Cabinet has initiated a series of projects to widen Interstate 65 and its accompanying interchanges throughout the Commonwealth. This includes the ongoing improvements in the Warren County area. The purpose of these improvements is to address safety and traffic demand concerns on this major north-south route. These improvements have been or are in the process of being evaluated for their environmental impacts. No construction activities are started until the Federal Highway Administration has approved the environmental documentation.



KENTUCKY TRANSPORTATION CABINET
"PROVIDE A SAFE, EFFICIENT, ENVIRONMENTALLY SOUND, AND FISCALLY RESPONSIBLE TRANSPORTATION SYSTEM
WHICH PROMOTES ECONOMIC GROWTH AND ENHANCES THE QUALITY OF LIFE IN KENTUCKY"
"AN EQUAL OPPORTUNITY EMPLOYER M/F/D"

Ms. Gayla Cissell
Page 2
November 6, 2001

As soon as federal funds are committed to the Transpark project, the Secretary of the U.S. Department of Transportation will determine whether the Federal Aviation Administration or the Federal Highway Administration will be the "lead" federal agency. It will be the responsibility of that agency to insure that the project complies with all applicable federal environmental regulations.

We appreciate the opportunity to serve you. We encourage your continued involvement on this project with the Warren County Inter-modal Transportation Authority and elected officials of the Bowling Green area. The Cabinet will forward a copy of your letter to the Federal Aviation Administration in Memphis, Tennessee and the Kentucky Division Office of the Federal Highway Administration in Frankfort, Kentucky for their consideration.

Sincerely,

James C. Codell, III
Secretary

JCC/JMY/JLM/ln

Attachment

c: LaVerne Reid, FAA w/attachment
Jose Sepulveda, FHWA w/attachment
Dan Cherry, IFA w/attachment
John Carr, KYTC
Art Pace, KYTC
John Mettille, KYTC
Jeff Moore, KYTC