UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and TENNESSEE VALLEY AUTHORITY, )<br><br>Defendants. )<br><br>INTER-MODAL TRANSPORTATION AUTHORITY, INC, et al., )<br><br>Intervenor Defendants ) | No. 1:05-cv-01190-RMU<br>Judge Ricardo M. Urbina |

## AMENDED DECLARATION OF FRANCIS P. MCNALLY

I, Francis P. McNally, do hereby make the following declaration under penalty of perjury:

1. In a Declaration executed on August 29, 2005, at Paragraph 9, I declared that HUD received an application from the City of Bowling Green for funds appropriated in HUD's 2005 Appropriation Act. At that time, as stated in the Declaration, HUD had taken no action in connection with the application.

2. At this time, HUD has taken further action regarding the application received from the City of Bowling Green. HUD, however, has neither obligated nor disbursed any funds regarding the appropriation. Accordingly, the appropriated funds are not secured for the project at issue and HUD retains the ability not to obligate the appropriated funds for the City of Bowling Green.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: _October 12, 2005_

_Francis P. McNally_

2