UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC. et al. )<br>)<br>Plaintiffs, )<br>)<br>)<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al. )<br>)<br>Defendants, )<br>)<br>INTER-MODAL TRANSPORTATION AUTHORITY, INC; FISCAL COURT OF WARREN COUNTY, KENTUCKY; and BOARD OF COMMISSIONERS OF CITY OF BOWLING GREEN, KENTUCKY )<br>)<br>Intervener Defendants. ) | No. 1:05-CV-01190-RMU<br>Judge Ricardo M. Urbina |

## INTERVENER DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' AND INTERVENERS' MOTIONS TO DISMISS THE AMENDED COMPLAINT

On August 30, 2005, the Federal Defendants and the Intervener Defendants in this case, Inter-Modal Transportation Authority, Inc., the Fiscal Court of Warren County, Kentucky, and the Board of Commissioners of the City of Bowling Green, Kentucky moved this Court to dismiss Plaintiffs' Amended Complaint for declaratory and injunctive relief dated July 29, 2005, based on lack of subject matter jurisdiction and/or failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or 12(b)(6). In accordance with the Court's scheduling Order, Plaintiffs filed a Response to the Motions to Dismiss on September 27, 2005.  Plaintiffs' Response and Memorandum of Points and Authorities in Support of their Response fail to identify controlling legal precedent that supports their assertion

that discrete final agency actions or inactions in this case constitute grounds for federal jurisdiction under the Administrative Procedures Act ("APA"), 5 U.S.C. § 706.

Moreover, Plaintiffs fail to state a claim upon which relief can be granted under the APA, the National Environmental Policy Act ("NEPA"), or the National Historical Preservation Act ("NHPA"). Therefore, dismissal of the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and/or 12(b)(6) remains appropriate.

Respectfully submitted,


ATTORNEYS FOR INTERVENER DEFENDANTS

Charles E. English
Whayne C. Priest, Jr.
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
Telephone: (270) 781-6500
Facsimile: (270) 782-7782
E-mail: charles@elpolaw.com
E-mail: whayne@elpolaw.com

and

LeBoeuf, Lamb, Greene & MacRae, L.L.P.
1875 Connecticut Avenue, NW
Washington, DC 20009
Telephone: (202) 986-8000
Facsimile: (202) 986-8102

_____
GEORGE ELLARD
D.C. Bar No. 386084
D. RANDALL BENN