UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KARST ENVIRONMENTAL
EDUCATION AND PROTECTION,
INC. *et al.*,

        Plaintiffs,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY *et al.*,

        Defendants,

and

INTER-MODAL TRANSPORTATION
AUTHORITY *et al.*,

        Defendant-
        Intervenors,

:   Civil Action No.:   05-1190 (RMU)

:   Document Nos.:   20, 21, 22

## ORDER

**GRANTING DEFENDANTS EPA AND HUD'S MOTION TO DISMISS;
GRANTING DEFENDANT TVA'S MOTION TO DISMISS;
GRANTING THE DEFENDANT-INTERVENORS' MOTION TO DISMISS**

For the reasons stated in the accompanying Memorandum Opinion, it is this 15th day of December, 2005,

**ORDERED** that the defendants' and defendant-intervenors' motions to dismiss are hereby **GRANTED**.

**SO ORDERED**.

                              RICARDO M. URBINA
                              United States District Judge