**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC.; WARREN COUNTY CITIZENS FOR MANAGED GROWTH; GAYLA CISSELL; JIM DUFFER and ROGER BRUCKER, | ) ) ) ) ) ) | |
| Plaintiffs. | ) ) | |
| v. | ) ) | Civil Action No.:  05-1190 (RMU) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and TENNESSEE VALLEY AUTHORITY, | ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| INTER-MODAL TRANSPORTATION AUTHORITY; FISCAL COURT OF WARREN COUNTY, KENTUCKY; and THE BOARD OF COMMISSIONERS OF THE CITY OF BOWLING GREEN, KENTUCKY, | ) ) ) ) ) ) | |
| Defendant-Intervenors. | ) | |

### NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, plaintiffs Karst Environmental Education and Protection, Inc., Warren County Citizens for Managed Growth, Gayla Cissell, Jim Duffer and Roger Brucker appeal to the United States Court of Appeals for the District of Columbia

Circuit from the Memorandum Opinion entered on December 15, 2005 granting defendants' and defendant-intervenors' motions to dismiss, and the December 15, 2005 Order dismissing plaintiffs' complaint.

_____

David Bookbinder
D.C. Bar No. 455525
Sierra Club
408 C Street, NE
Washington D.C.  20002
202-548-4598
davidbookbinder@sierraclub.org

W. Henry Graddy, IV
KBA Bar No. 26350
W.H. GRADDY & ASSOCIATES
103 Railroad Street
P.O. Box 4307
Midway, Kentucky  40347
(859) 846-4905
hgraddy@aol.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 10, 2006, I served the foregoing Notice of Appeal by first-class mail, postage-prepaid, on the following:

Kenneth Wainstein
United States Attorney's Office
555 4th Street, NW
Washington DC  20530

Sara Culley
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington DC  20044-0663

Maria V. Gillen
Office of General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee  37902-1401

George Ellard
LeBouf, Lamb, Greene & MacRae
1875 Connecticut Ave., NW
Washington DC  20009

Charles E. English
English, Lucas, Priest & Owsley
1101 College Street
P.O. Box 770
Bowling Green, Kentucky  42102-0770

_____
Alice McKeown