# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5059                                       September Term, 2006

KARST ENVIRONMENTAL EDUCATION AND PROTECTION, INC., ET AL.,
APPELLANTS

v.

ENVIRONMENTAL PROTECTION AGENCY, ET AL.,
APPELLEES



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JAN 3 0 2007

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01190)

---

Before: ROGERS and TATEL, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:                        , Deputy Clerk
ATTACHED: __ Amending Order
           __ Opinion
           __ Order on Costs

Date: January 30, 2007

Opinion for the court filed by Circuit Judge Tatel.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk